UNITED STATES DISTRICT COURT
WESTERN DIVISION OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MARY PATRICIA LEENERTS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Case No. 3:18-cv-765-DJH |
| | ) ) | *Filed Electronically* |
| MULTI PACKAGING SOLUTIONS OF KENTUCKY, LLC | ) ) ) | |
| Defendant | ) ) | |

**NOTICE OF REMOVAL**

Come now the Defendant, by counsel, and hereby gives notice of the removal of this action from the Circuit Court of Jefferson County, Kentucky, Case No. 18-CI-06095, to the United States District Court, Western District of Kentucky, Louisville Division. In support of this Notice of Removal, the Defendant states as follows:

**IDENTIFICATION AND CITIZENSHIP OF PARTIES**

1. At the time this action was commenced, Plaintiff was a resident of Jefferson County, Kentucky.

2. At the time this action was commenced, and as of the date of this Notice, Defendant is a Delaware organization, authorized to do business and doing business in the Commonwealth of Kentucky.

## THE CIVIL ACTION

3. Plaintiff instituted a civil action against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000(e) *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. §12101, and other state law claims.

## JURISDICTION AND VENUE

4. In her Complaint, Plaintiff alleges a violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000(e) *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. §12101.

5. This matter is thus a civil action between involving a claim under a federal statute. Accordingly, removal of this action is proper pursuant to 28 U.S.C. §1441, because this is a civil action brought in state court over which the Federal District Court would have original jurisdiction pursuant to 28 U.S.C. §1331.

6. There also exists diversity of citizenship between the parties. Accordingly, this Court would have jurisdiction pursuant to 28 U.S.C. §1332.

7. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is being filed within thirty days of the receipt by Defendant of the initial pleading in the Kentucky state court proceeding.

8. Pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over any asserted state law claims.

9. Defendant will promptly give written notice of the filing of this notice of removal to Plaintiff, through his counsel, and will file a copy of this notice of removal with the clerk of the Circuit Court of Jefferson County, Kentucky.

10. Defendant hereby removes the above-entitled action form the Circuit Court of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/Cynthia L. Effinger*
CYNTHIA L. EFFINGER
McBRAYER, McGINNIS, LESLIE &
KIRKLAND, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222
Phone:  (502) 327-5400
ceffinger@mmlk.com
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and correct copy of the foregoing was served via U.S. Mail, postage pre-paid, and electronic service this 16th day of November upon the following:

Timothy Denison
235 South Fifth Street, 3rd Floor
Louisville, KY 40202
***Counsel for Plaintiff***

                                            */s/ Cynthia L. Effinger*
                                            ***Counsel for Defendant***

4850-7545s-6635, v. 1
4850-7545-6635, v. 1