

**SOP / ALL**
**Transmittal Number: 18878827**
**Date Processed: 10/25/2018**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Robert B. McIntosh<br>WestRock<br>1000 Abernathy Rd<br>Ste 125<br>Atlanta, GA 30328-5639 |
| **Electronic copy provided to:** | Abby Holmes<br>Patricia Benjamin<br>Lindsay Wilson<br>Yvonne Kot<br>Carol Francis |

| | |
|---|---|
| **Entity:** | Multi Packaging Solutions Of Kentucky LLC<br>Entity ID Number  2611480 |
| **Entity Served:** | Multi Packaging Solutions of Kentucky, LLC |
| **Title of Action:** | Mary Patricia Leenerts vs. Multi Packaging Solutions of Kentucky, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Jefferson County Circuit Court, KY |
| **Case/Reference No:** | 18CI06095 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 10/23/2018 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Timothy Denison<br>502-589-6916 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| AOC-105     Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | <br>**CIVIL SUMMONS** | Case No. **18CI06095**<br>Court ☑ Circuit ☐ District<br>County   Jefferson |

JEFFERSON CIRCUIT COURT
DIVISION SIX (6)

PLAINTIFF

MARY               PATRICIA       LEENERTS

**VS.**

DEFENDANT

MULTI PACKAGING SOLUTIONS OF KENTUCKY, LLC

**Service of Process Agent for Defendant:**

Corporation Service Company

421 West Main Street

Frankfort                             Kentucky         40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

      You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

      The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____ OCT 19 2018 _____

DAVID L. NICHOLSON, CLERK

By: _____ Clerk

_____ D.C.

| **Proof of Service** |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this _____ day of _____, 2_____. |
| Served by: _____ |
| _____ Title |

NO. **18CI06095**

JEFFERSON CIRCUIT COURT

DIVISION

JUDGE
JEFFERSON CIRCUIT COURT
DIVISION SIX (6)

MARY PATRICIA LEENERTS                                    PLAINTIFF

v.                          **VERIFIED COMPLAINT**

MULTI PACKAGING SOLUTIONS OF KENTUCKY, LLC        DEFENDANT

        Serve:  Corporation Service Company
                421 West Main Street
                Frankfort, Kentucky 40601

* * * * *

Comes the Plaintiff, MARY PATRICIA LEENERTS, by

counsel, and for her Verified Complaint, states as

follows:

**PARTIES**

1. At all times material and relevant herein,

Plaintiff was and is a resident of Louisville,

Jefferson County, Kentucky.

1

2.   At all times material and relevant herein, Defendant Multi Packaging Solutions of Kentucky was and is a business entity, organized, operated and existing under the laws of Delaware and doing business in the Commonwealth of Kentucky, and having its principal place of business at 1703 South Brook Street in Louisville, Jefferson County, Kentucky.

## JURISDICTION

3.   This action arises under the Kentucky Constitution, particularly under the provisions of KRS 18A.025.

4.   That this Court possesses jurisdiction for this case as a court of general jurisdiction under KRS 17.01 et seq.

## MATERIAL FACTS

5.   Plaintiff was hired by Defendant on or about October of 2006.

6.   In early 2013, during Defendant's restructuring of business, Plaintiff was promoted to job planning and scheduling of all office sales orders (without the attendant title or additional remuneration).

7.   Almost immediately, Plaintiff began being subjected to hostile and harassing work conditions, including cursing, verbal abuse of Plaintiff and her work skills, having items thrown back at her and the like.

8.   In early 2013, Plaintiff's Department Manager, Mike Mullins held a department meeting to new "Policies and Procedures," hostile work environments and guidelines not being followed by all department employees. He also covered transition job responsibilities for the planning department, overlap and lack of clear parameters set by managers, Plaintiff had become the main planner for the Planning Department at same title and rate of pay.  Several members of the department became very hostile over this decision and

deliberately did things to undermine her work.
Plaintiff had no authority so she could only report to
her manager that his new policies and procedures were
not being handled per his request. On the following
dates, the following employees violated the procedures,
reflecting poorly as Plaintiff's work when in fact it
was co-worker sabotage.

- 1/14 – Keith Carter comboed one hot item on one combo early in the day.
- 1 /24 – Dave Wyatt comboed late Feb dates not due instead of working on earlier orders.
- 1/25 – Dave Wyatt comboed one hot item on one combo early on the day.
- 1/25 – Keith Carter comboed all different dates on one form.

9.   When Plaintiff brought this and other examples to
Mullins' attention, nothing occurred nor was the
individual sanctioned. The Department began being
managed with a shotgun management style.   Wyatt and
Carter continued to work independently of the rules and
the hostility increased.

4

10.   In August of 2013, after Plaintiff's doctor's suggestion for a much-needed surgery to correct a deteriorating medical issue, Plaintiff approached Mullins to arrange time off required for the 2-4 week recovery.  Mullins had previously allowed a co-worker many days off (over 30) throughout the past year (without the knowledge of Human Resources Department) to address her medical needs.  Plaintiff only needed 2-3 additional days to cover the 2 week recovery time and thought he would extend her the same courtesy. Plaintiff even offered to delay the surgery until the end of the year so she could use holidays as part of her recovery time. However, not only was Plaintiff denied the requested time, she was not offered any other solution or accommodation to her situation.

11.   Plaintiff sent Dennis Kaltman, Vice President, an email asking him for any assistance.  Within minutes of sending the email, Plaintiff received a call from Defendant's Lansing's HR Department, explaining that

Defendant had a short-term disability plan for all employees. She explained the full medical benefits and told Plaintiff she was covered @ 100% of her rate of pay for up to 22 weeks. Lansing directed Dawn Cope, Louisville's HR coordinator located in the Indianapolis facility, to follow up and complete all paperwork for FMLA and STD (short term disability). Cope made the comment to Plaintiff during the paperwork process for her to "not to let anyone else know about this (benefit) or everyone will want to take this type of time off as well." Plaintiff remembers specifically thinking how odd that statement was coming from HR personnel, especially since this was an "employee benefit."

12.   When Plaintiff returned to work (her actual recovery time was six (6) weeks), several employees asked her "how she was able to take the time off." Plaintiff shared with them the information about the

benefit they had through Defendant against Cope's warning.

13.  Incidents occurred repeatedly and often with Manager Mike Mullins, including:

- Walking up quietly behind Plaintiff's planning table and standing directly behind her until she moved. This would cause Plaintiff to bump into his front side with her backside;
- Mullins would slam his hand down loudly on the planning table startling Plaintiff;
- Mullins would quietly come up behind Plaintiff and suddenly smell her neck very closely;
- Mullins would reach over and touch the back of Plaintiff's leg if she was discussing a work issue next to his desk; and
- Mullins would mouth the words "I love you" when no one else would look.

14.  On or about December 3, 2013, Plaintiff hung a green paper on her door to alert staff she would be on vacation until December 10, 2013.  This was protocol and done so no work was left in her office during her absence.

15.  When Plaintiff returned to work, the green paper on her door had several handwritten notes (Exhibit A)

7

from co-workers expressing how "nice, quiet and happy" it was while she was gone.

16.   On or about January 3, 2014, Plaintiff brought pictures of her 11 and 14 year old nieces to her office to display on her desk. Mullins made the remark to Plaintiff, "if they were a couple of years older they'd be fair game." Plaintiff told him he was disgusting and offensive and ended up taking the pictures home.

17.   On or about January 17, 2014, Mullins came to Plaintiff's office to let her know per Dawn Cope's request, someone had overheard her using the word "idiot" in a private conversation and was offended. Mullins told Plaintiff to be careful what she said around people and that was the end of it. Mullins told Plaintiff to stop using the word idiot.

18.   On or about January 29, 2014, an anonymous note (Exhibit B) was left on Plaintiff's screen saying "nice you can leave work when you want to."   This referred

to the fact that Plaintiff had left 15 minutes early the night before.

19.   On or about January 31, 2014, there was a Department Meeting on Bleeder Bars.  There was also a "look-a-like" problem with a job by Carter which Plaintiff had checked for errors previously. Plaintiff found the error and told Carter to add the missing information. Carter failed to add the missing information and it created a problem in the bindery. After the meeting was over, Carter went into a loud rant starting with "HELL MARY…." Plaintiff left the office and went to her work area.  Mullins, Debbie Croghan and several CSR's were present when Mullins came to Plaintiff's office and reprimanded her for Carter's outburst.  Had the example of Carter's error not come up during the meeting he wouldn't have been angry and yelling.

20.   On or about February 11, 2014, Wyatt threw a thick green marker from the doorway of Plaintiff's

9

office all the way across the planning table towards
Plaintiff in anger.  The marker flew onto the floor.
Debbie Croghan witnessed this event asked Plaintiff if
Wyatt was joking.  Plaintiff replied, "no, he was mad
because Plaintiff had asked him not to take some orders
he wanted to put in that would have been inefficient.
It simply made him mad."  Croghan understood this
perfectly as he demonstrated the same behavior with her
previously.

21.  On or about April 4, 2014, Plaintiff thereafter
received one disciplinary point on her record for an
error on another planner's job.  Carter had entered the
job into the system.   The job was an Emmy Lou Harris
oversized cd booklet and the planner entered as a
standard size cd booklet.  The planner did not get a
point to Plaintiff's knowledge nor had anyone ever
received a disciplinary point for this type of error.

22.  On or about May 19, 2014, Plaintiff received a
hostile email from Tim Reichle, the lead day shift

electronic pre-press (EPP) operator. Plaintiff had tried to facilitate information for CSR to get an item off hold but instead received a hostile email (Exhibit C) from Reichle, which was condoned and encouraged by the EPP Department Manager Steve Wolfe. Despite Plaintiff reporting this incident to Mullins, no action was taken against either Reichle or Wolfe.

23. On or about October 3, 2014, Plaintiff gathered information using a job number (#431226) to Mullins explaining how the statistical data was used to determine the amount of work each planner enters on a daily/weekly/monthly basis was inaccurate. The data was skewing the information to sway the data to benefit the male work force and diminish the work flow of the female work flow. This information was posted to Mullin's window for public viewing (Exhibit D).

24. On or about November 3, 2014, Mullins sent an email for a new policy based on the honor system to record "revised combos" to see if Plainitff's theory

from October 3, 2014, was valid.  Plaintiff explained
how this wasn't going to validate his calculations and
his pie charts were continuing to show unfair charting
of work produced by individual planners.  Again Mullins
would not listen to Plaintiff's concerns and how it
would affect her negatively (Exhibit E).

25.  On or about December 18, 2014, place holders
were made by Plaintiff for December 24th and 25th for
the sales order bins.  Since Plaintiff was the only one
to plan orders, it was a way to prevent bad dates
getting by her.  When Plaintiff came into work this
day, her place holders were torn down and laid across
her desk (Exhibit E).

26.  Plaintiff is unsure of the exact time frame but
Benita Wilson (former Senior Planning Manager) returned
to MPS employment after leaving for retirement in 2013.
Her title and job responsibilities upon return were
unclear.  Plaintiff asked Mullins to clarify if she
(Plaintiff) reported to her because Wilson's continual

12

interruptions to reconstruct work needed to be clarified because Plaintiff was having to do work over and over repeatedly and was wasting time. Mullins determined that Plaintiff did not report to Wilson and was to follow the parameters set out by upper management.

27. On or about February 6, 2015, Mullins went on vacation. Wyatt and Carter both left over an hour early from work without pre-approval or permission, despite the fact that the office was busy and needed the extra hands. No consequences were assessed against Wyatt and Carter for this behavior (Exhibit F).

28. On or about March 6, 2015, another issue arose with files from EPP employee; Jason Berry and Plaintiff were assisting to resolve. Wolfe had responded to his employee that the CSR onlyneeded to respond to him. Plaintiff figured out the issue and the item was released from hold (Exhibit G).

29.   On or about April 8th and 9th, 2015, Carter repeatedly began to walk by Plaintiff's office making sounds like a cow.   Other times he would pass by and make sound like a big rig backing up.   He was heard by several people including Mullins on more than one occasion.

30.   On or about April 17, 2015, Wyatt threw a large stack of sales orders from the planning table at the Plaintiff.   He was extremely agitated and mad. Plaintiff had asked him to please stop planning the "press ahead" orders since Mullins had specific planning instructions he had asked Plaintiff to follow previously.   Carter was present during this occurrence.

31.   On or about April 20, 2015, Plaintiff was called into Mullin's office at 5:45 p.m.   He started the meeting by explaining why Wyatt "hated the Plaintiff." Plaintiff reiterated to Mullins by him choosing her for this position, with no title or authority, it put her in an adversarial position with her peers and created

hostility.  Moreover, Mullins was not giving her the support he promised he would give her when she took on this role.  Plaintiff described Wyatt's volatile behavior, bad attitude and actions and said Mullins was not holding men to the same standards he did for women. The rules didn't apply to the guys.  The standards were different for Wyatt and Carter than they were for Plaintiff.  Plaintiff expressed this to Mullins and told him that he was setting her up for failure.

- Job 478953 had a hand-written note for special stock.  Wyatt ignored the note and ran on a different stock.  Plaintiff was thereafter called out for the error since the job ran on the wrong stock.  Wyatt claimed there was no note, it was Plaintiff's fault and Mullins believed him sight unseen. Plaintiff pulled the planning sheet (Exhibit H) from Wyatt's garbage to prove she had given correct instructions about the stock on the sheet.  No consequences were meted out to Wyatt running the job on the incorrect stock were taken.

32.  On or about January 31, 2016, work-up templates that Plaintiff had create for future layouts had been saved in her "MPL" master layouts on her computer. These saved templates began to be anonymously deleted,

causing Plaintiff to have to re-create the layouts and doubling her work load.   Plaintiff put in a Helpdesk ticket to Information Technology (IT) to Brandon Holmes see if he could determine whether the deletions were being done intentionally, but IT was unable to resolve.

33.   On or about February 1, 2016, Plaintiff asked Mullins for a salary increase after successfully performing six (6) months at newly created position with additional workload and responsibility (Exhibit I).   No action was ever taken despite several inquiries from the Plaintiff.

34.   On or about March 2, 2016, Plaintiff reached out for personal financial assistance to PNC Bank and Quicken Loans to help manage her money, create a budget and eliminate debt because she wasn't receiving any raises, bonuses, or additional compensation.

35.   On or about March 29, 2018, Plaintiff had a place holder card similar to the one noted on December 23, 2014.   The place holder was removed and placed

across her computer.  Plaintiff emailed Mullins to report it as a form of continued harassment.  Mullins action was to leave a post-it note on the place card once it was back in its original place (Exhibit J).

36.  On or about March 30, 2016, Mullins called Wyatt, Carter and Plaintiff into his office.  He was visibly angry and he slammed his hand down on his marble desktop and said in a loud and jarring tone "STOP IT and STOP ACTING LIKE FUCKING CHILDREN!!" Plaintiff learned this reaction was in response to the place cards holders being removed from her office twice in one week.  Mullins said "we need to work together and stop acting like kindergarteners." He then looked directly at Plaintiff and told her "she needed to stop being so emotional."  Mullins would not take any of Plaintiff's complaints of harassment, bullying and preferential treatment seriously and was instead was blaming her for continuously reporting Wyatt and Carter's bad behavior.

37. On or about April 30, 2016, several special planning notes on saved sales orders were intentionally disregarded solely to create more work intensive jobs for Plaintiff (Exhibit K).

38. On or about May 11, 2016, Plaintiff alerted Mullins that orders handwritten by Plaintiff for planners were being ignored and causing reworks and errors. This was correlated back as "bad preplanning" on her part, but essentially if instructions were followed as Plaintiff had provided, all errors would have been avoided. (Job # 5751888 Foil Stamp job Los Rukis).

39. On or about May 12, 2016, Carter took a job with spine wraps. Plaintiff had a schedule set up on the sales order for that job. Carter said her schedule was no good as the vendor was too busy and the customer's schedule would need to be pushed out. Plaintiff called the vendor directly to verify and determined that no such conversation had occurred and

her schedule was fine.   Carter simply made up a story
to undermine her work and make a customer's job late
solely to make Plaintiff look bad.

40.   On or about May 12, 22016, Plaintiff wore a
navy silk top with pineapple designs all over it.
Mullins commented he "liked her pineapples" while
looking directly at her breasts.

41.   On or about June 21, 2016, Plaintiff emailed
Mullins requesting a benchmark for increased salary.
She had been successfully planning two manufacturing
facilities, outside facilities and vendors all while
keeping up with continuously changing rules and
regulations based on industry standards (Exhibit L).

42.   On or about July 5, 2016, Job 589334 was
planned and sent to the Allmond Avenue facility by
planner Pam Herman, which was against SOP (Exhibit M).
This was done while Plaintiff was on vacation, which
would have fallen under her responsibility but was
completed by Planner Pam Herman.

43. On or about August 6, 2016, Plaintiff continued to get "no answer yet from Gilland and Hesketh" from Mullins concerning her attempts at a raise or benchmark. Plaintiff asked Howard (HR Generalist) if her benchmark request had crossed her desk.  Howard had no information regarding a request having been made but agreed to ask Cope and get back to Plaintiff.

44.  On or about August 8, 2016, there was a 1:30 p.m. meeting with Howard and Cope to discuss the benchmark request.  Plaintiff expressed her concern that her request was never forwarded to upper management or Human Resources.  Plaintiff had no support from Mullins, management and the Planning Department was an extremely hostile work environment. Plaintiff was continually asked to prove the accuracy of her work right after it is presumed incorrect during staff meetings.  Cope had no knowledge a benchmark request was made but would "find out why the buck stopped where it did."

45.   On or about August 8, 2016, Plaintiff met again with Cope, Howard and Mullins.  Cope explained "the planning department budget was 2% and Plaintiff got the highest raise of the 2%. No benchmark increase would be issued because everybody's job responsibilities had changed and they were all taking on more work as the business was in a constant state of change." Cope offered support for the hostile environment and said that Mullins would direct all questions and inquires for planned work to her and he would no longer answer or undermine the work Plaintiff put out.  He would also support her decisions.

46.   On or about August 9, 2016, Carter sent out a daisy chain of emails about a non-existent Standard Operating Procedure (SOP) on die vinyl's going to outside foil stamp vendor. It started at 1:56 p.m. on August 8, 2016 and was settled at 6:12 p.m. on August 9, 2016 (Exhibit N).  Carter was undermining her work and he put another job on hold for an entire day

causing a customer to lose time on their work solely to make Plaintiff look bad.

47. On or about September 6, 2016, Carter told Planner Debbie Croghan that he deliberately ran a serialized insert at 24 positions that had 28 positions leaving 4 positions blank to make a point. Plaintiff had indicated on the planning sheet to run 24 up. Carter wanted someone to ask "why" he did that so he could explain "how bad Plaintiff was at her job."

48. On or about October 10, 2016, Richmer pushed back to get Plaintiff to give him an email address for a vendor MPSe had been doing business with for over ten (10) years (Exhibit O).

49. On or about October 14, 2016, Croghan undermined Plaintiff's combination (one job with several jobs on it) and called Mullins at home so it would be an easier combination. Mullins didn't support Plaintiff's planning yet again. Plaintiff had two (2) forms due to large quantity rule. Mullins violated his

own SOP and said it was okay to just run one form at
25k sheets.

50.   On or about October 18, 2016, a bindery email
complaint led to the investigation of a bad layout that
Plaintiff had entered on job 617024.   The master layout
was not changed by Wyatt and Mullins himself checked
the combo. No action was taken against anyone (Exhibit
PP).

51.   On or about November 3, 2016, around 4:42
p.m., Benita Wilson came into Plaintiff's office and
told her what the General Manager (GM) and Regional GM
(RGM) had in place for Beth McShane (the Planning
Manager who succeeded Mullins) when she transferred to
the Brook Street facility.   There was no position or
job for her yet but "they were going to create a new
position (ie; benchmark) for her and she would be
placed in Plaintiff's office with Plaintiff so she
could "train her and show her what and how we do
things" (Exhibit P).

52.  On or about November 8, 2016, sales order 1016583 had size issues.  Plaintiff worked with the CSR for approval to change the size and handwrote information on the sales order.  Carter later took the job and undermined her instructions. Plaintiff inquired of Mullins why he didn't support her work and he said the size question came from Quality Assurance (QA) Department.  Plaintiff confirmed this was untrue as the planner handwrote on the original so 1/32" "can not be changed."  Mullins was simply siding with Carter (Exhibit Q).

53.  On or about December 9, 2016, a formal complaint was filed by Pam Herman and Benita Wilson against Plaintiff for allegedly being angry, bossy, stomping her feet, making hand gestures and yelling in a public area. Debbie Croghan agreed to be their witness.

54.  On or about December 20, 2016, Plaintiff was called into Bob Gilland's office and was made aware of

the formal complaint. In attendance were Plaintiff,
Gilland, Hesketh, Howard and Mullins. The complaint was
read aloud and Plaintiff was asked to sign it.
Plaintiff refused and said this allegation was false.
Howard said "how could it be false when three (3)
people, not just one, made this claim." Plaintiff
continued to say "it did not happen and this claim is
completely untrue."  Howard continued to get aggravated
with Plaintiff and insisted it did happen and she
should sign it.  Plaintiff asked "what if I don't?" and
was told "she would be fired." She signed the document
and hand wrote over the typed document that the
allegation was completely fabricated and untrue.
Plaintiff disagreed with everything said against her
and asked for a copy of the signed document and was
denied.

55.  On or about December 21, 2016, Plaintiff met
with Gilland and Hesketh to go over the complaint
against her as it had taken her completely off guard.

Plaintiff went over the actual events and explained the relationships between the three (3) women involved in the complaint.  Wilson and Herman are sisters-in-law and witness Croghan is their best friend.  These women all spend time outside of work and vacation several times a year together.

56.  On or about December 22, 2016, Howard called to say she was instructed to schedule a meeting with Cope per Gilland and Hesketh to determine if there merit to the complaint or if it would be "downgraded to a non-formal complaint."

57.  On or about January 4, 2017, a 3:00 p.m. meeting was scheduled with Howard and Cope to discuss a resolution of complaint.  Howard called instead and let Plaintiff know verbally the complaint was "downgraded to a non-formal complaint and only a consult was needed and Plaintiff could consider it done.  No salary freeze or consequences would result from this incident."  This was determined because "Plaintiff had the best interest

of MPS at heart during the Department Manager's absence.   Plaintiff was asking for Herman's help in order to keep the work flow going and they felt it was retaliatory for fear of being called out for not working.   These three (3) ladies had colluded against Plaintiff.

58.   On or about February 26, 2017, temporary staff member Juanita Henderson was told she was not allowed to park in the reserved parking lot before 5:00 p.m. by Brian Motsinger, who was the press room manager (PRM). Henderson was angry about this and complained to Plaintiff on several occasions.   She also complained to several people about poor treatment on many occasions. Plaintiff was in the front conference room with Howard, Gilland and Brian Motsinger when a discussion came up about Henderson being angry this week about the parking lot incident and Motsinger said "she needs to read her fucking name tag! It reads TEMP!"   Howard said "and with that I will excuse myself" and left the room.

59.  On or about March 14, 2017, Best Companies Surveys were announced and everyone was instructed to fill them out. They were confidential and "individual answers would not be revealed to our employer." Surveys were "completely anonymous."   Surveys had individual eight (8) digit numbers followed by five (5) digits assigned to each employee's survey. Hesketh's email indicated 100% of the Finance Department had completed the survey, however, he should not have been able to access this information if the survey was confidential (Exhibit R).

60.  On or about May 19, 2017, Herman left Plaintiff a note explaining why she left a combo undone due to the level of difficulty.   Her lack of training and knowledge was well known and supported by Beth McShane (Exhibit S).

61.  Sometime in June of 2017, Rick Spears, the Bindery Manager, continued to have serialized insert policy changed on "look-a-likes" items and "remove

color bar information from master layouts" issues. The main cutter operator was found to be color blind. This had a direct impact on the main reason why they were experiencing product mixing. Spears was trying to keep an employee (Jerry Robinson) in a position where he could no longer perform the duties accurately. Jerry Robinson is also the husband of QA Manager Jackie Robinson.

62. Sometime in July of 2017, Spears made comments on several occasions and in daily production meetings how the "planners on Second Street (all female planners) are stupid and fucking dumb asses." Second Street refers to the hallway that houses only female planning staff.

63. On or about July 17, 2017, Plaintiff received one disciplinary non-conformance point for additional cutting time added to process from the QRB reported by Spears (Exhibit T). This was retaliatory against Plaintiff for the exposure of Jerry Robinson.

64.  On or about July 18, 2017, Plaintiff received
a core process card and a $20.00 gift card from Gilland
and McShane as a "thank you" for supporting MPS core
values and processes.  This was for covering a Saturday
work schedule and delaying her vacation by one day in
order to make work a priority.

65.  On or about July 28, 2017, Plaintiff met with
the QRB board to appeal my non-conformance (NCR) point
from July 18, 2017.  Plaintiff argued this was the
first NCR point ever awarded for additional time or
time lost. According to the "Accountability Procedure
LB-P-804," by definition, lost or additional time is
not an applicable accountability factor to determine an
NCR. It is rather determined by monetary loss or
customer rejection and Plaintiff supplied several
examples of lost time by other planners that didn't
result in NCR's being assessed against them.  She also
noted the hostile work environment they were under with
constantly changing parameters of rules from the

bindery with no support from management, along with
unacceptable language being used in open forums when
referring to the female planning staff.  Her appeal was
ultimately denied (Exhibit U).

66.  On or about August 4, 2017, Lead CSR Justin
Popp duplicated sales order 1129464 for the PS4 NBA
2K18 with 1,533,500 DVD wraps.  Popp disregarded
Plaintiff and Wyatt's insistence to follow SOP for
placing sales orders on hold within the hub order board
to avoid possible duplication of large order quantity
and the bad implications it could have and huge loss of
revenue.  Popp disregarded the warnings and the order
was duplicated and the order was placed, ran and
produced twice on jobs 686869 and 687003 resulting in
an over run of the job by over one and a half million
pieces of material.  There was no NCR or disciplinary
action taken on Popp (Exhibit V).  Note: Popp was
promoted in mid-2018 to Customer Service Manager.

67.   On or about August 8, 2017, a new policy was announced by McShane per Gilland and Hesketh that same titles with similar graphics sales orders must be approved by upper management prior to getting planned. Plaintiff expressed concern about the slow-down in planning this would create.   Her concerns were not acknowledged and this new procedure fell flat and was dismissed less than one week in to it based on the criteria (Exhibit QQ).

68.   On or about August 15, 2017, Plaintiff was accused by Beth McShane of incorrectly planning four (4) separate jobs running on the same special stock on four (4) separate jobs. Job numbers included – 687238/ 687250/687256/687281. After Plaintiff investigated these four (4) jobs, she found all four (4) jobs were planned and entered by Wyatt.   No support came from McShane and Plaintiff was again assumed wrong until she proved her innocence.   No follow up or apology or consequence was assessed to Wyatt (Exhibit W).

69.   On or about August 18, 2017, Plaintiff had her one on one employee performance review with McShane. McShane read the comments she wrote about Plaintiff and all were very favorable and overall result was very favorable.   Plaintiff took this opportunity to go over several subjects they had discussed many times prior with no results, for example:

- Juanita Henderson's constant interruptions in Plaintiff's office throughout the work day for months on end were to complain need of assistance, lack of training and computer access. She was in her office constantly and was hindering Plaintiff getting her own work completed.
- They talked about reconfiguring Plaintiff's office for better efficiency and no proper office space was an issue for not allowing Plaintiff the privacy needed to perform her job effectively.
- They discussed the effects of more work load and less positive incentives and the low morale issues. McShane's lack of respect for her non-friend employees was hurtful.
- They talked about either replacing Juanita with a more efficient temp or staff member or bringing her on as full-time employee.   McShane said "no way would she allow MPS to hire her! She's a ticking time bomb/crazy!"

70.   On or about August 18, 2017, Plaintiff sent
McShane an email asking if she could add some comments
to her review. No response was received from McShane.

71.   On or about August 19, 2017, McShane again
undermined Plaintiff's work by putting a job on hold
that Plaintiff worked on.  McShane indicated she didn't
trust her ability, thus making it look like she didn't
know how to do her job.  Ultimately, the job was
released "as is" and the customer lost time on their
schedule due to the hold (Job 691604) Exhibit X).

72.   On or about August 24, 2017, yet another example
of unclear expectations of job responsibilities
occurred as Plaintiff again did not receive an answer
from McShane when she asked for clarity (Exhibit Y).

73.   On or about August 29, 2017, still another
example of McShane undermining Plaintiff's work and not
understanding the processes in place and the
complicated work she created by making snap decisions

based on no information. The next day, she deleted her hold request and released the work "as is" (Exhibit Z).

74.   On or about August 30, 2017, CSR Kevin Dockery requested a hot order to be entered at 7:05 a.m.  This was approved by upper management.  At 3:20 p.m., the order was still not entered by CSR.  Eight (8) hours lag time for a hot order he was made aware and that Plaintiff was waiting on was completely unacceptable by company standard.

75.   On or about October 11, 2017, preferential treatment of Herman occurred again.  Herman's start time was 4 p.m. daily.  Herman had a size revision waiting on her desk since the morning to work on upon her arrival.  The revision should have taken 5-15 minutes at best.  Wilson was in Herman's office as soon as she arrived.  The revision was not completed until 5:05 p.m., proving Wilson impeded Herman's ability to get her work completed in a reasonable amount of time. Wyatt witnessed this occurrence (Exhibit AA).

76.   On or about October 12, 2017, Electronic Arts Serialized inserts on Job 709754 were set up to run on the serial 3 machine against SOP. Per the Bindery, this was a big redo although part of the job was salvageable.   Plaintiff thought she had planned it incorrectly but upon further investigation, Croghan planned and entered the job and no consequences or NCR's were written up against her (Exhibit BB).

77.   On or about November 1, 2017, Wolfe (EPP Department Manager) undermined and questioned Plaintiff's knowledge of Job 717436 for size issues. It was not until Wyatt (a man) assisted Plaintiff did he release the job from hold. The job ran as Plaintiff had originally planned (Exhibit CC).

78.   On or about November 2, 2017, Wolfe again second-guessed Plaintiff on Job 718416 and returned the entire job bag as on hold to planning because the job indicated it would not outsource to Preferred as Plaintiff had originally planned.   Patty Bitzer

(Outsource Manager) assisted and approved the outsource
as Plaintiff originally set up to do (Exhibit DD).

79.   On or about November 10, 2017, Job 719967
required satin AQ (aqueous) coating but the job was run
with matte AQ coating.   Plaintiff had Doug Johnson's
(Press Room Lead) approval. Plaintiff had a hand-
written note (Exhibit EE) with special instructions on
the sales order indicating this, but Planner Nancy
Whitlock didn't acknowledge it on the job ticket
because she was setting Plaintiff up for failure again.

80.   On or about November 15, 2017, Plaintiff
received a $400.00 annual cash bonus for initiative to
improve performance going forward from President of
MPS, Marc P. Shore.

81.   On or about December 8, 2017, Plaintiff was
called into Beth McShane's office and told "she had
made Juanita Henderson cry."   McShane was angry and
said Plaintiff "was not a team player and she had
micro-manage Juanita."   McShane went on to explain that

Plaintiff had printed the sales orders without asking or informing the temporary staff member.  Plaintiff attempted to explain that this was an accepted practice for years to facilitate the work flow when they were are experiencing an influx in sales orders.  They had coined a word for this as a "work-around."  This was commonly used to continue planning work while not causing Ms. Henderson to lose her temper which was often the case.  The conversation began escalating and Plaintiff decided to remove herself from the situation, but McShane blocked her exiting the office by stepping in front of her and closing her office door in front of Plaintiff.  McShane then continued in an elevated angrier tone how "for the 2 days Plaintiff was on vacation the previous week, it was wonderful! It was SO NICE without Plaintiff."  McShane pointed her finger at Plaintiff's face and repeated "It was WONDERFUL a couple of days" and that there was no fighting or yelling the entire time Plaintiff was gone.  Plaintiff

replied that she "should manage her own fucking department instead of letting everyone else manage it for her."  Plaintiff then said "and someone should train her staff how to do their goddamned jobs." Plaintiff began to cry and then both parties calmed down and discussed what had happened and agreed to handle similar situations better.  Plaintiff returned to her office where she finished out her planning responsibilities for the evening.  Carter and Larry Linton were the only witnesses to the event.  Plaintiff was visibly upset and told planners Whitlock, Croghan and Herman what had just happened. They supported her actions as they had experienced several hostile incidents with Ms. Henderson as well and agreed Henderson's hostile outbursts were unacceptable.

82. On or about December 9, 2017, Plaintiff reported to work on Saturday for the weekend coverage and self-reported the incident to GM and Regional GM via email at 10:39 a.m. because she did not want either to be

blind-sided when they walked into the office on Monday morning.   Hesketh replied at 10:49 a.m. he had "already heard about the loud and hostile outbreak."   The tone of his email was accusatory and he had already assumed Plaintiff was in the wrong.   At 11:09 a.m. Plaintiff responded back that she may have miscommunicated part of her email and attempted to clarify.   Plaintiff also indicated she would be happy to meet with both as he had suggested on Tuesday, on December 12, 2017, for further discussion. At 11:08, Hesketh sent another email asking for more details. Plaintiff responded at 11:16 a.m. that there were too many issues to spell out in an email, that there was no simple fix and she was extremely stressed and this was not the time or place to for this discussion to take place (Exhibit FF).

83.   On or about December 11, 2017, Plaintiff reported to work at 11:00 a.m. and was intercepted by Dana Howard upon entering the building.   She got Dawn Cope on the phone and at that time Cope informed

Plaintiff that due to the incident on Friday, December 8, 2017, she was suspended without pay for "insubordination and cussing pending an investigation." Neither would listen to Plaintiff's side of the event and she was escorted out of the building thru the EPP Department in plain sight of several employees instead of out the main entrance which was the closest exit. Plaintiff was told they would let her know on Wednesday, December 13, 2017, what their determination would be at that time. Howard did tell Plaintiff her benefits would last until the end of the month.

84.    On or about December 12, 2017, Plaintiff had an 8:45 a.m. scheduled appointment with Dr. Lana Mandzy which she was able to keep and discussed the events of the day before. Dr. Mandzy suggested Plaintiff seek mental health treatment immediately and prescribed her a sleep aide (Exhibit GG). Plaintiff was also able to make a 1:10 p.m. doctor's with for Dr. Laura Crawford to perform her annual physical. Dr. Crawford also witnessed

Plaintiff's distraught behavior and suggested she seek mental health assistance for PTSD with Rosemary DeFrancisi for EMDR treatment (Exhibit HH).

85.  On or about December 13, 2017, Plaintiff called the Employee Assistance Program (EAP) and spoke to Brittney to take the first step in filing a claim through UNUM Life Insurance Corporation to seek mental health assistance (Exhibit II).

86.  On or about December 13, 2017, Plaintiff sent an email to Cope and Howard at 6:44 p.m. asking for the status of her suspension.

87.  On or about December 14, 2017, Plaintiff filed for unemployment insurance compensation.

88.  On or about December 14, 2017, Plaintiff received a conference call around 2:30 p.m. which included McShane, Howard, Gilland and Hesketh.  Gilland reported the nature of the call was to give Plaintiff the results of the December 8, 2017, investigation, which ultimately resulted in termination of employment from Westrock-MPS.

42

McShane went on to read a prepared statement outlining their decision, but insubordination and cursing were the only two (2) issues leading up to her dismissal. Plaintiff was told if she had any questions, she could contact Cope in the Indianapolis office.

89.   On or about December 14, 2017, Hesketh met with the CSR group and openly discussed Plaintiff's termination.   He also described a heated debate he had had with Whitlock as well as Juanita Henderson, who was no longer working as a temporary staff member at Westrock-MPS.

90.   On or about December 14, 2017, Carter called Plaintiff at 5:30 p.m. to describe a meeting he had just had with Hesketh.   Hesketh had just told the entire Planning Department of Plaintiff's termination but Carter had missed the group meeting.   Hesketh explained that Plaintiff was terminated because "seven (7) people complained to HR and witnessed the incident on December 8, 2017."  Carter asked Hesketh "Who? Because all the

43

CSR's were gone for the day and the only people present were Carter, Linton, McShane and Plaintiff." Carter said Hesketh's response was "Really?! What happened?" Carter told him "Why? It's a little late for that now, seems like you've already made your decision." No investigation ever took place.

91. On or about December 15, 2017, an email was sent from Hesketh to the Planning Department about "thoughts he put together" from his meeting about Plaintiff's termination. Hesketh said "during Mary's exit interview the conversation mentioned some strong words…" which was patently untrue. There was **NEVER** an exit interview conducted by him or Human Resources. Plaintiff attempted to offer her side of the events several times, but each was denied and curtly dismissed.

92. On or about December 15, 2017, Plaintiff started to receive emails, phone calls and text messages from co-workers who were shocked and saddened by the news of her termination. Plaintiff continued to get messages from

several people to this day and get reports how terrible the working situation had become and how the environment continued to remain hostile.

93.   On or about December 15, 2017, Plaintiff was approved through UNUM to see Dr. Alfred L. Perkins P.S.C. for stress and anxiety.  Plaintiff was allowed three (3) sessions at no out of pocket expense.  Plaintiff met with Dr. Perkins, who determined Plaintiff was suffering from generalized anxiety disorder and major depression disorder and should look into short term disability (Exhibit LL).

94.   On or about December 18, 2017, Plaintiff emailed Cope and Howard at 1:02 p.m. for benefit information regarding her termination. No response from either was received.   Plaintiff re-emailed both again at 6:34p.m. Cope called her at 6:43 p.m. and told her "she had no more benefits available to her as of December 11, 2017, and she was not eligible for short term disability." Plaintiff was told that her termination paperwork would

take up to a month to arrive and her "EAP benefits under UNUM were no longer available to her and every benefit was done!" The conversation lasted 4 minutes and Cope was very short and curt in her demeanor.

95.   On or about December 19, 2017, Plaintiff called EAP services and talked to Kimeeta at 9:00 a.m. Kimeeta explained her EAP services were active since Plaintiff had filed a claim on December 12, 2017, and employment wasn't terminated until December 14, 2017, and Plaintiff would have six (6) months of mental health services and thirty-six (36) months of financial and legal benefits available to her if needed.

96.   On or about December 19, 2017, Plaintiff called Westrock-MPS Corporate HR Department at 10:58 a.m. to get clarity on the three conflicting accounts of what benefits were available.   Plaintiff talked to Nicole Bohnett and Jennifer Carey, who indicated that the information received from Howard and Cope was totally and completely incorrect. Plaintiff's termination package

was being processed and would be sent to her right away.
Plaintiff's benefits through Westrock-MPS lasted through
December 15, 2017, so all doctor's visits during that
week would be covered and paid by the medical insurance.
Nicole also indicated that Plaintiff WAS eligible for
short term disability since she had filed the claim with
Unum on December 12, 2017, which was well within the date
range.  Nicole was unsure why Plaintiff had been given
such incorrect information.

97.  On or about January 24, 2018, Plaintiff qualified
to receive unemployment benefits, finding "Claimant did
not knowingly violate a reasonable and uniformly enforced
rule of the employer' (Exhibit MM).

98.  On or about January 25, 2018, Carter called to
tell Plaintiff that the Planning Department had their
luncheon for Hesketh's "Mend Scars" email dated December
15, 2017.  Hesketh was not present for the luncheon but
it was held at Cardinal Café and employees were separated
into groups at separate tables.  Howard made the remark

to Carter about Plaintiff saying "this wasn't her first offense" to justify her termination.

99.  On or about February 22, 2018, Loretta Floyd, a UNUM advisor, contacted Plaintiff to let her know that her short term disability claim was denied as the insurer deemed it "worked related" caused by situational stress (Exhibit NN).

100. On or about February 28, 2018, McShane offered Plaintiff's old position to a former younger male employee with no planning experience, with more pay and on day shift which Plaintiff was never allowed.

101.  On or about March 2, 2018, Plaintiff received a telephone from Carter about training Whitlock vs Linton. Carter described a conversation he had with Gilland about an incident with McShane. Carter used the words she's a "fucking bitch" in describing McShane to Gilland. Gilland said there was "no plan and he didn't care what plans Beth says she has." Carter also confirmed he told McShane with Linton present, "that's bullshit!" when

McShane began pointing a finger in Carter's face saying he needed to train Linton on perfect bound books, not Whitlock. No action was taken for Carter's profanity.

102. On or about June 27, 2018, Plaintiff filed a complaint with the Equal Employment Opportunity Commission (EEOC).

103. On or about July 26, 2018, Plaintiff received her right to sue letter (Exhibit OO).

### COUNT I – SEXUAL HARASSMENT

104. Plaintiff adopts, alleges and incorporates by reference the allegations set forth in paragraphs 1–103.

105. That as a direct and proximate result of the actions of the Defendant, its agents and employees, the Plaintiff has incurred injury and damage and will continued to sustain such until redressed by the Defendant.

### COUNT II – AMERICANS WITH DISABILITIES ACT

106.  Plaintiff adopts, alleges and incorporates by reference the allegations set forth in paragraphs 1-105.

107.  That as a direct and proximate result of the actions of the Defendant, its agents and employees, the Defendants violated the Americans with Disabilities Act by engaging in behavior so inappropriate and harassing that Plaintiff has incurred injury and damage and will continued to sustain such until redressed by the Defendant.

## COUNT III – GENDER DISXCRIMINATION

108.  Plaintiff adopts, alleges and incorporates by reference the allegations set forth in paragraphs 1-107.

109.  That as a direct and proximate result of the actions of the Defendant, its agents and employees, the Plaintiff has incurred injury and damage and will continued to sustain such until redressed by the Defendant.

## COUNT IV – FRAUD

110.  Plaintiff adopts, alleges and incorporates by reference the allegations set forth in paragraphs 1-109.

111.  That as a direct and proximate result of the fraudulent actions of the Defendant, its agents and employees in the workplace and directed at Plaintiff, the Plaintiff has incurred injury and damage and will continued to sustain such until redressed by the Defendant.

## COUNT V – PUNITIVE DAMAGES

112.  Plaintiff adopts, alleges and incorporates by reference the allegations set forth in paragraphs 1-111.

113.  That as a direct and proximate result of the malicious, willful, oppressive and intentional actions of the Defendant, its agents and employees, the Plaintiff has incurred injury and damage and will

continued to sustain such until redressed with punitive damages by the Defendant.

WHEREFORE, The Plaintiff prays as follows:

1. Judgment on each count in an amount shown reasonable by the evidence;

2. Trial by jury on all issues so triable;

3. Compensatory damages;

4. Punitive damages;

5. Attorney fees; and

6. Any and all other relief to which she may appear entitled.

Respectfully submitted,

TIMOTHY DENISON
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
(502) 589-6916; (FAX) 568-6919
timothydenison@ol.com

## VERIFICATION

I have read the foregoing Verified Complaint and it is true and correct as I verily believe.

_Mary P. Leenerts_

MARY P. LEENERTS

COMMONWEALTH OF KENTUCKY

COUNTY OF JEFFERSON

Subscribed and sworn before me by MARY LEENERTS as true and correct on this 18th day of October, 2018.   My commission expires: 7-6 2021    .

NOTARY PUBLIC, SAL, KENTUCKY

53

Thank You Sweet Baby Jesus!

THERE IS A GOD!!!

**EXHIBIT**

ON Vacation (so what's different)

till 12/3 — that soon?

YAY!!!

WE ARE GLAD!

YEA!

The peace and has been

NICE : Mary
wish we All
Could LEAVE when
we wanT TOi

EXHIBIT

B

## Mary Leenerts

*Hostile Epp mgr.*

| | |
|---|---|
| **From:** | Tim Reichle |
| **Sent:** | Monday, May 19, 2014 2:45 PM |
| **To:** | Mary Leenerts |
| **Subject:** | RE: Job# 400171 on hold |
| **Attachments:** | image001.jpg |

*approved &
condoned
dept personel
respond in Hostile*

Have Mike take you off the group E-mail, problem solved.

---

**From:** Mary Leenerts
**Sent:** Monday, May 19, 2014 2:42 PM
**To:** Tim Reichle
**Subject:** RE: Job# 400171 on hold

Don't put me on your emails if it doesn't involve me

---

**From:** Tim Reichle
**Sent:** Monday, May 19, 2014 2:41 PM
**To:** Mary Leenerts
**Subject:** RE: Job# 400171 on hold

Stay out of my E-mails, unless it involves you.

*✱ Rude responded
encouraged &
endorsed by
dept mgr
steve wolfe.
openly stated
in Epp meeting
to disregard
my efforts
to resolve
issues*

---

**From:** Mary Leenerts
**Sent:** Monday, May 19, 2014 2:38 PM
**To:** Tim Reichle
**Cc:** Jennifer Rector
**Subject:** RE: Job# 400171 on hold

Tim, Please give Jennifer the sales order # or part #. She can not identify the item by our job #.
Thanks

---

**From:** Tim Reichle
**Sent:** Monday, May 19, 2014 2:34 PM
**To:** LO Press Leads; LO Orders
**Cc:** LO EPP; Jennifer Rector
**Subject:** Job# 400171 on hold

Job# 400171 is on hold. Lot A is PDF proof out.

Tim Reichle
1st Shift Prepress Lead
1703 South Brook St
Louisville KY 40208

**EXHIBIT**

C

1

## Mary Leenerts

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Friday, October 03, 2014 10:52 AM |
| **To:** | Mike Mullins |
| **Subject:** | RE: a new theory |
| **Attachments:** | image001.png; image002.jpg |

*[handwritten: Easily determined]*

That's pretty simple.
Pull up your info on all planners showing how many tickets they have each entered along with the amount of tickets
Kelly P has entered during the same time period.
If there are ANY tickets registered to KP then we all know she doesn't enter tickets & my theory is correct.
Which proves your data is incorrect.
The end

*[handwritten: if supplied this info]*

**From:** Mike Mullins
**Sent:** Friday, October 03, 2014 10:48 AM
**To:** Mary Leenerts
**Subject:** RE: a new theory

Disprove it.

*[handwritten: if info used to show planners work performance data is not valid & should not be used to determine info for employee review data.]*

**From:** Mary Leenerts
**Sent:** Friday, October 03, 2014 10:47 AM
**To:** Mike Mullins
**Subject:** RE: a new theory

Prove it

**From:** Mike Mullins
**Sent:** Friday, October 03, 2014 10:46 AM
**To:** Mary Leenerts
**Subject:** RE: a new theory

Good theory, but incorrect.

**From:** Mary Leenerts
**Sent:** Friday, October 03, 2014 9:55 AM
**To:** Mike Mullins
**Subject:** a new theory

I think I am not getting counted for putting in a majority of jobs that get sent out. When Outsourcing goes into these job
& adds info they reconfirm. When they reconfirm an estimate it assigns their name to the jobs.
This may be the reason I show a lower ticket counts. I work on most music work that gets outsourced, therefore it would
go to show my numbers are not accurate.

**EXHIBIT**

D

1

10/3/2014
9:52:02AM

431226     Page

**431226**

# JOB INSTRUCTIONS
## MPS Louisville (002)

| | | | |
|---|---|---|---|
| Job: | 431226 - Yusaf Cat Stevens 20 pg ovrszBK | Estimate: | H1871 |
| Customer: | COMBO | Required: | |
| WIS tatus: | WIP | Planner: | KPa |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|

Therory



**Mary Leenerts**
Project Coordinator / Music Division
**Phone:** 502-636-8535

**Address:** 1703 S. Brook St, Louisville, Ky 40208

www.Mary. Leenerts@multipkg.com

**Mary Leenerts**

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Friday, October 03, 2014 9:55 AM |
| **To:** | Mike Mullins |
| **Subject:** | a new therory |
| **Attachments:** | image001.png; image002.jpg |

I think I am not getting counted for putting in a majority of jobs that get sent out. When Outsourcing goes into these job & adds info they reconfirm. When they reconfirm an estimate it assigns their name to the jobs.
This may be the reason I show a lower ticket counts. I work on most music work that gets outsourced, therefore it would go to show my numbers are not accurate.

| | | |
|---|---|---|
| 10/3/2014 9:52:02AM | **431226** | 431226      Page |

**JOB INSTRUCTIONS**
**MPS Louisville (002)**

| Job: | 431226 - Yusaf CatStevens 20 pg ovrszBK | Estimate: | H1871! |
|---|---|---|---|
| Customer: | COMBO | Required: | |
| WIStatus: | WIP | Planner: | KPa |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|

Therory



**Mary Leenerts**
Project Coordinator / Music Division
Phone: 502-636-8535

Address: 1703 S. Brook St, Louisville, Ky 40208

www.Mary. Leenerts@multipkg.com

1

*(no mgt. backing.)*

## Mary Leenerts

**From:** Mike Mullins
**Sent:** Monday, November 03, 2014 2:36 PM
**To:** Mary Leenerts
**Subject:** RE: Reconfirmation
**Attachments:** image001.jpg

*Mike used inaccurate data info on our reviews to determine our work #'s. I expressed*

There is no burden being placed on you. I am done discussing this via email. If you wish to discuss further please see me. Otherwise, this discussion is over.

*concerns about the inaccuracies & said these were unfair & caused me especially t*

**From:** Mary Leenerts
**Sent:** Monday, November 03, 2014 2:33 PM
**To:** Mike Mullins
**Subject:** RE: Reconfirmation

This has nothing to do with what other people do or do not do according to this new list. It's about you utilizing information in order to gauge our work performance using skewed information & how it affects my reviews. I am not going to monitor what others are doing or not doing. This burden should not be placed upon us.

*have bad review or lower work performance.*

**From:** Mike Mullins
**Sent:** Monday, November 03, 2014 2:25 PM
**To:** Mary Leenerts
**Subject:** RE: Reconfirmation

Not at all. If you would like to discuss this, please see me.

*see Email from 10/3/14*

**From:** Mary Leenerts
**Sent:** Monday, November 03, 2014 2:21 PM
**To:** Mike Mullins
**Subject:** RE: Reconfirmation

Harshly? You mean another group email will be sent?

*attempting to deal w/ preferential treatment & how his data used for work performance is askew.*

**From:** Mike Mullins
**Sent:** Monday, November 03, 2014 2:17 PM
**To:** Mary Leenerts
**Subject:** RE: Reconfirmation

I'm saddened to learn that you have so little faith in the integrity of those with whom you work. This is an attempt to make the numbers a more accurate reflection of what you are doing. No system will be foolproof, least of all this one. If I find or even suspect that someone is knowingly undermining the rest, they will be dealt with as harshly as possible. Thanks for your concern and criticism.

**From:** Mary Leenerts
**Sent:** Monday, November 03, 2014 2:03 PM
**To:** Mike Mullins
**Subject:** RE: Reconfirmation

*I continued to plead the case for inaccurate data to no avail.*

This sounds good & reasonable in theory while relying wholly on the honors system. How likely is that to happen? YOU get an extra point if you reconfirm some one else's combo. How is that a deterrent?

1

**EXHIBIT**

F

**From:** Mike Mullins
**Sent:** Monday, November 03, 2014 2:00 PM
**To:** Dave Wyatt; Deborah Croghan; Keith Carter; Kelly Parisek; Mary Leenerts; Nancy Whitlock; Patty Bitzer; Raymond Johnson; Shawn Bridwell; Valerie Meredith
**Subject:** Reconfirmation

There is now a sheet in the 1 planners folder.  Please log the requested information when you are reconfirming an estimate prepared by another planner.  When reconfirming an estimate that you have prepared, this information is not required.
Thanks,

 **Multi Packaging Solutions**

**Mike Mullins**
Production Manager

**Phone:** 502.636.8583
**Mobile:** 502.345.4308

**Address:** 1703 South Brook Street, Louisville, KY  40208-1926

www.multipkg.com

*Documented — no consequences.*

**Mary Leenerts**

**To:** Mike Mullins
**Subject:** RE: Long lunch

Just another shining example of preferential treatment.
Your favorites in action with no cause of action to be delivered.

What's good for the geese is not good for the gander.  Especially if the gander is a girl.

---

**From:** Mike Mullins
**Sent:** Friday, February 06, 2015 5:39 PM
**To:** Mary Leenerts
**Subject:** RE: Long lunch

Any hot ones?

-------- Original message --------
From: Mary Leenerts
Date:02/06/2015 4:52 PM (GMT-05:00)
To: Mike Mullins
Subject: RE: Long lunch

*fri 2/7*
*Mike off work.*
*Dave out @ 3pm*
*Keith out @ 4pm.*
*favoritism.*

To be fair we just shot up to 74 orders on the board.  I don't mind staying if it helps my friend Nancy leave early.

---

**From:** Mary Leenerts
**Sent:** Friday, February 06, 2015 4:18 PM
**To:** Mike Mullins
**Subject:** RE: Long lunch

*Patty B covering.*

There are 42 on the board. Both Dave & Keith left early. She has not said anything to me.  What do you think I should do?

---

**From:** Mike Mullins
**Sent:** Friday, February 06, 2015 4:12 PM
**To:** Mary Leenerts
**Subject:** RE: Long lunch

Are you leaving early?  How many orders on the board?

-------- Original message --------
From: Mary Leenerts
Date:02/06/2015 2:39 PM (GMT-05:00)
To: Mike Mullins
Subject: RE: Long lunch

*proof I had to get approval for any time off.*

Sounds like a plan.
In case you were wondering, Yentil has been up & down 2nd street too many times to count.  She is beating JD & the Dock as far as walking back & forth.

1

**EXHIBIT**

**F**

**From:** Mike Mullins
**Sent:** Friday, February 06, 2015 2:37 PM
**To:** Mary Leenerts
**Subject:** RE: Long lunch

Probably just come in after.  Let's wait until Monday to make the call. Thanks for the heads up

-------- Original message --------
From: Mary Leenerts
Date:02/06/2015 10:18 AM (GMT-05:00)
To: Mike Mullins
Subject: Long lunch

Hey Mikey, Sorry to bug you on your vacation with the grandkids but I just got a notice in the mail last night for an appt that was set up by my new doc to see a Pulmonary specialist. Contrary to popular opinion I DO have a heart.
The appt is for next Tues @ noon.  Not thinking it will be a long appt, so wondered if you would like me to come in early in order to leave the office for about an hour.
Let me know how you would like to handle.

 **Mary Leenerts**
Project Coordinator / Music Division
**Phone:** 502-636-8535

**Address:** 1703 S. Brook St, Louisville, Ky 40208
www.Mary. Leenerts@multipkg.com

2

*Hostile*

**Mary Leenerts**

To:          Mike Mullins
Subject:     FW: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS#
             218006 - Job# 469003  ← *I planned this ticket*

Seriously??? He has to stop including us on these emails if he doesn't want to accept our help. If anyone else would have answered, he would have been ok with it. Pretty sure he found the file by adding the space like I suggested. This is just plain rude & disrespectful. I'm not liking it at all.

-----Original Message-----
From: Steve Wolfe
Sent: Friday, March 06, 2015 2:54 PM
To: Mary Leenerts; Jason Berry; LO EPP
Cc: Pat Swisher
Subject: RE: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

Never mind Pat, I think we figured out part of the problem...     *Petty issue*

-----Original Message-----
From: Mary Leenerts
Sent: Friday, March 06, 2015 2:53 PM
To: Steve Wolfe; Jason Berry; LO EPP
Cc: Pat Swisher
Subject: RE: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

This ran previously on our job 378364 back in Feb 2014 I put a space between the Didx & the #. You might be able to locate the item better Jason

-----Original Message-----
From: Steve Wolfe
Sent: Friday, March 06, 2015 2:51 PM
To: Jason Berry; Mary Leenerts; LO EPP
Cc: Pat Swisher
Subject: RE: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

We need Pat to respond to this Jason     *Rude !*

-----Original Message-----
From: Jason Berry
Sent: Friday, March 06, 2015 2:49 PM
To: Mary Leenerts; LO EPP
Cc: Pat Swisher
Subject: RE: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

According to JMS this is the first time is has been harvested. If these files ran before then they were either missing type or it had to print with a spot color.

1



EXHIBIT

G

From: Mary Leenerts
Sent: Friday, March 06, 2015 2:45
To: Jason Berry
Cc: Pat Swisher
Subject: RE: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

Jason this is a rerun item.  Should run like it did the several times

-----Original Message-----
From: Jason Berry
Sent: Friday, March 06, 2015 2:45 PM
To: Pat Swisher; LO EPP; Bev Charleswood; LO Press Leads; LO Estimators and Planners
Subject: Sony Item# DIDX248956-001 - PINK - Missundaztood CD Bk - SO# 745384 - JMS# 218006 - Job# 469003

Pat - This item has type that is set to a spot color on pages 4,5,8 & 9. The spot color name is "49 74 0 44".  It appears the
files were supplied this way. All paperwork and JMS calls for this item to be 4 color. Item is planned on Job# 469003 and
will be on hold in EPP until we have confirmation how to proceed.
Thanks.



"JOB
#178953"
Robin Gibbs
I developed w/ CSR MUSI
run on 170#finch on
when Mike reprimanded me
For NOT catching that this must
run on 170#finch,
I said it was set up
that way.
Wyatt lied.

( 4/24 )
2016

GUI

B24-3)8pqp-2up
Mach

23 X 35
170# Finch

EXHIBIT
H

I pulled this pre-plan sheet from his garbage.

# Mary Leenerts

**From:** Mary Leenerts
**Sent:** Monday, February 01, 2016 1:03 PM
**To:** Mike Mullins
**Subject:** Salary increase

Mike, I'd like to ask for a salary increase at this time due to the fact I have been in a newly created position to fill a work flow need to coordinate work from to two manufacturing sites.
I have maintained & managed this work successfully for over six months & feel my extra added duties & responsibilities require a bump in my overall wage scale.

My increased responsibilities are not only utilizing & continuing to work on planning skills but also to plan work for not one but two manufacturing facilities.
I pre-plan, plan, organize & control all aspects of manufacturing through customer service provided sales orders to conceptualization, to finished materials for both Brook Street, Allmond Ave & several outside facilities. manage & maintain schedules in both plants based on availabilities as well as capabilities in a cost effective & time restrictive atmosphere.

I am no longer limited to multimedia music work but all turn key product line for MPS including media, game & special projects for each individual site. I adhere & monitor to strict guidelines for each facility while I am able to communicate information with internal staff, CSR reps, sales, upper management & outside sources.

I load pre-planned work for entire planning staff & monitor all sales orders for accuracy & scheduling concerns. I pre-plan with outside facilities & vendors & am able to trouble shoot all issues for fast positive resolutions.
I adhere to Protocols & SOPs regarding each facility schedule's & am able to make decisions on day to day issues in order to free up manager to focus on broader planning / large scale planning issues.

I am able to work with little to no supervision in my daily efforts to increase production efficiency & decreasing internal error ratios all while maintaining quality product.

The fact this position was created out of necessity to accommodate a two facility operation from one position, I am asking MPS to consider salary benchmarking a new position to allow me the benefit of a salary assessment within current market ranges.

This position holds more responsibilities to communicate important business goals. I believe I should be compensated for achieving these goals with a positive performance in line with expectations laid before me from MPS.

Thank you for your consideration. I look forward to hearing from you & am happy to discuss any issues further with you.



*See similar practice from 12/23/14*

## Mary Leenerts

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Tuesday, March 29, 2016 12:08 PM |
| **To:** | Mike Mullins |
| **Subject:** | office area |
| **Attachments:** | IMG_2995.JPG; ATT00001.txt |

Mike, Attached is a picture showing how I found my "closure reminder" note draped across my computer.

This is the second time this week I have found this removed from the 4/1 bin & laying on my desk.

I find this extremely disrespectful & a clear cut form of harassment.

While I understand the individual offices & their components are owned by MPS & that my office is somewhat of an unusual set up. It is still none the less my office & I would expect the same respect I give to others & not disturb,, remove or tamper with any of the items in an office or work area.

I was going to address the two individuals I think are responsible, but I feel it could turn into a hostile situation.

I would appreciate any assistance you could offer to explain to the offender how very rude & offensive their actions have been towards me.
Thanks

*this was his "assistance."*

*Do not disturb this sign mym*

*On 3/30 a signed (MM) post it note was attached to my "closed" note & was hanging in place.*

**EXHIBIT**

1



*Hostile enviorn. / no mgt Support*

**Mary Leenerts**

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Thursday, May 12, 2016 11:34 AM |
| **To:** | Mike Mullins |
| **Subject:** | RE: Therory |

*Planner chooses to not transfer detailed info onto job ticket*

I am not going into the sales orders at all to add info. I am literally hand writing special instructions on the pieces of paper to give special instructions.
Notes I am writing are not for the most part on the sales orders but special instructions like "PLACE ON THE SIDE GUIDE................."
Etc etc
Will discontinue writing these special instructions if you think they should be better managed by the planners.
I may be over compensating.
Thanks

*(Emmy Lou Harris job)
I had been written up + recieved a point because a planner planned wrong.*

**From:** Mike Mullins
**Sent:** Wednesday, May 11, 2016 7:31 PM
**To:** Mary Leenerts
**Subject:** RE: Therory

I'm not sure you need to write notes that are contained on the Sales Order.  Other instructions that you have researched should be.  We can discuss.  I may be oversimplifying.  Not uncommon for me.  One thing I am certain of is that it had nothing to do with the failure at W onderfoil.

-------- Original message --------
From: Mary Leenerts
Date:05/11/2016 6:51 PM (GMT-05:00)
To: Mike Mullins
Subject: Therory

*Planner did not follow detailed info on how to lay out the combo.*

I have a theory or a thought to ponder.

On the first "Rukus" Foil stamp order I had written on the order or on the yellow copy to "run the foil stamp piece on the side guide & put as much white around the piece as possible."  *layout was not laid out properly.*

It looks like the original planner disregarded my instructions & MAY have been a factor to Wonderfoil screwing up.

We may not have allowed enough for them to make it work.  In other words, we may have set them up to fail.

One other incident I heard of this week was similar.

The note to "must match, ship & bill together" special instructions were left off the booklet order.  No sheets were kept to send & follow with the tray.
However, the tray order the info picked up. I had written the job# to follow, ship etc.

Why am I bending over backwards on orders that get outworks or have special instructions when the planner doesn't use the info?



**EXHIBIT**

K

1

I guess through all my ranting & ravings I am left to wonder, why I bother to continue to write special notes for the combos.

Should I just stop wasting my time & just let the planners fall flat on their faces?

It doesn't seem fair to the customer.

Your thoughts, opinions?

5/12/2016
5:01:19PM



**575188**

575188   Page 1 of 3

# JOB INSTRUCTIONS
## MPS Louisville (002)

| | | | |
|---|---|---|---|
| Job: | **575188 - BO CD COMBO - FOIL STAMPING** | Estimate: | **K07946/001** |
| Customer: | **COMBO** | Required: | |
| WI Status: | **WIP** | Planner: | **nwhitlock** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **0883508952FL01**<br>*Universal Music Entertainme*<br>**Final Size:** 4.7500 x 4.7187<br>**Repeat NO Change**<br>Drawing #: FC.006.R<br>Graphics ID: 0883508952<br><br>Barcode: NBC<br><br>Barcode: NBC | LOS RUKIS 25 JOYAS MUSICALES<br>CD 6 Page Folder / Roll Fold<br>Flat: 14.1875 x 4.7187<br>100# C2S TEXT<br>4CP / 4CP<br>REQUIRES STAMPING: # 338 GOLD<br>JMS# 843867 | Order:<br><br>MAX:<br><br>SR #: | S/O#: 934550<br>PO#: 1001015<br>Ready:<br><br>In-Plant:<br><br>CSR: fspall<br><br>*foil stamping* | A9.4.0883508952.Z |
| **777162B   BK01**<br>*Universal Music Entertainme*<br>**Final Size:** 4.7500 x 4.7187<br>**Repeat NO Change**<br>Drawing #: CD.BK.12<br>Graphics ID:<br>094637771624_BK<br><br>Barcode: NBC<br><br>Barcode: NBC | --N.W.A. 12pg CD book<br>Flat: 9.5 x 4.7187 Fin: 4.75 x 4.7187<br>Cover: 100# gloss text 4cp/4cp<br>Text: 70# gloss text 4cp/4cp<br>JMS 141111 | Order: 2,500<br><br>MAX: 2,575<br><br>SR #: 1161781 | S/O#: 934355<br>PO#: 1000975<br>Ready: 5/6/2016<br><br>In-Plant:<br>**5/9/2016**<br><br>CSR: fspall | SONY DADC<br>DOCK DOORS 121-127<br>1800 N FRUITRIDGE AVE<br>TERRE HAUTE, IN 47804<br>DIDX 225152-001 |
| **DIDX 672142-001**<br>*Sony DADC*<br>**Final Size:** 4.7500 x 4.7180<br>**Repeat NO Change**<br>Drawing #: CD.4R<br>Graphics ID: 88697150032_4P<br><br>Barcode: NBC<br><br>Barcode: NBC | Dr Hook / Collections CAN CD<br>Folder - 4 pages<br>FLAT: 9.5 x 4.718 FINISHED: 4.75 x 4.718<br>100# White Gloss Text - 4CP/4CP<br>JMS: 098554<br><br>CANADA VERSION | Order: 2,500<br><br>MAX: 2,575<br><br>SR #: 1161914 | S/O#: 934490<br>PO#: TH730112571401<br>Ready: 5/8/2016<br><br>In-Plant:<br>**5/9/2016**<br><br>CSR: pswisher | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>88697150032-73 |

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 0883508952FL01 | 2,575 | 2 | 777162B   BK01 | 2,575 |
| 3 | DIDX 672142-001 | 2,575 | | | |

## Laydown, Material and Print Sheets

### F1

2 x A LOS RUKIS 25 JOYAS MUSICALES CD-6R          2 x B --N.W.A. 8PG SIG        CD-8PG SIG

2 x B --N.W.A. COVER CD-4R                                     2 x C Dr Hook / Collections CAN CD   CD-4R

| | Substrate | Sheet Size | Cut to Size |
|---|---|---|---|
| | PAPGTX100SONOMA | 21.00 x 31.50 | 21.00 x 31.50 |

## Production Narrative:

LOT A
- TO WONDERFOIL FOR FOIL STAMPING - BLOCK CUT 2UP WITH AS MUCH WHITE AS POSSIBLE 

## Press - For individual form layout - refer to

**F1**

| | | | |
|---|---|---|---|
| | | Size: **21.0000 x 31.5000** | *100# Sonoma Gloss Text* |
| **Material:** | PAPGTX100SONOMA | Method: **Perfector** | |
| Front | INK-4CP-CV-NO | **LO-Heidelberg 8C XL105** | |
| Front | INK-4CP-CV-NO | **LO-Heidelberg 8C XL105** | |

| | **Sheets** |
|---|---|
| **Front** | Input: 2,574 |
| | Output: 1,835 |

## Packing Detail Narrative:

**0883508952FL01**

products per outer  **1,000**
outers per pallet  **35**

| Qty | Material | Description |
|---|---|---|
| 3 | COR6CELLBOX | Six Cell Liner Box |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

**777162B  BK01**

products per outer  **1,000**
outers per pallet  **35**

| Qty | Material | Description |
|---|---|---|
| 3 | COR6CELLBOX | Six Cell Liner Box |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

**DIDX 672142-001**

products per outer  **1,000**
outers per pallet  **35**

| Qty | Material | Description |
|---|---|---|
| 3 | COR6CELLBOX | Six Cell Liner Box |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

### Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
|---|---|---|---|---|---|---|---|
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO | | | | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR | | | | 1.70 |
| F1 | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.53 |
| F1 | 2230 | LO-Heidelberg 8C XL105 | LO208XL1 | 600 | 600 | | 0.50 |
| F1 | 2250 | LO-Heidelberg 8C XL105 | LO208XL1 | 1,974 | 139 | 1,835 | 0.50 |
| F1 | 2330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.33 |
| F1 | 2350 | LO-Polar Cutter 1 | LO30CTP1 | 1,785 | 9 | 1,776 | 0.25 |
| A LOS RUKIS 25 JOYAS MUSICALE | 3150 | O/W FOIL STAMP | O/W | 3,056 | | 3,056 | 0.00 |
| A LOS RUKIS 25 JOYAS MUSICALE | 3230 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.25 |
| A LOS RUKIS 25 JOYAS MUSICALE | 3250 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,656 | 80 | 2,576 | 0.25 |
| B --N.W.A. 8PG SIG | 4130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| B --N.W.A. 8PG SIG | 4150 | LO-MBO 30" Folder 1 | LO30FDM1 | 3,152 | 96 | 3,056 | 0.33 |
| C Dr Hook / Collections CAN CD | 5130 | LO-MBO 30" Folder 1 | LO30FDM1 | 200 | 200 | | 0.25 |
| C Dr Hook / Collections CAN CD | 5150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,630 | 54 | 2,576 | 0.25 |
| A LOS RUKIS 25 JOYAS MUSICALE | 6130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| A LOS RUKIS 25 JOYAS MUSICALE | 6150 | LO-Misc Handwork | LO30HAND | 1,288 | | 1,288 | 0.25 |
| B --N.W.A. 12pg CD Book | 7130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 200 | 200 | | 0.70 |
| B --N.W.A. 12pg CD Book | 7150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 1,328 | 40 | 1,288 | 0.26 |
| C Dr Hook / Collections CAN CD | 8130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |

| | | | | 575188 | Page 3 of 3 |
|---|---|---|---|---|---|
| C Dr Hook / Collections CAN CD | 8150   LO-Misc Handwork | LO30HAND | 1,288 | 1,288 | 0.25 |

**Outwork**

Component

**A LOS RUKIS 25 JOYAS MUSICALES**

| | Step | Description | W/C | Step Type | Input | Scrap | Output |
|---|---|---|---|---|---|---|---|
| | 3150 | O/W FOIL STAMP | O/W | RUN | 3,056 | | 3,056 |
| Outwork: | | FOIL STAMP | | | | | |
| | | Supplier: Wonderfoil! | | | | | |

Text: FOIL STAMP 2UP 6PAGE FOLDER  - STANDING DIE - SHEETS TO WONDERFOIL 5/6 NEED BACK 5/9PM

JobTicket (3/16)



Job # **575188**   Form # **1** **A**   Press: **XL**   Date: **05/12/16**

Customer: 

Description: **4 OUT 8 PAGES & 4 OUT 4 PAGES OF  TEXT**



**TEMPLATE**   MCD- 31 002 MODIFIED

| | | |
|---|---|---|
| Line screens | **175** | |
| Imposition | **Perfects** | |
| Sheet size | **21**  X  **31.5** | |
| Stock | | |
| Stock | | |
| Ink | **Process** | |
| Ink | | |
| Plates | **4**   ( **4** / **4** ) | |

| | |
|---|---|
| Plate bend | |
| Flat size | |
| Head trim | **0.25** |
| Face trim | **0.1875** |
| Gross sheets | **1,289** |
| To Bindery | **1,289** |
| Vendor use | |

| | |
|---|---|
| Gripper | **0.8125** |
| Folded size | **4.75 x 4.71875** |
| Foot trim | **0.25** |
| Lap | **.625 low** |
| Press use | |
| Bindery use | |
| **Net sheets** | **1,289** |

*Benchmark*

**Mary Leenerts**

**To:** Mike Mullins
**Subject:** Salary

*June 2016.*
*6/21/2016.*

Mike,
We had discussed on two separate occasions the possibility of a salary increase based on a position that was created back in July 2015. This position was created to fill a work flow need for two Louisville manufacturing sites.
July is fast approaching & I would like to again ask to be considered for a salary Benchmark / salary assessment based on the significant changes made to my job description & responsibilities.
I have maintained & managed this work successfully for 1 year & feel my extra added duties along with more job responsibilities would require MPS to look into re-assessing my job position for an overall wage scale increase.

My increased responsibilities are not only utilizing & continuing to work on general planning skills, but the ability to plan work two separate manufacturing facilities.
I pre-plan, plan, organize & control all aspects of manufacturing through customer service provided sales orders to conceptualization. I'm able to provide the information to allow quality finished materials to be produced at Brook, Allmond, Holland & Indianapolis, as well as several outside facilities.  I manage & maintain schedules in both plants based on availabilities & capabilities in a cost effective & time restrictive manner.

I am no longer limited to multimedia music work but all turn key product lines for MPS including media, game & special projects for each individual site. I adhere & monitor to strict guidelines for each facility while I am able to communicate information with internal staff, CSR reps, sales, upper management & outside sources.

I load pre-planned work for entire planning staff & monitor all sales orders for accuracy & scheduling concerns.  I pre-plan with outside facilities & vendors & am able to trouble shoot all issues for fast positive resolutions.
I adhere to Protocols & SOPs regarding each facility schedules & able to make decisions on day to day issues in order create faster resolutions & free up the manager's rigorous schedule on a larger scale.

I am able to work with little to no supervision to increase production efficiency while decreasing internal error ratios.  All while maintaining quality product.

This position was created out of necessity to accommodate a two facility operation from one position.  I am asking MPS to consider **salary benchmarking a new position** to allow me the benefit of a salary assessment within current market ranges.
This position holds more responsibilities to communicate important business goals & strategies.  I believe I should be compensated for achieving these goals with a positive performance record in line with the expectations given to me by MPS.

Thank you for your consideration.  I look forward to hearing from you & am happy to discuss any issues further with you.

Mary


EXHIBIT
L

1

**Mary Leenerts**

| | |
|---|---|
| **From:** | Jackie Robinson |
| **Sent:** | Tuesday, July 05, 2016 9:42 AM |
| **To:** | Mary Leenerts |
| **Cc:** | Bob Gilland; Mike Mullins |
| **Subject:** | RE: EA/Allmond |

589334

*Happened 7/5*
*Vacation Day.*
*did not plan*
*Done by Pam H.*

**From:** Mary Leenerts
**Sent:** Tuesday, July 05, 2016 8:49 AM
**To:** Jackie Robinson
**Cc:** Bob Gilland; Mike Mullins
**Subject:** RE: EA/Allmond

Jackie, the combo listed below was done in May. Do you have more recent job numbers that have gone over to Allmond by mistake?
I would be happy to try to identify where the disconnect happened.
Thanks

**From:** Jackie Robinson
**Sent:** Tuesday, July 05, 2016 8:34 AM
**To:** Mike Mullins; Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Mary Leenerts; Nancy Whitlock; Pam Herman; Patty Bitzer; Shawn Bridwell; Tim Graham
**Cc:** Bob Gilland
**Subject:** RE: EA/Allmond

Planners,

There are EA orders that are still being planned and sent to Allmond. Please STOP planning EA orders for Allmond. They are not certified to produce EA work. There is a sign posted in your planning room which lists those jobs that cannot be sent to Allmond, please reference this when planning orders for Allmond.

Thank you,

Jackie

**From:** Mike Mullins
**Sent:** Friday, May 20, 2016 4:43 PM
**To:** Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Mary Leenerts; Nancy Whitlock; Pam Herman; Patty Bitzer; Shawn Bridwell; Tim Graham
**Cc:** Jackie Robinson
**Subject:** FW: EA/Allmond

Please see email below.  NO EA work to Allmond.  If you have one that has been inadvertently been indicated to go there, please change to Brook.  EA is very important to us AND VERY PARTICULAR!!

**From:** Jackie Robinson
**Sent:** Friday, May 20, 2016 4:25 PM



1

**To:** Mike Mullins; Doug Johnson
**Subject:** EA/Allmond

We had two EA jobs come over finished from Allmond. I'd like to know how these EA jobs are getting over to Allmond when they are supposed to stay at Brook. I've include Doug on the email in case he is sending them over there. This is too risky; they could mistakenly send them to EA without us looking at them.

Job 579006
579035

**Jackie Robinson**

Director of Quality/Home Entertainment

| | |
|---|---|
| **Phone:** | 502-636-8547 |
| **Mobile:** | 812-207-4724 |
| **Address:** | 1703 South Brook Street  Louisville, KY 40208 |

www.multipkg.com



*Solutions that protect and promote the world's great brands*

7/5/2016
9:49:18AM



**589334**

# JOB INSTRUCTIONS
## MPS Louisville (002)

589334   Page 1 of 2

| | | | |
|---|---|---|---|
| Job: | **589334 - AO WRAPS** | Estimate: | **K26059/001** |
| Customer: | **COMBO** | Required: | |
| WI Status: | **WIP** | Planner: | **pherman** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|

**3000069068**
*Warner Home Video*
Final Size: 10.7500 x 7.1880
**New**
Drawing #: **DVD.W**
Graphics ID:  3000069068
Barcode: 883929545575
Barcode: 883929545575

HITLER'S RISE TO POWER DVD AW
80# RC2SP - 4CP/0
JMS # 931014

Order: 30,000
MAX: 33,000
SR #: 1191898
CSR: JDanehy

S/O#: 958783
PO#: 4000767388
Ready: 7/6/2016
In-Plant:
**7/7/2016**

Technicolor -Holmes
4155 East Holmes Road
Memphis, TN 38118
WB3000069068

---

**3000070501**
*Warner Home Video*
Final Size: 10.7500 x 7.1880
**New**
Drawing #: **DVD.W**
Graphics ID:  3000070501
Barcode: 883929554751
Barcode: 883929554751

FATHER BROWN S4 DVD AW
80# RC2SP - 4CP/0
JMS # 931037

Order: 15,000
MAX: 16,500
SR #: 1191852
CSR: JDanehy

S/O#: 958745
PO#: 4000767390
Ready: 7/6/2016
In-Plant:
**7/7/2016**

Technicolor -Holmes
4155 East Holmes Road
Memphis, TN 38118
WB3000070501

---

**7332801601**
*Electronic Arts*
Final Size: 8.1562 x 4.9218
**Repeat NO Change**
Drawing #: **PS Vita**
Graphics ID:  7332801601
Barcode: 0 14633 73328 0
Barcode: 0 14633 73328 0

PSVita FIFA 15 (Eng. Only)
Slipsheet
8.15625 x 4.921875
80# Gloss Text
4cp / 0
Look Alikes        JMS 813895

Order: 5,000
MAX: 5,000
SR #: 1191684
CSR: jpopp

S/O#: 958557
PO#: 1100106279
Ready: 7/5/2016
In-Plant:
**7/7/2016**

Sony DADC - TH
Dock Doors 122-126
1800 N. Fruitridge Avenue
Terre Haute, IN 47804
WP04 008780-883

---

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 3000069068 | 33,330 | 2 | 3000070501 | 16,665 |
| 3 | 7332801601 | 5,555 | | | |

## Laydown, Material and Print Sheets

m 1

x a DVD.W-3000069068                    3 x b DVD.W-3000070501

x c PS Vita-7332801601

| | Substrate | Sheet Size | Cut to Size |
|---|---|---|---|
| | PAPGTX80NATURE | 23.00 x 38.00 | 23.00 x 38.00 |

*Hostile work environ.*

**Keith Carter**
Job Title: Planner

**Phone:**    +502-636-8525
**Mobile:**   +502-338-0451
**Address:**  Site address
www.multipkg.com

# Multi Packaging Solutions

*Solutions that protect and promote the world's great brands*

---

**From:** Mary Leenerts
**Sent:** Monday, August 08, 2016 6:12 PM
**To:** Martin Sils; LO Estimators and Planners
**Cc:** LO EPP
**Subject:** RE: Die Vinyl job # 598695

Marty, The prepress narrative is an old note picked up by mistake.
This is a rerun item with dies sanding at Wonderfoil. Please mark through this note on your copy of the combo.  No new die is needed

I'll go into the job & delete this info
Thanks

*Start here*
*work backwards*

---

**From:** Martin Sils
**Sent:** Monday, August 08, 2016 6:03 PM
**To:** LO Estimators and Planners
**Cc:** LO EPP
**Subject:** Die Vinyl job # 598695

Ticket says to pick up die vinyl from job 598695. We do not have a file for this number. We need the original job number this item ran on. JMS # 933006 Item BVMS 1287140-335.

Thanks
Marty

**EXHIBIT**

N

## Mary Leenerts

**From:** Keith Carter
**Sent:** Tuesday, August 09, 2016 11:38 AM
**To:** Mary Leenerts
**Cc:** Mike Mullins
**Subject:** RE: Die Vinyl job # 598695

Would you please print that out and give to me. I did not know that was one of our SOP's
thanks

**Keith Carter**

Job Title: Planner

| | |
|---|---|
| **Phone:** | +502-636-8525 |
| **Mobile:** | +502-338-0451 |
| **Address:** | Site address |

www.multipkg.com



### Multi Packaging Solutions

*Solutions that protect and promote the world's great brands*

---

**From:** Mary Leenerts
**Sent:** Tuesday, August 09, 2016 11:37 AM
**To:** Keith Carter
**Cc:** Mike Mullins
**Subject:** RE: Die Vinyl job # 598695

Current SOP for Wonderfoil we are following is we are  no longer sending die vinyls back & forth to Wonderfoil on rerun orders.
No die vinyls are to be made for rerun items.

---

**From:** Keith Carter
**Sent:** Tuesday, August 09, 2016 8:59 AM
**To:** Mary Leenerts; Martin Sils; LO Estimators and Planners
**Cc:** LO EPP
**Subject:** RE: Die Vinyl job # 598695

The Prepress  Narrative was not an old note picked up by mistake, I typed that note in so a die vinyl would be made because I could not locate the one from the original job. Unless our SOP's were not followed on the original job asking to have a die vinyl made, the note had the original job# in it so they had a point of reference to find the die vinyl file. Marty was not asking about making a New Die he was asking about making the die vinyl which we should have had a file from the original job.

1

**Mary Leenerts**

| | |
|---|---|
| **From:** | Keith Carter |
| **Sent:** | Tuesday, August 09, 2016 2:06 PM |
| **To:** | Mary Leenerts |
| **Subject:** | RE: sop for wonderfoil |

What will the press room check too? If this is the case you must have been the only one having the conversation. I do not recall anyone telling me that information.I will get with Jackie and see if this is ok this does not follow our normal sop's

**Keith Carter**

Job Title: Planner

| | |
|---|---|
| **Phone:** | +502-636-8525 |
| **Mobile:** | +502-338-0451 |
| **Address:** | Site address |

www.multipkg.com



*Solutions that protect and promote the world's great brands*

---

**From:** Mary Leenerts
**Sent:** Tuesday, August 09, 2016 1:59 PM
**To:** Keith Carter
**Subject:** RE: sop for wonderfoil

No hard copies of SOP. Verbal decision was made at the least over a year ago in conjunction with EPP.
Vinyl's were continually being sent back & forth with each job & being lost because of it. EPP had to keep remaking vinyls over & over again.
It was decided each facility would house their own internal vinyls for rerun items.
This doesn't apply to new order.
If you need further

---

**From:** Keith Carter
**Sent:** Tuesday, August 09, 2016 1:56 PM
**To:** Mary Leenerts
**Subject:** sop for wonderfoil

Can you send me a hard copy or tell me where I can find this sop for my records.

**Keith Carter**

Job Title: Planner

## Mary Leenerts

**To:** Mike Mullins
**Subject:** FW: Combo #615699 - Files to Wonderfoil

Is this a new procedure I am unaware of? Or a lame attempt of Bullying? Seriously?

---

**From:** Alan Richmer
**Sent:** Wednesday, October 12, 2016 12:47 PM
**To:** Mary Leenerts
**Subject:** RE: Combo #615699 - Files to Wonderfoil

Well as Gomer Pyle use to say, "Surprise, Surprise!"

Besides, I guess If I really wanted to get technical, I could have put the job on hold because it didn't have the e-mail address on the ticket like it is suppose to, but I'm not that big of a well you know!!!

---

**From:** Mary Leenerts
**Sent:** Wednesday, October 12, 2016 12:43
**To:** Alan Richmer
**Subject:** RE: Combo #615699 - Files to Wonderfoil

Wow!! That is surprising.

---

**From:** Alan Richmer
**Sent:** Wednesday, October 12, 2016 12:40 PM
**To:** Mary Leenerts
**Subject:** RE: Combo #615699 - Files to Wonderfoil

Did I say I did not have one?

Seriously, I do not have an e-mail address for Wonderfoil!

---

**From:** Mary Leenerts
**Sent:** Wednesday, October 12, 2016 12:39
**To:** Alan Richmer
**Subject:** RE: Combo #615699 - Files to Wonderfoil

Seriously? You don't have an email address for Wonderfoil??????

---

**From:** Alan Richmer
**Sent:** Wednesday, October 12, 2016 12:34 PM
**To:** Mary Leenerts; LO EPP; LO Orders; LO Press Leads
**Cc:** Patty Bitzer
**Subject:** Combo #615699 - Files to Wonderfoil

Mary, please forward the attached PDF's to Wonderfoil as you did not supply me with an e-mail address and I have none on file.

Thanks

EXHIBIT

0

1

*[handwritten top: erry 2018]*

**Mary Leenerts**

To:           Mike Mullins
Subject:      update for you to think about

*[handwritten right: Bench Mark a position for Beth under the Sherwood umbrella]*

Not sure if you have been brought up to speed on this or not so here goes.
Will try to keep it brief........

Ok so 4:42pm Benita comes into the bunker & tells me this is how it's going to go come Monday when I get in.
Beth McShane will move over here on Monday. Has nowhere to go. No place to put her & no plan in place to train her.
No JOB or Position for that matter which infuriates the F out of me.

To sum it up - they (they being Terry & Bob) are "CREATING" or as the professional community calls it
"BENCHMARKING" a newly created position for Beth.
Just a side note here.....Not sure if you remember not too long ago I asked MPS to consider doing this for me & was
turned down as not an option as this business is forever changing blah blah blah."

Long story short, Benita is placing her in here, with me, for me to train her... on what I do. How I process orders. How I
figure runs, How I decide what goes where... etc etc . Basically... my job.  The job they are going to BENCHMARK just for
her.
I swear you can not make this up.

*[handwritten]* On 11/3/2017 announced Beth McShane would replace Mike Mullins as Prod. mgr upon his retirement march 2017.

EXHIBIT

P

*[handwritten]* Benita Wilson was brought back (?) from retirement for unknown position + title. no one would explain her position or authority. after I had been repeatedly been asking for promotions, title, more responsibility & money. *Late 2015 Early 2016* →

1

## Mary Leenerts

**From:** Mike Mullins
**Sent:** Tuesday, November 08, 2016 1:22 PM
**To:** Mary Leenerts
**Subject:** RE: Size Changes

Not the point.  We cannot vary by more than .03125.  I'm not sure who you are referring to, but, the inquiry that I received came from QA on a product that has already been produced.

**From:** Mary Leenerts
**Sent:** Tuesday, November 08, 2016 1:20 PM
**To:** Mike Mullins
**Subject:** RE: Size Changes

There should not have been a question in the first place.  And if there was, YOU "should have had my back. Right or wrong.  This is my point.

I have certain individuals guessing my every move on a daily basis.  I can deal with this just fine,  but when I have no support from you. What message are you trying to send exactly??

**From:** Mike Mullins
**Sent:** Tuesday, November 08, 2016 1:15 PM
**To:** Mary Leenerts
**Subject:** RE: Size Changes

If the CSR approves it, have them change the specs & there will be no questions

**From:** Mary Leenerts
**Sent:** Tuesday, November 08, 2016 1:14 PM
**To:** Mike Mullins
**Subject:** RE: Size Changes

If the CSR approved the difference?

Second guessed on every combo decision I make or alter depending on who plans a ticket?

**From:** Mike Mullins
**Sent:** Tuesday, November 08, 2016 1:11 PM
**To:** Mary Leenerts
**Subject:** RE: Size Changes

If it is more than .03125, yes.

**From:** Mary Leenerts
**Sent:** Tuesday, November 08, 2016 1:10 PM
**To:** Mike Mullins
**Subject:** RE: Size Changes

You were asked already this morning weren't you?

1

*[Handwritten note on right side:]* Another example of m.m. not having my back & supporting what planner D.W says. regardless of right or wrong the example he sets is I am wrong & what say doesn't matter. He will not back my decision I work alone

**EXHIBIT**

Q

Now let me ask you a different way.
What if the CSR approved the size difference for efficiency?

Do we need to do this every time I alter a SO?

---

**From:** Mike Mullins
**Sent:** Tuesday, November 08, 2016 1:05 PM
**To:** Mary Leenerts
**Subject:** RE: Size Changes

No.  We can alter by only a maximum of .03125

---

**From:** Mary Leenerts
**Sent:** Tuesday, November 08, 2016 11:12 AM
**To:** Mike Mullins
**Subject:** Size Changes

Is wrap size 11.062 x 7.204 ok to standardized to 11 x 7.25 or vice versa?

# Order Acknowledgement

**Multi Packaging Solutions**

Printed on: 11/7/16 5:51:03PM
Page 1 of 8

MPS Kentucky
1703 S. Brook St.
Louisville, KY 40208

| | |
|---|---|
| Account# | 304490 |
| Cust Order Ref | H640121541801 |
| MPS Order Ref | 1016583 |
| Order Date | 11/7/2016 |
| Delivery Date | 11/11/2016 |
| Proof Require Date | |

**Sold To:**

Sony DADC
Attn: Accounts Payable
1800 N Fruitridge Ave
Terre Haute, IN 47804

**Your Contact:** COLLIER

**Deliver To:**

Sony DADC - TH
Dock Doors 122-126
1800 N. Fruitridge Avenue
Terre Haute, IN 47804

**Our Contact:** pswisher

| Quantity | Item/Description | Price/Per | Value |
|---|---|---|---|
| Outstanding Qty 2,550 EACH | DVMS 239580-369 | 0.03500 EACH | 89.25 |

Graphics#
SFWGK000

World God Only Knows DVD Wrap
80# Gloss Text
4CP/0
JMS:950336

Barcode:
816726010204

Size: 11.0620 x 7.2040 x 0.0000          x

*Handwritten: Ok to finish to 11 x 7.25*

*Handwritten: ✳ More Than A 1/32 of an Inc Can Not Change*

Minor Prod. WRAP
Item Type: NEW

### Coatings/Inks

| Side | Coating Code | PMS | Coating Colour | Film Ref |
|---|---|---|---|---|
| 1 | INK-4CP-CV-NO | | | |

### Shipping Information

| Ship Qty | Ship Display Address | Ship Date | Est Arrival Date |
|---|---|---|---|
| 2,550 | Sony DADC - TH Dock Doors 122-126 1800 N. Fruitridge Avenue Terre Haute, IN 47804 | 11/10/16 | 11/11/16 |

Delivery Terms          Pre-Paid

Customer Item Ref:      SFWGK000JCK
Comments               N0  PRC(.035)  UOM[EACH]
New/Repeat:            New
Draw Number:           DVD_W
Over% 3(2,626)    Under % 70(2,550)    Unplanned Qty: 2,626

*Handwritten: Ok to chg6*

Customer Samples Needed:

Estimate Code:
Wind Direction: F - 0          /B - 0

Master Estimate          Material

**Components**
CORDVDWRAPBOX          14.75 x 11 x 5.375          1.00 Per Kit
DVD Wrap Box
14.75 x 11 x 5.375

## Mary Leenerts

**From:** Mary Leenerts
**Sent:** Thursday, March 16, 2017 12:52 PM
**To:** Shawn Bridwell
**Cc:** Devona Heath
**Subject:** FW: Congradulations !

Ok, so I thought this thing was "completely confidential" & totally "anonymous" & there are like all of 2 people in accounting. So how does he know "AA" of accounting .... ALL Two people have turned theirs in already?!?  WTH?

---

**From:** Terry Hesketh
**Sent:** Thursday, March 16, 2017 12:28 PM
**To:** LO All Users
**Subject:** Congradulations !

To the finance department on being the first to hit 100% completed on the Global Employee Survey !



**Multi Packaging Solutions**

**Terry Hesketh**
Regional Operations Director
**Phone:** 502.636.8539
**Mobile:** 502.548.6768

**Address:** 1703 S Brook St. Louisville, Kentucky , 40208

www.multipkg.com

**"Solutions that protect and promote the world's great brands"**

EXHIBIT

R

1

## Mary Leenerts

| | |
|---|---|
| **From:** | survey@b.co.uk |
| **Sent:** | Tuesday, March 14, 2017 12:41 PM |
| **To:** | Mary Leenerts |
| **Subject:** | The Best Companies "b heard" survey is here! |



The Best Companies "b heard" survey is here!

Hi,

As you have heard, your organisation has registered to be part of the Best Companies Employee Survey. It will help them to understand what's good and what's not so good about working at Multi Packaging Solutions. Your opinion really matters. If you don't tell us, they won't know.

It's carried out by us, Best Companies Limited. We're independent workplace engagement specialists who compile "Best Companies to Work For" lists. We specialise in understanding what fully engages people within their workplace.

**Your individual answers will not be revealed to your employer**

If you have any concerns about the way this survey is being handled, please let us know by contacting us in confidence at concerns@b.co.uk or call us on 01978 857181.

**Act now – don't miss out**

You only have 3 weeks to complete the survey for your response to be included, so please don't delay.

**Just one more thing – please don't forward your survey to your colleagues**

Everyone who's been invited to take part in the survey has been included so please don't forward this email to your colleagues as each survey can only be completed once.

Complete it here: Best Companies Employee Survey

Thank you for Having Your Say.


Best Companies Team

**t:**  01978 856100
**w:** www.b.co.uk

**Please consider the environment by not printing this email**

 

Best Companies Ltd. is Registered in England and Wales

Registered Number: 3916471
Registered Office: Hamilton House, Rackery Lane, Llay, Wrexham, LL12 0PB

 

It's almost time for the Best Companies
## "Be Heard" survey

Hi Colleague,

We've registered to take part in the Best Companies Employee Survey.

It's carried out by Best Companies Limited, independent workplace engagement specialists. They specialise in understanding what fully engages people within their workplace.

Very soon you'll be able to have your say in the survey. You'll receive your login code by email, so please look out for it in your inbox from survey@b.co.uk and complete it as soon as possible.

**Don't miss your chance to have your say!**

We encourage you to be completely honest in your response whether good or bad, as all feedback helps us understand what we are doing well and what we can change for the better.

*Your responses and any comments are confidential.* Please be assured of total anonymity; your responses and any comments can't be identified at an individual level. Any reports on the Survey responses will be produced by Best Companies using cost centre data only, not by employee.

Thank you in advance for your input.

 

best companies

www.multipkg.com

## March Anniversaries

| Name | Dept. | Hire Date | Years |
|------|-------|-----------|-------|
| Mike Nolley | Pressroom | 03/04/1986 | 31 |
| Brian McCluskey | Shipping | 03/19/1990 | 27 |
| Linda Morris | Customer Service | 03/20/1995 | 22 |
| Dale Franks | Bindery | 03/15/1995 | 22 |
| Fatma Noor | Bindery | 03/20/2000 | 17 |
| Damon Ernst | Pressroom | 03/12/2001 | 16 |
| David Thonen | Pre-Press | 03/26/2001 | 16 |
| Susan Brinley | Bindery | 03/18/2004 | 13 |
| Terry Hesketh | Operations | 03/20/2006 | 11 |
| Mike Moore | Bindery | 03/28/2007 | 10 |
| Thomas Hammond | Pressroom | 03/10/2010 | 07 |
| Dale Beach | Bindery | 03/11/2010 | 07 |
| Jeremy Johnson | Bindery | 03/24/2010 | 07 |
| Tomas Roges | Bindery | 03/08/2013 | 04 |
| Thomas Hurtgen | Bindery | 03/19/2013 | 04 |
| Loretta Yates | Bindery | 03/19/2013 | 04 |
| Sam Stahl | Pressroom | 03/19/2013 | 04 |
| Kari Watts | Bindery | 03/03/2015 | 02 |
| Dana Howard | Human Resources | 03/28/2016 | 01 |



**Newsletter Suggestions**

Please let Steve Wolfe know if you have any thoughts regarding information you feel needs to be in this Publication. You can also let your manager know. Thanks!

**SAFETY FIRST**



Industrial Hygiene sampling was conducted on March 9th. Results to show exposure levels of noise, vapors and dust and a report will be shared when it becomes available.

AST will be here March 20th to demo the remaining floor section in the large break room. This room will be sealed off to all employees until March 23rd and remain closed until Maintenance can install the new flooring.



## Quality Information: Quality

The Management Team is currently reviewing all of our SOPs to see if there are any revisions needed with departmental training once approved. Goal is to be completed before busy season begins.

**Mary Leenerts**



Welcome to the Best Companies Employee Survey. This survey should take no more than

To have your say, click on the 'Let's Go' button.

| 14776315 | - | 87380 | **Let's Go** |

The Survey has already been completed.

This site uses session cookies. If you experience difficulties logging in, please check with your IT Department to ensure this, please call us on 01978 856 222.

Best Companies is a regi

 

*Solutions that protect and promote
the world's great brands*

# Employee Survey

## "Be Heard"- your company, your views

Dear Colleagues,

During March we will be asking all of our employees to complete an Employee Satisfaction Survey in which we will ask you to rate how you feel about working at MPS. The survey is your opportunity to be heard and the results will help us understand what you think about working for our Company and what you value in the workplace.

The Survey will run from 14th March and will be open for three weeks. To ensure that responses are completely anonymous, the survey will be carried out by Best Companies, an organisation that specialises in understanding what is important to people within their workplace. You will receive further information and instructions directly from Best Companies within the next two weeks.

I encourage you to take this opportunity to have your say and to be completely honest in your responses. All feedback, whether good or bad, helps us understand what we are doing well and what we can change for the better.  Once completed, the Survey results will be collated and a summary of findings will be presented to all employees in April.

In addition, for every completed survey returned we will be donating $1 to St. Jude Children's Research Hospital. We are delighted to also be supporting this great global charitable cause.

Thank you in advance for your input.

Marc Shore, CEO





best companies™

www.multipkg.com

**EX: undertrained staff member recieves preferential treatment.**  5/19/2017

Mary,

Had a few problems Friday night — (a little difficult for me ☹)

but got everything figured out. (it was too late to call ya)

I had revision + had to make new ticket, will explain later — so.... I put this ticket back, I know it will be hot on Monday but left tonight at 1:50 A.M.   Sorry

Thanks!

Pam

EXHIBIT
S

**Lower Stds of work are acceptable.**



**Multi Packaging Solutions**

*Disturbed went up against QRB 11/23/2017 to get rid of point for non & ncr's.*

Date: 7/17/17

Name: Mary Leenerts

This letter is to notify you that you have been logged into the Accountability System for the following incident:

*Nonconformance Description*

NCR: 201702006
Customer: Warner Home Video
Title: ER S6 8 page folder
Job#: 676893

Problem:  The layout for the folder listed size as 7.3125, but the order, ticket and previous run sample was 7.25. The bindery was able to do some creative cutting to save the job and prevent a rework, but added additional cutting time to their process.

You have received a total of 1 point for this nonconformance.

You have accumulated a total of 1 point in the past 180-day rolling period

Please take this opportunity to take a close look at your process and determine if any appropriate action needs to be taken to prevent this nonconforming condition from occurring again.

Supervisor Signature:_____

Employee Signature:_____

*Return signed letter to QA Mgr.*

**EXHIBIT**

T

## Mary Leenerts

| | |
|---|---|
| **Subject:** | FW: QRB Appeal-Mary Leenerts |
| **Location:** | Front conference room |
| **Start:** | Fri 7/28/2017 2:30 PM |
| **End:** | Fri 7/28/2017 3:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Jackie Robinson |

-----Original Appointment-----
**From:** Jackie Robinson
**Sent:** Sunday, July 23, 2017 5:59 AM
**To:** Jackie Robinson; Terry Hesketh (Terry.Hesketh@MultiPkg.com); Bob Gilland (Bob.Gilland@MultiPkg.com); Rick
Spears (Rick.Spears@MultiPkg.com); Steve Wolfe (Steve.Wolfe@MultiPkg.com)
**Subject:** QRB Appeal-Mary Leenerts
**When:** Friday, July 28, 2017 2:30 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Front conference room

1



Read NCR for time only.

Act procedure.

definition → Raw material
major over $5000.
minor under $5000.

This NCR by definition in the
"accountability manual" does
not outline or define time as
an actionable offense for a point.

Our told points were given under
the above circumstances only,
not for disgruntled / angry workers
leads
supervisors.

— (4) examples of wasted time

9 out of 10 layouts altered

(1)

* Orig NCR's were written only if there was a cost associated to the NCR

* now anything that annoys both epp/bindery can cause an NCR.

* With 4 in 5 layouts altered we increase the chances of more errors.

— When speeds are increased to cover the demand.

— Rules are constantly changing based on the depts mood.

— when planning isn't given the tools to minimize the errors such as: — std sizes
— templates
— sales orders
— layouts

on top of disrespectful treatment by upper mgt.

my DVD F8 was 7.3125. should have been 7.25. 1/16" diffence. should still fit in the cases. →



(2)

## Accountability Procedure
## LB-P-804

Procedure

Rev 1

Page 1 of 5

| Document approvals for this revision are recorded in ISOsoft |
|---|

**Purpose:** To define the system in place to provide accountability for work performed within the facility. Internal root cause analysis is conducted for the following: 1) discovery of major product, service, or system nonconformities; 2) customer complaints and customer rejects; 3) any observation or condition that does not comply with the documented Quality System.

**Definitions:** Criteria for Nonconformance

- Any internal non-conformance or customer complaint, including complaints regarding poor quality of samples.
- Failure to follow Quality System, including running samples of poor quality.
- Raw Materials not meeting specifications on job ticket
- Prepress: reprint determined to be caused by human error.
- Press:  2,500 NC sheets or if job gets to the next process then it will become NC.
- Cutter 1 & 2: 800 NC sheets
- Cutter Cell 3 & 4: 1,300 NC sheets
- Finishing: 1000 NC pieces.

*Major Nonconformance*
- Any NC that causes a customer complaint, rejection credit resulting from rejected product or redo in excess of $5,000.
- A breakdown of the Quality System protocol which resulted in non-conforming product.

*Minor Nonconformance*
- Any redo that is less than $5,000
- Running poor samples.
- A breakdown of the Quality System where no product was found to be non-conforming (not identifying retains, neglecting to stamp carton label, not initialing proof sheet for color/position/copy, etc.).

*Quality Review Board (QRB)*
- Management representative(s) responsible for reviewing all Root Cause Analysis submitted in response to Non Conformance Reports, and applying accountability as applicable when human error is identified as all or part of the cause for the Non-Conformance.
- QRB Team will consist of: Operations Mgr, Regional Ops Director (optional), Quality Mgr and 2 members of the Management Team.
  - The 2 members of the Management Team will hold the position for 1 year at which time new members of the Management Team will be chosen.
  - The Quality Mgr and either Ops Mgr or Regional Ops Director must be in attendance for the QRB review.

Uncontrolled if hard copy





MPS Packaging Solutions

Procedure

Accountability Procedure
**LB-P-804**

Rev 1

Page 2 of 5

| | |
|---|---|
| • Minutes of the QRB review will be recorded and filed in the QA Mgr's office for 1 year. | |
| **Responsibility:** | |
| • QRB is responsible for reviewing all NCRs to determine the accountability as applicable. | |
| • Planning, Outsourcing, EPP, Pressroom, Bindery, QA, Shipping and Receiving Departments | |

| Responsibility | Main Steps | Instructions |
|---|---|---|
| **MPS Employees** | **1. Responsibility Level** | 1.1 Points are assigned (major or minor) according to the severity of the error in quantity/cost and/or missed quality check. *Employee status (e.g. length of time in role, etc.) and complexity of the job will be taken into consideration when assigning points.* <br> 1.2 Discipline will be assigned within 30 days after the investigation has been completed. |
| **QRB Team** | **2. Review NCRs** | 2.1 The Quality Review Board (QRB) will review the NCRs to evaluate the issue to determine the severity of the issue and the reasonable action required. <br> 2.2 The QRB reserves the right to not hold persons accountable for quality rejections/redo's based on normal process deviation or limitations. <br>     2.2.1 The QRB reserves the right to assign points rather than a write up for customer complaints based on reasonable action that is determined for the issue. <br> 2.3 The QRB will take into consideration the time frame involved from product shipment to date of complaint. (Example: customer has had product in warehouse for 11 months and complains of product bowing) QRB will consider time product was at customer site until complaint date to determine if valid. <br> 2.4 If the QRB Team and Regional Operations Director is unable to reach a consensus on accountability, the SVP of Manufacturing will |



Mesto Packaging Solutions

<table>
<tr><td></td><td>Accountability Procedure<br>**LB-P-804**</td><td>Rev 1</td></tr>
<tr><td>Procedure</td><td></td><td></td></tr>
</table>

Page 3 of 5

| Responsibility | Main Steps | Instructions |
|---|---|---|
| | | make the final decision. |
| **All MPS Employees** | **3. Nonconformance** | 3.1 Quality Review Board reviews NCRs. If the QRB decides an employee is accountable, they assign points as follows:<br>  3.1.1 It is worth 0 to 1 point for a Minor Non-Conformance.<br>  3.1.2 If it is Major Non-Conformance the QRB will determine the recommended point assignment from 1 to 4 depending on the severity of the error in quantity/cost and/or missed quality check, the length of time in role, level of difficulty and complexity, as determined by the team.<br>  3.1.3 If the Non-Conformance is considered to be gross negligence or causes a loss of $5,000 or more, (customer complaint, rejection or customer complaint as a result of not following the standard operating procedures, appropriate disciplinary action will be issued in accordance to MPS' Progressive Discipline Policy. |
| **QA Mgr, HR and Dept Mgr** | **4. Issuing letters** | 4.1 Accountability is assigned. The QA Mgr will write the employee's name and number of points being assigned on the copy of the completed NCR<br>4.2 The QA Mgr. will provide HR with the appropriate documentation, employee list with assessed points.<br>4.3 Following point assessment by the QRB, HR will complete the notification letter(s) of points and status and will distribute to the respective department manager(s).<br>4.4 Accountability data is then entered into the electronic tracking record by HR<br>4.5 Department Manager presents and reviews the notification letter with the accountable |



MULTI PACKAGING SOLUTIONS

Procedure

Accountability Procedure
**LB-P-804**

Rev 1

Page 4 of 5

| Responsibility | Main Steps | Instructions |
|---|---|---|
| | | employee(s) within the week of the next scheduled employee(s) work week |
| All Employees | 5.  Problem-Solving | **5.1** In event an employee disagrees with points assigned or discipline issued, the employee may go before the QRB team to present his case.<br>**5.1.1**  When employee requests a meeting before the QRB team, the Department Manager will sit in on the meeting and provide input.<br>**5.1.2**  Personnel pulled from production floor |
| All employees | 6. Disciplinary action | **6.1** Disciplinary action shall be issued as stated in bullet 2.1 when one of the following occurs:<br>**6.1.1** A employee accumulates 6 points in a rolling six calendar month period.<br>**5.1.2** A employee causes a loss of $5,000 or more (total cost).<br>**6.1.3** NC is the result of gross negligence as determined by the QRB<br>**6.1.4** Customer rejection resulting in failure to follow standard operating procedures |
| All Employees | 7. Progressive Discipline Policy | **7.1** Progressive Discipline steps are issued when an employee accumulates  6 point increments, or when disciplinary action is determined according to step Section 3):<br><br>**7.1.1** Step  1: First Written Warning<br>**7.1.2** Step  2: Final Written Warning<br>**7.1.3** Step  3: Termination.<br><br>**7.2**  Once an employee has accumulated 6 point and receives progressive discipline, the accountability points will start over at 0 (zero). Points do not continue to accumulate after reaching 6 points.<br>Example: An employee accumulates 6 points and receives a written warning; accountability |

Uncontrolled if hard copy



MATH PACKAGING SOLUTIONS

**Procedure**

## Accountability Procedure
## LB-P-804

Rev 1

| Responsibility | Main Steps | Instructions |
|---|---|---|
| | | points start over at 0. Employee accumulates another 6 points and receives a 2nd written warning; accountability points start over at 0.<br><br>**NOTE:** If you reach step 2 (final written warning) be aware that a nonconformance deemed gross negligence or causes a loss of $5,000 or more (within the same year as the first two write ups will result in termination. |
| **Department Manager - HR** | **8. Completing disciplinary action** | **8.1** Counsel employee according to company policy and return a completed disciplinary action form and supporting documentation to Human Resources.  **Disciplinary action write up will remain active for 12 months.**<br><br>**8.0**  Three (3) disciplinary actions within a year will result in termination |
| **All Employees** | **9. Point removal** | **9.1 Points will be active for 180 calendar days at which time they will be removed/drop off the accountability report.**<br><br>**NOTE: 180 days includes days you are NOT scheduled to work and weekends.** |
| **All Employees** | **10. Catch & Reinforcement Program** | **10.1** Employees are eligible to be rewarded for catching mistakes or potential problems or for going above and beyond the scope on their job (reinforcement) responsibilities, quality checks and processes. See procedure LB-P-805 Catch and Reinforcement. |

MPS Louisville (002)

**Internal Non-Conformity Report**

Print Date: 6/26/2017  Time: 1:06:19PM

| Report Number: | 201702006 | | Report Date: | 6/26/2017 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer: | 304561 - **Warner Home Video** | QA Complete Date: | |
| | | Cost Complete Date: | |
| Department: | LO86PL | | |
| | | Planning | |
| Origin: | IC | Internal Complaint / Customer | Customer Return: No |
| Type: | PL004 | Layout Incorrect | Claim Justified: No |
| Status: | | | Customer Claim: No |
| Cost Status: | | | Total Score: 1 |
| Claim Reference: | | | |
| Severity: | Not Classified | | |
| User Reporting Problem: | rspears | | Total Costs: 0.00 |
| User To Take Action: | | | Total Quantity: 0 |
| Problem: | job 676893 layout wrong size 7.3125 job ticket and sample off last run is at 7.25 no rework needed | | |

## Beth McShane

| | |
|---|---|
| **From:** | Rick Spears |
| **Sent:** | Monday, June 26, 2017 1:11 PM |
| **To:** | Beth McShane |
| **Cc:** | Jackie Robinson; Terry Hesketh |
| **Subject:** | NCR 201702006 |
| **Attachments:** | 201706261304.pdf |

8 PG. gate fold wrong size on the layout 7.3125 job ticket and sample off last run is at 7.25 no rework needed just lost time for the bindery

**Mary Leenerts**

| | |
|---|---|
| **From:** | Deborah Croghan |
| **Sent:** | Monday, July 24, 2017 11:36 PM |
| **To:** | Martin Sils; LO Press Leads |
| **Cc:** | LO EPP; LO Estimators and Planners |
| **Subject:** | RE: JOB 683663 ON HOLD: WHV 3000074645  VEEP S6 |

FIXED

**From:** Martin Sils
**Sent:** Monday, July 24, 2017 8:21 PM
**To:** LO Press Leads
**Cc:** LO EPP; LO Estimators and Planners
**Subject:** JOB 683663 ON HOLD: WHV 3000074645 VEEP S6

JOB 683663 on hold: WHV 3000074645  VEEP S6 lot A, ticket and sales order are for size 10.531x5.859. The file is 10.75x7.1875. sent back to be re-planned.

Marty

*7/21 @ 3:10 need approval*
*7/21 @ 3:24 obtained approval*
*7/24 @ 8:21 pm Epp alert out*
*7/24 @ 11:36 pm corrected*

*time wasted:*
*planning — M. Leenerts, planner*
*T. Hesketh*
*Epp — M. Sils*
*scheduling on/off/on.*
*press —*
*plann — D. Croghan.*

1

**Mary Leenerts**

| | |
|---|---|
| **From:** | Justin Popp |
| **Sent:** | Thursday, July 27, 2017 8:26 AM |
| **To:** | Kendall Sharp; LO Press Leads; LO Estimators and Planners; Tiffani Adams; LO EPP; LO QA Group |
| **Subject:** | RE: Job 684618 On Hold Lot C EA 3729905001 JMS# 982789 Item may serialize |

Item has been to added serialization

---

**From:** Kendall Sharp
**Sent:** Thursday, July 27, 2017 5:40 AM
**To:** LO Press Leads; Justin Popp; LO Estimators and Planners; Tiffani Adams; LO EPP; LO QA Group
**Subject:** Job 684618 On Hold Lot C EA 3729905001 JMS# 982789 Item may serialize

SO# 1126586
Electronic Arts  3729905001 PCWIN BF 1 Revolution Legal Pamphlet
JMS# 982789

This item has a box on the front cover (please see attachment) that may be a serialization box. Sales order does not indicate this item serializes. Please advise.

If item does serialize, it may need to be re-planned

Job 684618 is on hold. The earliest ready date is 7/28/17 with in-plant 8/1/17 in Memphis

Kendell

*Planning*
*Planner*
*Epp*
*CSR*
*Scheduling / Serial.*

1

# 684235 - ON HOLD. WHV Size corr. Back to planning

Robert Mcgee

**Sent:** Wednesday, July 26, 2017 05:14

**To:** James Danehy; Shannan Long; Justin Popp; LO Orders; LO EPP; LO Estimators and Planners; LO Press Leads; Mike Marzian; Steve Wolfe; Doug Johnson; Mike Ellingsworth

4000062650 - Lethal Weapon DVD Serialized IN
S/O 1126371
JMS 981034

S/O, ticket & layout have this as 4.5 x 5.75

Actual file size & size in JMS is 4.6875 x 7.25

Job will need go back to planning

Robert McGee
3rd Shift Prepress Lead
1703 South Brook St.
Louisville KY 40208
502-636-8557
Robert.Mcgee@Westrock-MPS.com

*planning*
*planner*
*Epp*
*CSR*
*pressroom /sched.*

**Nancy Whitlock**

| | |
|---|---|
| **From:** | Dave Thonen |
| **Sent:** | Wednesday, July 26, 2017 12:33 PM |
| **To:** | Freida Spall; LO Estimators and Planners; LO Orders; LO EPP |
| **Subject:** | TICKET # 684217 - OUTSOURCE - ITEM A - Spec change |

D224290 FL01 – NELSON - SO # 1126197 – JMS # 982605
Please update Flat size to be 14.1875 x 9.4375, folding to 4.75 x 4.71875
I have updated specs in JMS. Please update pecas.
Ticket and layout will need to go back to planning before going to Printing Partners.

Dave Thonen
Pre-Press Department
MPS Brook Street - Louisville, KY

*Planning*
*Planner*
*epp*
*Patty / Karen H.*
*Printing partners*

8/14/2017
1:37:51PM

**686869**

# JOB INSTRUCTIONS
## MPS Louisville (002)   *AUG 2017*

| | |
|---|---|
| Job: | **686869 - PS4 NBA 2K18 PRESS OK rev1 ship to chg** |
| Customer: | TakeTwo |
| WI Status: | **WIP** |

Estimate: **L54009/001**
Required
Planner  *8/2/17*  deroghan

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **47907-3**<br>*TakeTwo*<br>Final Size: 10.7190 x 6.3280<br>New<br>Drawing #: G4935A1<br>Graphics ID: 47907-3<br>Barcode: 710425479076 | ALREADY PRINTED MATERIAL ON THE FLOOR CHECK BEFORE PRINTING<br><br>PS4 NBA 2K18 COVERSHEET<br>10.719 X 6.328<br>#80 GLOSS TEXT<br>4CP/0<br>TRIM AND BOX<br>EPP# 983781 | Order: **1,200,000**<br>MAX: **1,260,000**<br><br>SR #: 1401347 | S/O#: 1129464<br>PO#: 306935<br>Ready: 8/10/2017<br><br>In-Plant:<br>**8/11/2017**<br>CSR: jpopp | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>B4DL 055450-870 |
| **47907-3**<br>*TakeTwo*<br>Final Size: 10.7190 x 6.3280<br>New<br>Drawing #: G4935A1<br>Graphics ID: 47907-3<br>Barcode: 710425479076 | ALREADY PRINTED MATERIAL ON THE FLOOR CHECK BEFORE PRINTING<br><br>PS4 NBA 2K18 COVERSHEET<br>10.719 x 6.328<br>#80 GLOSS TEXT<br>4CP/0<br>TRIM AND BOX<br>EPP# 983781 | Order: **279,600**<br>MAX: **293,580**<br><br>SR #: 1408039 | S/O#: 1129464<br>PO#: 306935<br>Ready: 8/10/2017<br><br>In-Plant:<br>**8/11/2017**<br>CSR: jpopp | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>B4DL 055450-870 |
| **49908-3**<br>*TakeTwo*<br>Final Size: 10.5510 x 5.8270<br>New<br>Drawing #: G4939A1<br>Graphics ID: 49908-3<br>Barcode: 710425499081 | XB1 NBA 2K18 COVERSHEET<br>4 CP/0<br>#80 GLOSS TEXT<br>CUT TO SIZE, CARTON PACK<br>EPP#983782 | Order: **700,000**<br>MAX: **735,000**<br><br>SR #: 1401455 | S/O#: 1129554<br>PO#: 306949<br>Ready: 8/10/2017<br><br>In-Plant:<br>**8/11/2017**<br>CSR: jpopp | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118 |
| **49908-3**<br>*TakeTwo*<br>Final Size: 10.5510 x 5.8270<br>New<br>Drawing #: G4939A1<br>Graphics ID: 49908-3<br>Barcode: 710425499081 | XB1 NBA 2K18 COVERSHEET<br>4 CP/0<br>#80 GLOSS TEXT<br>CUT TO SIZE, CARTON PACK<br>EPP#983782 | Order: **325,600**<br>MAX: **341,880**<br><br>SR #: 1408103 | S/O#: 1129554<br>PO#: 306949<br>Ready: 8/10/2017<br><br>In-Plant:<br>**8/11/2017**<br>CSR: jpopp | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118 |

*1.553.580 duplicate orders rem*

**Prepress Narrative:**

NEW ITEM - LOOK A LIKE
SEE MATCHING COMPONENT LIST

PICK UP PROOF FROM PREP INSTRUCTION BAG

FORM 1 IS A PRESS CHECK FOR BOTH ITEM'S 5 UP EACH
FRIDAY 9 A.M. PRESS OK

*first combo*
*of press ok*

**EXHIBIT**

**Production Quantities**

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 47907-3 | 1,260,000 | 2 | 49908-3 | 735,000 |

## Laydown, Material and Print Sheets

### F-1 PRESS OK
10 x F-1 PRESS OK   DVD-W

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

### F-2 XB1
12 x F-2 XB1  DVD-W

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

### F-3 PS4
10 x F-3 PS4  DVD-W

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

## Press - For individual form layout - refer to

### F-1 PRESS OK
**Material:** PAPGTX80NATURE    Size: **23.1250 x 38.0000**    *80# Nature Gloss Text*
**Front**   INK-4CP-CV-NO    Method: **Sheetwise**
LO-Heidelberg 640H w/ AQ "A"

| Front | Sheets |
|---|---|
| | Input: 1,063 |
| | Output: 500 |

### F-2 XB1
**Material:** PAPGTX80NATURE    Size: **23.1250 x 38.0000**    *80# Nature Gloss Text*
**Front**   INK-4CP-CV-NO    Method: **Sheetwise**
LO-Heidelberg 640H w/ AQ "A"

| Front | Sheets |
|---|---|
| | Input: 63,391 |
| | Output: 61,608 |

### F-3 PS4
**Material:** PAPGTX80NATURE    Size: **23.1250 x 38.0000**    *80# Nature Gloss Text*
**Front**   INK-4CP-CV-NO    Method: **Sheetwise**
LO-Heidelberg 640H w/ AQ "A"

| Front | Sheets |
|---|---|
| | Input: 129,139 |
| | Output: 126,684 |

## Packing Detail Narrative

**49908-3**

| products per outer | 2,600 | | | |
|---|---|---|---|---|
| outers per pallet | 52 | Qty | Material | Description |
| | | 283 | CORDVDWRAPBOX | 14.75 x 11 x 5.375 |
| | | 6 | PAL01 | 48" x 40" Grade B Pallet |

**47907-3**

| products per outer | 2,600 | | | |
|---|---|---|---|---|
| outers per pallet | 52 | Qty | Material | Description |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 485 | | CORDVDWRAPBOX | | 14.75 x 11 x 5.375 | | | |
| 10 | | PAL01 | | 48" x 40" Grade B Pallet | | | |

## Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
|---|---|---|---|---|---|---|---|
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO | | | | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR | | | | 0.90 |
| F-1 PRESS OK | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.26 |
| F-1 PRESS OK | 2230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 | | 1.25 |
| F-1 PRESS OK | 2250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 538 | 38 | 500 | 0.16 |
| F-2 XB1 | 3130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.26 |
| F-2 XB1 | 3230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 | | 1.25 |
| F-2 XB1 | 3250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 62,866 | 1,258 | 61,608 | 6.28 |
| F-2 XB1 | 3330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.50 |
| F-2 XB1 | 3350 | LO-Polar Cutter 1 | LO30CTP1 | 61,558 | 308 | 61,250 | 9.91 |
| F-3 PS4 | 4130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.26 |
| F-3 PS4 | 4230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 | | 1.25 |
| F-3 PS4 | 4250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 128,614 | 1,930 | 126,684 | 12.86 |
| F-3 PS4 | 4330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.50 |
| F-3 PS4 | 4350 | LO-Polar Cutter 1 | LO30CTP1 | 126,634 | 634 | 126,000 | 20.41 |
| F-2 XB1 | 5130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| F-2 XB1 | 5150 | LO-Misc Handwork | LO30HAND | 735,000 | | 735,000 | 7.35 |
| F-3 PS4 | 6130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| F-3 PS4 | 6150 | LO-Misc Handwork | LO30HAND | 1,260,000 | | 1,260,000 | 12.60 |

## Samples

| 47907-3 | PS4 NBA 2K18 COVERSHEET |
|---|---|
| Samples Needed: 2 | New |

| 49908-3 | XB1 NBA 2K18 COVERSHEET |
|---|---|
| Samples Needed: 2 | New |

Total New Samples Needed: 4

## Additional Samples

| Sales Order | Item | Short Description |
|---|---|---|
| 1129464 | | |
| Line: 1 | 47907-3 | PS4 NBA 2K18 COVERSHEET |
| Special Sample Qty | 2 | |
| 1129554 | | |
| Line: 1 | 49908-3 | XB1 NBA 2K18 COVERSHEET |
| Special Sample Qty | 2 | |

8/14/2017
1:38:48PM



**687003**

# JOB INSTRUCTIONS
## MPS Louisville (002)

| | | |
|---|---|---|
| Job: | **687003 - DVD COMBO  F2-F3 NBA REV2 ship to chg** | Estimate: **L54209/001** |
| Customer: | **COMBO** | Required |
| WI Status: | **WIP** | Planner: 8/9/17  nwhitlock |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **UDMS 012070-840**<br>*Sony DADC*<br>**Final Size:** 10.5310 x 5.8590<br>New<br>Drawing #: BD.Wrap<br>Graphics ID: 49915LIT<br>Barcode: 043396499157 | Bram Stokers Dracula  BD Wrap<br>Stock: 80# Kenton White Gloss<br>Text<br>4CP+PMS 199 /0<br>JMS:983284 | Order: 30,000<br>MAX: 30,900<br>SR #: 1402071<br>CSR:  pswisher | S/O#: 1130016<br>PO#: TH640132381003<br>Ready: 8/8/2017<br>In-Plant:<br>**8/9/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>49915LIT |
| **BVDL1346080-840**<br>*Sony DADC*<br>**Final Size:** 10.5310 x 5.8590<br>New<br>Drawing #: BD.Wrap<br>Graphics ID: 50981LIT<br>Barcode: 043396509818 | Sniper Ultimate Kill  BD Wrap<br>Stock: 80# White Gloss Text -<br>4CP/0<br>JMS:983601 | Order: 30,000<br>MAX: 30,900<br>SR #: 1402084<br>CSR:  pswisher | S/O#: 1130027<br>PO#: TH640132381006<br>Ready: 8/8/2017<br>In-Plant:<br>**8/9/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>50981LIT |
| **49905-3**<br>*Take Two*<br>**Final Size:** 10.7500 x 7.1870<br>New<br>Drawing #: X360 WRAP<br>Graphics ID: 49905-3<br>Barcode: 710425499050 | X360 NBA 2K18 COVERSHEET<br>4 CP/0<br>#80 GLOSS TEXT<br>CUT TO SIZE, CARTON PACK<br>EPP#982397 | Order: 100,000<br>MAX: 105,000<br>SR #: 1401366<br>CSR:  jpopp | S/O#: 1129514<br>PO#: 306952<br>Ready: 8/10/2017<br>In-Plant:<br>**8/11/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118 |
| **47907-3**<br>*Take Two*<br>**Final Size:** 10.7190 x 6.3280<br>New<br>Drawing #: G4935A1<br>Graphics ID: 47907-3<br>Barcode: 710425479076 | ALREADY PRINTED MATERIAL<br>ON THE FLOOR CHECK BEFORE<br>PRINTING<br><br>PS4 NBA 2K18 COVERSHEET<br>10.719 X 6.328<br>#80 GLOSS TEXT<br>4CP/0<br>TRIM AND BOX<br>EPP# 983781 | Order: 1,200,000<br>MAX: 1,260,000<br>SR #: 1401347<br>CSR:  jpopp | S/O#: 1129464<br>PO#: 306935<br>Ready: 8/10/2017<br>In-Plant:<br>**8/11/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>B4DL 055450-870 |
| **47907-3**<br>*Take Two*<br>**Final Size:** 10.7190 x 6.3280<br>New<br>Drawing #: G4935A1<br>Graphics ID: 47907-3<br>Barcode: 710425479076 | ALREADY PRINTED MATERIAL<br>ON THE FLOOR CHECK BEFORE<br>PRINTING<br><br>PS4 NBA 2K18 COVERSHEET<br>10.719 X 6.328<br>#80 GLOSS TEXT<br>4CP/0<br>TRIM AND BOX<br>EPP# 983781 | Order: 279,600<br>MAX: 293,580<br>SR #: 1408039<br>CSR:  jpopp | S/O#: 1129464<br>PO#: 306935<br>Ready: 8/10/2017<br>In-Plant:<br>**8/11/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>B4DL 055450-870 |

1,553,580 total Duplicate Ordered

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | UDMS 012070-840 | 31,150 | 2 | BVDL1346080-840 | 31,150 |
| 3 | 49905-3 | 105,840 | 4 | 47907-3 | 1,265,040 |

## Laydown, Material and Print Sheets

**F1**

6 x A Bram Stokers Dracula  BD Wra    PS3-W        6 x B Sniper Ultimate Kill BD Wrap    PS3-W

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

**F2**

10 x C XB1 NBA 2K18 COVERSHEET      DVD-W

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

**F3**

9 x D PS4 NBA 2K18 COVERSHEET PS3-W

| Roll Width | Substrate | Sheet Size | Cut to Size |
|---|---|---|---|
| 35.0000 | PAPRGTX80NATUREWEB | 35.00 x 22.25 | 35.00 x 22.25 |

## Production Narrative:

F1 - PRINT AND FINISH AT BROOK
5/0 4/C + PMS 199

LOT A
SPHE new release
COLOR CRITICAL  MATCH PROOFS
INTERNAL MATCHING COMPONENT.
SHARE SHEET WITH MPS CANADA

LOT B
SPHE new release
COLOR CRITICAL  MATCH PROOFS
INTERNAL MATCHING COMPONENT.

F2 - POSSIBLE OUTSIDE PRINT AND FINISH
INTERNAL MATCHING

F3 - POSSIBLE OUTSIDE PRINT AND FINISH
INTERNAL MATCHING

## Press - For individual form layout - refer to

**F1**

| | | Size: **23.1250 x 38.0000** | *80# Nature Gloss Text* |
|---|---|---|---|
| Material: | PAPGTX80NATURE | Method: **Sheetwise** | |
| Front | INK-4CP-CV-NO | LO-Heidelberg 640H w/ AQ "A" | |
| Front | INK-PMS-CV-AQ | LO-Heidelberg 640H w/ AQ "A" | |

|  | Sheets |
|---|---|
| **Front** | Input: 6,061 |
| | Output: 5,269 |

**F2**

| | | Size: **23.1250 x 38.0000** | *80# Nature Gloss Text* |
|---|---|---|---|
| Material: | PAPGTX80NATURE | Method: **Sheetwise** | |

| Front | INK-4CP-CV-NO | LO-Heidelberg 640H w/ AQ "A" |
|---|---|---|

|  | Sheets |
|---|---|
| Front | Input: 11,437 |
|  | Output: 10,584 |

**F3**
**Material:** PAPRGTX80NATUREWEB    **Size:** 35.0000 x 22.2500    *80# Nature Web Gloss Text Roll*
**Method:** **Sheetwise**
Front    INK-4CP-CV-NO    LO-Heidelberg 640H w/ AQ "A"

|  | Sheets |
|---|---|
| Front | Input: 143,226 |
|  | Output: 140,560 |

## Packing Detail Narrative:

**UDMS 012070-840**

| products per outer | 2,600 |
|---|---|
| outers per pallet | 50 |

| Qty | Material | Description |
|---|---|---|
| 12 | CORPS3USMANBOX | 14.75 x 9.625 x 6 |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

**BVDL1346080-840**

| products per outer | 2,600 |
|---|---|
| outers per pallet | 50 |

| Qty | Material | Description |
|---|---|---|
| 12 | CORPS3USMANBOX | 14.75 x 9.625 x 6 |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

**49905-3**

| products per outer | 2,600 |
|---|---|
| outers per pallet | 50 |

| Qty | Material | Description |
|---|---|---|
| 41 | CORPS3USMANBOX | 14.75 x 9.625 x 6 |
| 1 | PAL04 | 42" x 42" Grade B Flush Pal |

**47907-3**

| products per outer | 2,600 |
|---|---|
| outers per pallet | 50 |

| Qty | Material | Description |
|---|---|---|
| 487 | CORPS3USMANBOX | 14.75 x 9.625 x 6 |
| 10 | PAL04 | 42" x 42" Grade B Flush Pal |

## Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
|---|---|---|---|---|---|---|---|
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO |  |  |  | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR |  |  |  | 0.90 |
| F1 | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 |  |  |  | 0.33 |
| F1 | 2230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 600 | 600 |  | 1.50 |
| F1 | 2250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 5,461 | 192 | 5,269 | 0.55 |
| F1 | 2330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 |  | 0.50 |
| F1 | 2350 | LO-Polar Cutter 1 | LO30CTP1 | 5,219 | 27 | 5,192 | 0.83 |
| F2 | 3130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 |  |  |  | 0.26 |
| F2 | 3230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 |  | 1.25 |
| F2 | 3250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 10,912 | 328 | 10,584 | 1.08 |
| F2 | 3350 | O/W OW PRINT DUMMY | O/W | 10,584 |  | 10,584 | 0.00 |
| F3 | 4130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 |  |  |  | 0.26 |
| F3 | 4230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 |  | 1.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| F3 | 4250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 142,701 | 2,141 | 140,560 | 14.26 |
| F3 | 4350 | O/W OW PRINT PREFERRED | O/W | 140,560 | | 140,560 | 0.00 |
| A Bram Stokers Dracula  BD Wra | 5130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| A Bram Stokers Dracula  BD Wra | 5150 | LO-Misc Handwork | LO30HAND | 31,150 | | 31,150 | 0.31 |
| B Sniper Ultimate Kill BD Wrap | 6130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| B Sniper Ultimate Kill BD Wrap | 6150 | LO-Misc Handwork | LO30HAND | 31,150 | | 31,150 | 0.31 |
| C XB1 NBA 2K18 COVERSHEET | 7130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| C XB1 NBA 2K18 COVERSHEET | 7150 | LO-Misc Handwork | LO30HAND | 105,840 | | 105,840 | 1.06 |
| C XB1 NBA 2K18 COVERSHEET | 7250 | O/W OW TO FINISH | O/W | 105,840 | | 105,840 | 0.00 |
| D PS4 NBA 2K18 COVERSHEET | 8130 | LO-Misc Handwork | LO30HAND | | | | 0.16 |
| D PS4 NBA 2K18 COVERSHEET | 8150 | LO-Misc Handwork | LO30HAND | 1,265,040 | | 1,265,040 | 12.65 |
| D PS4 NBA 2K18 COVERSHEET | 8250 | O/W OW TO FINISH | O/W | 1,265,040 | | 1,265,040 | 0.00 |

## Outwork
Component

### F2

| | Step | Description | W/C | Step Type | Input | Scrap | Output |
|---|---|---|---|---|---|---|---|
| | 3350 | O/W OW PRINT DUMMY | O/W | RUN | 10,584 | | 10,584 |

Outwork:  OW PRINT DUMMY
Supplier: MPS Kentucky

Text: DUMMY FOR PRINT

### F3

| | Step | Description | W/C | Step Type | Input | Scrap | Output |
|---|---|---|---|---|---|---|---|
| | 4350 | O/W OW PRINT PREFERRED | O/W | RUN | 140,560 | | 140,560 |

Outwork:  OW PRINT PREFERRED
Supplier: Preferred Marketing Solutions

Text:  PRINT AT PREFERRED

### C XB1 NBA 2K18 COVERSHEET

| | Step | Description | W/C | Step Type | Input | Scrap | Output |
|---|---|---|---|---|---|---|---|
| | 7250 | O/W OW TO FINISH | O/W | RUN | 105,840 | | 105,840 |

Outwork:  OW TO FINISH
Supplier: MPS Kentucky

Text: DUMMY TO FINISH

### D PS4 NBA 2K18 COVERSHEET

| | Step | Description | W/C | Step Type | Input | Scrap | Output |
|---|---|---|---|---|---|---|---|
| | 8250 | O/W OW TO FINISH | O/W | RUN | 1,265,040 | | 1,265,040 |

Outwork:  OW TO FINISH
Supplier: MPS Kentucky

Text: DUMMY TO FINISH

## Samples

| 47907-3 | PS4 NBA 2K18 COVERSHEET |
| Samples Needed: 2 | New |

| 49905-3 | X360 NBA 2K18 COVERSHEET |
| Samples Needed: 2 | New |

Total New Samples Needed: 4

## Additional Samples

| Sales Order | Item | Short Description |
|---|---|---|
| **1129464** | | |
| **Line: 1** | 47907-3 | PS4 NBA 2K18 COVERSHEET |
| Special Sample Qty | 2 | |
| **1129514** | | |
| **Line: 1** | 49905-3 | X360 NBA 2K18 COVERSHEET |
| Special Sample Qty | 2 | |
| **1130016** | | |
| **Line: 1** | UDMS 012070-840 | Bram Stokers Dracula  BD Wrap |
| Special Sample Qty | 60 | |
| **1130027** | | |
| **Line: 1** | BVDL1346080-840 | Sniper Ultimate Kill BD Wrap |
| Special Sample Qty | 60 | |

JobTicket (3/16)

## Mary Leenerts

| | |
|---|---|
| **From:** | Beth McShane |
| **Sent:** | Tuesday, August 15, 2017 2:55 PM |
| **To:** | Mary Leenerts |
| **Subject:** | RE: missed orders |

687238
687250
687256
687281

**From:** Mary Leenerts
**Sent:** Tuesday, August 15, 2017 2:09 PM
**To:** Beth McShane
**Subject:** RE: missed orders

I don't recall this at all. Do you have paperwork to back up this up?
Job #'s & sales orders etc? I'd be happy to take a look at it & see if it was me who actually comboed these or if someone else may have done it

**From:** Beth McShane
**Sent:** Tuesday, August 15, 2017 2:04 PM
**To:** Mary Leenerts
**Subject:** missed orders

A week ago or so we had several missed orders on the same stock but different sizes and they were comboed on different forms / jobs.  If they are the same stock try to plan them on the same form even if it creates extra cuts.

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

**Please note:**  My new email address is beth.mcshane@westrock-mps.com

*Even though the errors were not made by me, I was held accountable.*



1

8/15/2017
3:00:46PM



**687281**

# JOB INSTRUCTIONS
## MPS Louisville (002)

687281   Page 1 of 2

| | |
|---|---|
| Job: | **687281 - HOT! Missed order - PS4 wrap combo** | Estimate: | K41254/072 |
| Customer: | **COMBO** | Required: | |
| WI Status: | **COMPL** | Planner: | **dwyatt** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **87359206US** *Activision* Final Size: 10.7180 x 6.3280 **Repeat NO Change** Drawing #: **PS4.W** Graphics ID: 87359206US | CALL OF CUTY ADVANCED WARFARE PS4 WRAP CSS #325511-1 EPP # 80# GLOSS TEXT 4CP / K | Order: 44,000 MAX: 46,200 SR #: 1401949 | S/O#: 1129937 PO#: 181398 Ready: 8/7/2017 In-Plant: **8/8/2017** CSR: sjackso | Sony DADC - TH Dock Doors 122-126 1800 N. Fruitridge Avenue Terre Haute, IN 47804 B4DL 004970-870 |
| **B4DL 054400-870** *Sony DADC* Final Size: 10.7180 x 6.3280 **New** Drawing #: **SL.PS4.W** Graphics ID: 3002353-AC Barcode: NBC | PSVR VR Demo Disc LatAm PS4 Wrap STOCK: 80# Kenton Gloss Text - 4CP/Black JMS: 984313 All PS4 Cases must have 2" PS4 Sticker | Order: 30,600 MAX: 31,518 SR #: 1404532 | S/O#: 1132016 PO#: TH640132477701 Ready: 8/7/2017 In-Plant: **8/9/2017** CSR: pswisher | Sony DADC - TH Dock Doors 122-126 1800 N. Fruitridge Avenue Terre Haute, IN 47804 3002353-AC |

## Prepress Narrative
No sample available for some items. Pull lasers, run to standard density

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 87359206US | 46,200 | 2 | B4DL 054400-870 | 31,518 |

## Laydown, Material and Print Sheets

### F1 - Combo 23.125x38-3WS
6 x A PS4.W-87359206US

4 x B SL.PS4.W-B4DL 054400-870

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

## Production Narrative

Files samples are required for the following lots:

Call of Duty Advanced Warfare #87359206US

## Press - For individual form layout - refer to

### F1 - Combo 23.125x38-3WS

| Material: | PAPGTX80NATURE | Size: 23.1250 x 38.0000 | | *80# Nature Gloss Text* |
| Front | INK-4CP-CV-NO | Method: **Perfector** | | |
| Front | INK-PRO-K-CONV | LO-Heidelberg 840A Perf | | |
| | | LO-Heidelberg 840A Perf | | |

| | Sheets |
|---|---|
| **Front** | Input: 8,860 Output: 7,970 |

8/15/2017
2:59:11PM



687250
Page 1 of 3

# JOB INSTRUCTIONS
## MPS Louisville (002)

**687250**

| | | | | |
|---|---|---|---|---|
| Job: | **687250 - HOT! Missed order - DVD Wrap combo** | | Estimate: | H86401/803 |
| Customer: | **COMBO** | | Required: | |
| WI Status: | **COMPL** | | Planner: | **dwyatt** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **2079561**<br>_Universal Home Video (DVD)_<br>**Final Size:** 10.7500 x 7.1880<br>**New**<br>Drawing #: DVD.W<br><br>Graphics ID: WP-03796<br>Barcode: 704400037962 | GR12: DRAGON BALL SUPER<br>PART 2 DVD Wrap<br>EPP #981661<br>4CP / 4CP<br>80# GLOSS TXT DVD (4/4) | Order: 30,200<br>MAX: 33,220<br>SR #: 1400190 | S/O#: 1128597<br>PO#: 2700327061<br>Ready: 8/7/2017<br>In-Plant:<br>**8/8/2017**<br>CSR: nrobinson | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>FN03796WR |
| **2028432**<br>_Universal Home Video (DVD)_<br>**Final Size:** 10.7500 x 7.1875<br>**Repeat NO Change**<br>Drawing #: DVD.W<br><br>Graphics ID: 2028432<br>Barcode: 025192196614 | DVD S5 MAGNUM, P.I<br>DVD Straight Corner Insert<br>Flat: 10.7343 x 7.1875<br>80# 10% PCW<br>4CP / 4CP<br>JMS892643 | Order: 5,000<br>MAX: 5,500<br>SR #: 1403360 | S/O#: 1131141<br>PO#: 2700327902<br>Ready: 8/9/2017<br>In-Plant:<br>**8/14/2017**<br>CSR: kstone7 | Technicolor HES<br>461 Rood Rd, Suite A<br>Calexico, CA 92231<br>UNI2028432 |
| **2021078**<br>_Universal Home Video (DVD)_<br>**Final Size:** 10.7500 x 7.1875<br>**Repeat NO Change**<br>Drawing #: DVD.W<br><br>Graphics ID: 2021078<br>Barcode: 025192115134 | DVD S1 MAGNUM P.I.<br>DVD Straight Corner Insert<br>Flat: 10.75 x 7.1875<br>80# C2S TEXT<br>4CP / 4CP<br>JMS: 896416 | Order: 5,000<br>MAX: 5,500<br>SR #: 1403361 | S/O#: 1131142<br>PO#: 2700327902<br>Ready: 8/9/2017<br>In-Plant:<br>**8/14/2017**<br>CSR: kstone7 | Technicolor HES<br>461 Rood Rd, Suite A<br>Calexico, CA 92231<br>UNI2021078 |
| **2028678**<br>_Universal Home Video (DVD)_<br>**Final Size:** 10.7500 x 7.1870<br>**Repeat NO Change**<br>Drawing #: DVD.W<br><br>Graphics ID: 2028678<br>Barcode: 025192208515 | DVD S4 MURDER, SHE WROTE<br>DVD Straight Corner wrap<br>80# GLOSS TEXT<br>4CP / 4CP<br>JMS# 957938 | Order: 5,000<br>MAX: 5,500<br>SR #: 1403363 | S/O#: 1131144<br>PO#: 2700327902<br>Ready: 8/9/2017<br>In-Plant:<br>**8/14/2017**<br>CSR: kstone7 | Technicolor HES<br>461 Rood Rd, Suite A<br>Calexico, CA 92231<br>UNI2028678 |
| **447759A  WR01**<br>_Universal Music Entertainmer_<br>**Final Size:** 10.7500 x 7.1875<br>**Repeat NO Change**<br>Drawing #: ID.1.SC<br><br>Graphics ID: 724354477591<br>Barcode: NBC | RODNEY CARRINGTON LIVE AT<br>THE MAJESTIC<br>DVD Straight Corner Insert<br>80# C2S TEXT<br>4CP / 4CP<br>JMS# 984365<br><br>RUN TO STDS | Order: 1,500<br>MAX: 1,545<br>SR #: 1394067 | S/O#: 1123325<br>PO#: 1034098<br>Ready: 8/10/2017<br>In-Plant:<br>**8/11/2017**<br>CSR: fspall | SONY DADC<br>DOCK DOORS 121-127<br>1800 N FRUITRIDGE AVE<br>TERRE HAUTE, IN 47804<br>DVSS 922460-326 |

**Prepress Narrative:**

No sample available for some items. Pull lasers, run to standard density



8/15/2017
2:59:55PM

# JOB INSTRUCTIONS
## MPS Louisville (002)

# 687256

| | |
|---|---|
| **Job:** | **687256 - HOT! Missed order Blu Ray wrap combo** |
| **Customer:** | **COMBO** |
| **WI Status:** | **COMPL** |

Estimate: K41732/082
Required:
Planner: **dwyatt**

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **2079565**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5310 x 5.8590<br>New<br>Drawing #: BD.W<br>Graphics ID: WP-03797<br>Barcode: 704400037979 | GR12: DRAGON BALL SUPER PART 2 BD Wrap<br>EPP #981668<br>4CP / 4CP<br>80# GLOSS TEXT<br>BD (414) | Order: 43,000<br>MAX: 47,300<br>SR #: 1400188<br>CSR: nrobinson | S/O#: 1128595<br>PO#: 2700327061<br>Ready: 8/7/2017<br><br>In-Plant:<br>**8/8/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>FN03797WR |
| **2052890**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5312 x 5.8593<br>Repeat NO Change<br>Drawing #: BD.W<br>Graphics ID: 2052890<br>Barcode: 025192329098 | BD WATER WATERS THE WALL<br>Straight Corner Wrap<br>Flat: 10.5312 x 5.8593<br>80# Gloss Text<br>4CP / 4CP<br>BD.W<br>JMS #892373 | Order: 5,000<br>MAX: 5,500<br>SR #: 1403364<br>CSR: kstone7 | S/O#: 1131145<br>PO#: 2700327902<br>Ready: 8/9/2017<br><br>In-Plant:<br>**8/10/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>UNI2052890 |
| **2017172**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5310 x 5.8590<br>Repeat NO Change<br>Drawing #: BD.W<br>Graphics ID: 2017172<br>Barcode: 025192072949 | DANTE`S PEAK<br>Bluray Straight Corner wrap<br>80# Gloss Text<br>4CP / 4CP<br>JMS: 984361<br>Run to standard | Order: 5,000<br>MAX: 5,500<br>SR #: 1403626<br>CSR: kstone7 | S/O#: 1131343<br>PO#: 2700327895<br>Ready: 8/9/2017<br><br>In-Plant:<br>**8/10/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>UNI |
| **2027276**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5310 x 5.8590<br>Repeat NO Change<br>Drawing #: BD.W<br>Graphics ID: 2027276<br>Barcode: 025192193033 | Dante's Peak & Daylight<br>Bluray Straight Corner wrap<br>80# Gloss Text<br>4CP / 0<br>JMS: 984364<br>Run to standard | Order: 5,000<br>MAX: 5,500<br>SR #: 1403641<br>CSR: kstone7 | S/O#: 1131358<br>PO#: 2700327895<br>Ready: 8/9/2017<br><br>In-Plant:<br>**8/10/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>UNI2027276 |
| **2078071**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5310 x 5.8590<br>New<br>Drawing #: BD_W<br>Graphics ID: WP-01405<br>Barcode: 704400014055 | GR12: SPACE PATROL LULUCO COMPLETE SERIES COMBO BD WRAP<br>80# 10% PCW<br>4CP / 4CP<br>JMS #981238<br>PROOF PROVIDED | Order: 5,000<br>MAX: 5,500<br>SR #: 1403813<br>CSR: nrobinson | S/O#: 1131519<br>PO#: 2700327357<br>Ready: 8/9/2017<br><br>In-Plant:<br>**8/10/2017** | Technicolor -Holmes<br>4155 East Holmes Road<br>Memphis, TN 38118<br>FN01405WR |

**Prepress Narrative:**

No sample available for some items. Pull lasers, run to standard density

8/15/2017
2:58:30PM

# JOB INSTRUCTIONS

# 687238

## MPS Louisville (002)



| | | | | |
|---|---|---|---|---|
| Job: | **687238 - HOT! Missed order XOne and Blu Ray** | | Estimate: | X41732/081 |
| Customer: | **COMBO** | | Required: | |
| WI Status: | **COMPL** | | Planner: | dwyatt |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **87363207US**<br>*Activision*<br>**Final Size:** 10.5470 x 5.8280<br>**Repeat NO Change**<br>Drawing #: XOne.W<br>Graphics ID: 87363207US | COD ADVANCED WARFARE<br>XBOXONE- USA TODAY<br>CSS #329137-1<br>EPP #<br>80# GLOSS TEXT<br>4CP / 0 | Order: 38,000<br>MAX: 39,900<br>SR #: 1401950<br>CSR: sjackso | S/O#: 1129938<br>PO#: 181398<br>Ready: 8/10/2017<br><br>In-Plant:<br>**8/11/2017** | Technicolor Home<br>Entertainment Services<br>437 Sanford Rd<br>LaVergne, TN 37086 |
| **2069592**<br>*Universal Home Video (DVD)*<br>**Final Size:** 10.5310 x 5.8590<br>**Repeat NO Change**<br>Drawing #: BD.W<br>Graphics ID: 2069592<br>Barcode: 191329002926 | **KING KONG – ULTIMATE EDITION**<br>Bluray Straight Corner wrap<br>80# Gloss Text<br>4CP / 0<br>JMS: 954379<br>Proof supplied | Order: 10,000<br>MAX: 11,000<br>SR #: 1403356<br>CSR: kstone7 | S/O#: 1131137<br>PO#: 2700327902<br>Ready: 8/9/2017<br><br>In-Plant:<br>**8/14/2017** | Technicolor HES<br>461 Rood Rd, Suite A<br>Calexico, CA 92231<br>UNI2069592 |

## Prepress Narrative:

No sample available for some items. Pull lasers, run to standard density

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 87363207US | 39,900 | 2 | 2069592 | 11,000 |

## Laydown, Material and Print Sheets

### F1 - Combo
9 x A Xone.W-87363207US

3 x B BD.W-2069592

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX80NATURE | 23.13 x 38.00 | 23.13 x 38.00 |

## Production Narrative:

Files samples are required for the following lots:

Call of Duty Warfare #87363207US

## Press - For individual form layout - refer to

### F1 - Combo
**Material:** PAPGTX80NATURE    **Size:** **23.1250 x 38.0000**    *80# Nature Gloss Text*
**Front**    INK-4CP-CV-NO    **Method:** **Sheetwise**    **LO-Heidelberg 640H w/ AQ "A"**

| | | Sheets |
|---|---|---|
| | Front | Input: 5,245<br>Output: 4,507 |

## Mary Leenerts

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Saturday, August 19, 2017 12:08 PM |
| **To:** | Beth McShane; Freida Spall; Shawn Bridwell |
| **Cc:** | Patty Bitzer; LO EPP; LO Press Leads |
| **Subject:** | RE: Universal SO 1136845 job 691604 on hold for stock question |

Previous jobs has always run 100# throughout Beth

---

**From:** Beth McShane
**Sent:** Saturday, August 19, 2017 11:02 AM
**To:** Freida Spall; Shawn Bridwell
**Cc:** Patty Bitzer; Mary Leenerts; LO EPP; LO Press Leads
**Subject:** Universal SO 1136845 job 691604 on hold for stock question

HI Freida and Shawn,

Repeat SO 1136845 job 691604 for 3145499742BK01 Abba B32 1,545 shippng to Olyphant fed in with 100# throughout.  When I looked in the system there shows only 1 tray.  I believe this will mic .0736.  Max for standard jewel case is .059.  Should the text stock be changed to 60# C2S?  Ship date of 8/22.  Job will be on hold until we hear back.

Thanks,

Beth

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

Please note: **My new email address is** beth.mcshane@westrock-mps.com

*undermended my knowledge & historical data. Caused Customer job to be late after I had established a schedule w/ Client*



1

## Beth McShane

| | |
|---|---|
| **From:** | Beth McShane |
| **Sent:** | Saturday, August 19, 2017 11:02 AM |
| **To:** | Freida Spall; Shawn Bridwell |
| **Cc:** | Patty Bitzer; Mary Leenerts; LO EPP; LO Press Leads |
| **Subject:** | Universal SO 1136845 job 691604 on hold for stock question |

HI Freida and Shawn,

Repeat SO 1136845 job 691604 for 3145499742BK01 Abba B32 1,545 shippng to Olyphant fed in with 100# throughout.  When I looked in the system there shows only 1 tray.  I believe this will mic .0736.  Max for standard jewel case is .059.  Should the text stock be changed to 60# C2S?  Ship date of 8/22.  Job will be on hold until we hear back.

Thanks,

Beth

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

**Please note:  My new email address is** beth.mcshane@westrock-mps.com

*[handwritten:]* 11:32  986854-606727
1073136-65295



*[handwritten:]* After I established 100# stock weight on job. Beth put the job on Hold to 2nd guess my info. I was correct & Job was held up unnecessarily



691604     Page 1 of 3

# JOB INSTRUCTIONS
## MPS Louisville (002)

**691604**

| | | | |
|---|---|---|---|
| Job: | **691604 - CD BOOKS rev1 date** | Estimate: | **L60060/001** |
| Customer: | **Universal Music Entertainment-Wo** | Required: | |
| WI Status: | **CLOSED** | Planner: | **mleenerts** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **3145499742BK01**<br>*Universal Music Entertainmer*<br>Final Size: 4.7500 x 4.7187<br>**Repeat NO Change**<br>Drawing #: **BC.032.0**<br>Graphics ID: 3145499742_BK<br><br>Barcode: NBC | ABBA  DEFINITVE COLLECTION<br>CD 32 Page Booklet<br>Flat: 9.5 x 4.7187<br>Finished: 4.75 x 4.7187<br>4Pg Cover 90# C2S TEXT 4CP / 4CP<br>28Pg Text 90# C2S TEXT 4CP / 4CP<br>JMS# 942095<br><br>BOOK IS OK TO RUN ALL ON #100 | Order:  **1,500**<br>MAX:  **1,545**<br>SR #: 1409650 | S/O#:  1136845<br>PO#:  1036212<br>Cust Order:  8/15/2017<br>Ready:  8/24/2017<br><br>In-Plant:<br>**8/28/2017**<br><br>CSR:  fspall | Technicolor Home Entertainment<br>1400 East Lackawanna Avenue<br>Olyphant, PA 18448<br>A9.4.3145499742.Z |
| **4383832  BK01**<br>*Universal Music Entertainmer*<br>Final Size: 4.7500 x 4.7187<br>**Repeat NO Change**<br>Drawing #: **BC.008.0**<br>Graphics ID: 4383832<br>Barcode: NBC | THE BEST OF RACHMANINOFF<br>CD 8 Page Booklet<br>Flat: 9.5 x 4.7187  /  Finished:<br>4.75 x 4.7187<br>4Pg Cover  90# C2S TEXT  4CP / K<br>4Pg Text  60# C2S TEXT  K / K<br>JMS# 909187<br>RUN TO STANDARD | Order:  **1,000**<br>MAX:  **1,030**<br>SR #: 1411616 | S/O#:  1138201<br>PO#:  1036472<br>Cust Order:  8/17/2017<br>Ready:  8/24/2017<br><br>In-Plant:<br>**8/28/2017**<br><br>CSR:  fspall | Technicolor Home Entertainment<br>1400 East Lackawanna Avenue<br>Olyphant, PA 18448<br>A9.4.4383832.Z |
| **4337022  BK02**<br>*Universal Music Entertainmer*<br>Final Size: 4.7500 x 4.7187<br>**Repeat NO Change**<br>Drawing #: **BC.008.0**<br>Graphics ID: 4337022<br>Barcode: NBC | SHOTAKOVICH / JAZZ MUSIC CHAILLY<br>CD 8 Page Booklet<br>Flat: 4.718 x 4.75  4Pg Cover 90# C2S TEXT 4CP / 4CP<br>4Pg Text <> 90# C2S TEXT  4CP / 4CP<br>JMS#986700<br><br>RUN TO STDS | Order:  **1,700**<br>MAX:  **1,751**<br>SR #: 1411613 | S/O#:  1138198<br>PO#:  1036471<br>Cust Order:  8/17/2017<br>Ready:  8/24/2017<br><br>In-Plant:<br>**8/28/2017**<br><br>CSR:  fspall | Technicolor Home Entertainment<br>1400 East Lackawanna Avenue<br>Olyphant, PA 18448<br>A9.4.4337022.Z |

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 3145499742BK01 | 1,545 | 2 | 4383832  BK01 | 1,030 |
| 3 | 4337022  BK02 | 1,751 | | | |

## Laydown Material and Print Sheets

### FORM 1
2 x A - 1ST 8P8 PAGE SIG      2 x A - 2ND 8P    8 PAGE SIG
2 x A - 3RD 8P    8 PAGE SIG

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX100NATURE | 21.00 x 31.50 | 21.00 x 31.50 |

### FORM 2
2 x A - 4TH 8PG    8 PAGE SIG      2 x B - 8PG    8 PAGE SIG
2 x C - 8PG    8 PAGE SIG

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| | | |

| | | 691604 | Page 2 of 3 |
| --- | --- | --- | --- |
| PAPGTX100NATURE | 21.00 x 31.50 | 21.00 x 31.50 | |

## Production Narrative:

Lot C - pull 25 file room samples

## Press - For individual form layout - refer to:

### FORM 1

| | | Size: | **21.0000 x 31.5000** | *100# Nature Gloss Text* |
| --- | --- | --- | --- | --- |
| **Material:** | PAPGTX100NATURE | Method: | **Perfector** | |
| Front | INK-4CP-CV-NO | LO-Heidelberg 8C XL105 | | |
| Front | INK-4CP-CV-NO | LO-Heidelberg 8C XL105 | | |

| | **Sheets** |
| --- | --- |
| **Front** | Input: 1,982 |
| | Output: 1,285 |

### FORM 2

| | | Size: | **21.0000 x 31.5000** | *100# Nature Gloss Text* |
| --- | --- | --- | --- | --- |
| **Material:** | PAPGTX100NATURE | Method: | **Perfector** | |
| Front | INK-4CP-CV-NO | LO-Heidelberg 8C XL105 | | |
| Front | INK-4CP-CV-NO | LO-Heidelberg 8C XL105 | | |

| | **Sheets** |
| --- | --- |
| **Front** | Input: 2,102 |
| | Output: 1,396 |

## Packing Detail Narrative:

**3145499742BK01**

products per outer **850**

outers per pallet **35**

| Qty | Material | Description |
| --- | --- | --- |
| 2 | COR6CELLBOX | Six Cell Liner Box |
| 2 | PAL04 | 42" x 42" Grade B Flush Pal |

**4383832  BK01**

products per outer **850**

outers per pallet **35**

| Qty | Material | Description |
| --- | --- | --- |
| 2 | COR6CELLBOX | Six Cell Liner Box |
| 2 | PAL04 | 42" x 42" Grade B Flush Pal |

**4337022  BK02**

products per outer **850**

outers per pallet **35**

| Qty | Material | Description |
| --- | --- | --- |
| 3 | COR6CELLBOX | Six Cell Liner Box |
| 3 | PAL04 | 42" x 42" Grade B Flush Pal |

### Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO | | | | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR | | | | 1.70 |
| FORM 1 | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.53 |
| FORM 1 | 2230 | LO-Heidelberg 8C XL105 | LO208XL1 | 600 | 600 | | 0.50 |
| FORM 1 | 2250 | LO-Heidelberg 8C XL105 | LO208XL1 | 1,382 | 97 | 1,285 | 0.50 |
| FORM 1 | 2330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.33 |
| FORM 1 | 2350 | LO-Polar Cutter 1 | LO30CTP1 | 1,235 | 7 | 1,228 | 0.25 |
| FORM 2 | 3130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.53 |
| FORM 2 | 3230 | LO-Heidelberg 8C XL105 | LO208XL1 | 600 | 600 | | 0.50 |
| FORM 2 | 3250 | LO-Heidelberg 8C XL105 | LO208XL1 | 1,502 | 106 | 1,396 | 0.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FORM 2 | 3330 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.33 |
| FORM 2 | 3350 | LO-Polar Cutter 1 | LO30CTP1 | 1,346 | 7 | 1,339 | 0.25 |
| A - 1ST 8P | 4130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| A - 1ST 8P | 4150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,056 | 62 | 1,994 | 0.33 |
| A - 2ND 8P | 5130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| A - 2ND 8P | 5150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,056 | 62 | 1,994 | 0.33 |
| A - 3RD 8P | 6130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| A - 3RD 8P | 6150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,056 | 62 | 1,994 | 0.33 |
| B - 8PG | 7130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| B - 8PG | 7150 | LO-MBO 30" Folder 1 | LO30FDM1 | 1,508 | 46 | 1,462 | 0.33 |
| C - 8PG | 8130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| C - 8PG | 8150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,278 | 70 | 2,208 | 0.33 |
| A - 4TH 8PG | 9130 | LO-MBO 30" Folder 1 | LO30FDM1 | 400 | 400 | | 0.33 |
| A - 4TH 8PG | 9150 | LO-MBO 30" Folder 1 | LO30FDM1 | 2,056 | 62 | 1,994 | 0.33 |
| a - book | 10130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 200 | 200 | | 1.10 |
| a - book | 10150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 797 | 24 | 773 | 0.16 |
| b - book | 11130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 200 | 200 | | 0.50 |
| b - book | 11150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 531 | 16 | 515 | 0.11 |
| c - book | 12130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 200 | 200 | | 0.50 |
| c - book | 12150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 904 | 28 | 876 | 0.18 |

## Mary Leenerts

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Thursday, August 24, 2017 12:07 PM |
| **To:** | Beth McShane |
| **Cc:** | Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Nancy Whitlock; Pam Herman; Patty Bitzer; Tim Graham; Bob Gilland |
| **Subject:** | RE: plan work for Lansing to print this weekend |

Could you be more specific please?
What kind of work?
What ship dates?
What Sheet size? I assume they will supply their own stock from their own Whs.
When will sheets be back?

*no info was given to me w/ clear parameters until days later.*

Thanks

**From:** Beth McShane
**Sent:** Thursday, August 24, 2017 12:03 PM
**To:** Mary Leenerts
**Cc:** Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Mary Leenerts; Nancy Whitlock; Pam Herman; Patty Bitzer; Tim Graham; Bob Gilland
**Subject:** plan work for Lansing to print this weekend

Mary,

We need you to plan 15 – 20 hours of 6/c work for Lansing to print this weekend.  Bob suggests 4/0, 5/0, 6/0 forms.

Thanks,

Beth

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

**Please note:  My new email address is** beth.mcshane@westrock-mps.com

1

EXHIBIT

Y

## Mary Leenerts

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Tuesday, August 29, 2017 5:39 PM |
| **To:** | Beth McShane |
| **Subject:** | RE: 694699 and 694706 on plating hold |

Beth,
The planner will essentially have to recreate the wheel on these combos if they were entered in Phoenix to get them to run as std layouts.

You might consider letting these run as is. I'm pretty sure we will have plenty more jobs to farm out besides these two totaling 5 hours.

Behind the scenes in pecas is a nightmare

**From:** Beth McShane
**Sent:** Tuesday, August 29, 2017 5:28 PM
**To:** LO EPP
**Cc:** LO Estimators and Planners; LO Press Leads; Benita Wilson; Bob Gilland
**Subject:** 694699 and 694706 on plating hold

All,

Please place 694699 and 694706 on plating hold.  They may go to an outside vendor.

Thanks,

Beth


**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

**Please note:  My new email address is** beth.mcshane@westrock-mps.com

1



*Next day.*

**Mary Leenerts**

| | |
|---|---|
| **From:** | Beth McShane |
| **Sent:** | Wednesday, August 30, 2017 12:43 PM |
| **To:** | LO EPP |
| **Cc:** | LO Estimators and Planners; LO Press Leads; Benita Wilson; Bob Gilland |
| **Subject:** | RE: 694699 and 694706 on plating hold |

Please take both jobs off printing hold. Neither job will be outsourced.

---

**From:** Beth McShane
**Sent:** Tuesday, August 29, 2017 5:28 PM
**To:** LO EPP
**Cc:** LO Estimators and Planners; LO Press Leads; Benita Wilson; Bob Gilland
**Subject:** 694699 and 694706 on plating hold

All,

Please place 694699 and 694706 on plating hold.  They may go to an outside vendor.

Thanks,

Beth

*underminded work I had already established*

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

Please note:  My new email address is beth.mcshane@westrock-mps.com

1

## Mary Leenerts

**To:** Dave Wyatt
**Subject:** FW: 710169 -Sony Item B size. Need revised layout

*Example of preferential treatment*

The Bo was in her office when she floated in late today. She had this size revision waiting for her to work on & was finished @ 5:05pm. Has not yet picked up a combo to work as of yet @ 5:12pm.
Nice work if you can get it.

*first task of the day completed*

**From:** Pam Herman
**Sent:** Wednesday, October 11, 2017 5:05 PM
**To:** Robert Mcgee; Pat Swisher; Justin Popp; Shannan Long; LO Orders; LO EPP; LO Estimators and Planners; LO Press Leads; Mike Marzian; Steve Wolfe; Doug Johnson; Mike Ellingsworth
**Subject:** RE: 710169 -Sony Item B size. Need revised layout

Layout has been corrected for Lot B size.   Ready to go back to EPP.

**From:** Robert Mcgee
**Sent:** Wednesday, October 11, 2017 4:45 AM
**To:** Pat Swisher; Justin Popp; Shannan Long; LO Orders; LO EPP; LO Estimators and Planners; LO Press Leads; Mike Marzian; Steve Wolfe; Doug Johnson; Mike Ellingsworth
**Subject:** 710169 -Sony Item B size. Need revised layout

DVSS7287680-327 - Human Nature 8 pg BK
S/O 1167899
JMS 993974

On the ticket, Under the Item Description it has the size as 4.75x7.3125 which matches the files. Under the item code/data, it has the size as 4.875x7.3125. S/O has both sizes also. Layout was made to 4.875x7.3125. It will need to be corrected to the correct size for item B.

Job on hold in EPP

Robert McGee
3rd Shift Prepress Lead
1703 South Brook St.
Louisville KY 40208
502-636-8557
Robert.Mcgee@Westrock-MPS.com



**EXHIBIT**

AA

1

10/12/2017

## Mary Leenerts

**From:** Patty Bitzer
**Sent:** Thursday, October 12, 2017 11:30 AM
**To:** Mary Leenerts
**Subject:** RE: EA job - do NOT plan for Serial 3

Per Rick: we will try to save some of this job but this will be a big rework please get with all and let them know this

*[handwritten: on further investigation this was not my combo. Debbie confused was a NCR W/ large cost attach. no ncr or consequence was ever taken again planner. favoritism.]*

**From:** Mary Leenerts
**Sent:** Thursday, October 12, 2017 11:26 AM
**To:** Patty Bitzer
**Subject:** RE: EA job - do NOT plan for Serial 3

I must have seen the qty & not the customer & just went into Automatic SERIAL 3 mode. Planner should have caught me. DAMN IT!
Will they be able to salvage or will there be a rework?

*[handwritten: I took the hit + then realized thru research it was not my error. See attached Documentation.]*

**From:** Patty Bitzer
**Sent:** Thursday, October 12, 2017 10:09 AM
**To:** Dave Wyatt; LO Estimators and Planners
**Subject:** RE: EA job - do NOT plan for Serial 3

One got through. Therefore, worth the reminder.

Thank you

**From:** Dave Wyatt
**Sent:** Thursday, October 12, 2017 10:08 AM
**To:** Patty Bitzer; LO Estimators and Planners
**Subject:** RE: EA job - do NOT plan for Serial 3

All planners were made aware of this rule and instructed to change the job plan prior to planning self-combo items/orders

**From:** Patty Bitzer
**Sent:** Thursday, October 12, 2017 10:03 AM
**To:** LO Estimators and Planners
**Subject:** FW: EA job - do NOT plan for Serial 3

Hi,
Just a reminder that EA cannot be planned for Serial 3

Thank you,
Patty

**From:** Rick Spears
**Sent:** Thursday, October 12, 2017 9:59 AM
**To:** Beth McShane; Patty Bitzer
**Cc:** Jackie Robinson; Terry Hesketh; Bob Gilland
**Subject:** E A job

1

**EXHIBIT**

BB

We have a E A job for 354,000 pc. That was layout 18 up we cannot serial E A on 18up we will try to save some of this job but this will be a big rework please get with all and let them know this.

**Note as of 6/12/17 my email will be: Rick.Spears@westrock-mps.com**

**Rick Spears**
Bindery Manager

**Phone:**      502-636-8521
**Mobile:**     502-741-8144
**Address:**    1703 South Brook Street  Louisville, KY 40208
www.multipkg.com



*Solutions that protect and promote the world's great brands*

10/12/2017
9:50:39AM



**709754**

# JOB INSTRUCTIONS
## MPS Louisville (002)

| | | | |
|---|---|---|---|
| Job: | **709754 - PS4 SWBF II TROOPER DLC** | Estimate: | L82054/001 |
| Customer: | **Electronic Arts** | Required: | |
| WI Status: | **WIP** | Planner: | dcroghan |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **3723101701**<br>*Electronic Arts*<br>.Final Size: 4.6250 x 5.7500<br>**New**<br>Drawing #: **insert**<br><br>Graphics ID: 3723101701<br>Barcode: nbc | PS4 SWBF II TROOPER DLC<br>4.625 x 5.75<br>100# Gloss Text - 4cp / BLACK<br>SERIALIZES<br>COSTED CODES RECOVEREY<br>REQUIRED<br>Look Alike    JMS xxx | Order: 354,000<br>MAX: 354,000<br>SR #: 1447470<br><br>CSR: jpopp | S/O#: 1167242<br>PO#: 1100121108<br>Ready: 10/12/2017<br><br>In-Plant:<br>**10/16/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>E056-802-038 |

## Prepress Narrative:

NEW ITEM
RUN TO STANDARD DENSITY

MUST STAY HERE
E.A. ITEM

## Production Quantities

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | 3723101701 | 354,000 | | | |

## Laydown, Material and Print Sheets

**F-1  3WS**
18 x F-1  3WSDVD-F2

| | Substrate | Sheet Size | Cut to Size |
|---|---|---|---|
| | PAPGTX100NATURE | 20.00 x 31.50 | 20.00 x 31.50 |

## Press - For individual form layout - refer to |

**F-1  3WS**

| | | | |
|---|---|---|---|
| Material: | PAPGTX100NATURE | Size: 20.0000 x 31.5000 | *100# Nature Gloss Text* |
| Front | INK-4CP-CV-NO | Method: | |
| Front | INK-PRO-K-CONV | LO-Heidelberg 8C XL105 | |
| | | LO-Heidelberg 8C XL105 | |

| | | Sheets |
|---|---|---|
| **Front** | | Input: 21,077<br>Output: 20,067 |

## Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
|---|---|---|---|---|---|---|---|
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO | | | | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR | | | | 1.10 |
| F-1  3WS | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.33 |
| F-1  3WS | 2230 | LO-Heidelberg 8C XL105 | LO208XL1 | 600 | 600 | | 0.50 |
| F-1  3WS | 2250 | LO-Heidelberg 8C XL105 | LO208XL1 | 20,477 | 410 | 20,067 | 1.58 |
| F-1  3WS | 2330 | LO-Serialization 3 (sheet) | LO30SER3 | 50 | 50 | | 1.00 |
| F-1  3WS | 2350 | LO-Serialization 3 (sheet) | LO30SER3 | 20,017 | 201 | 19,816 | 4.50 |
| F-1  3WS | 2430 | LO-Polar Cutter 1 | LO30CTP1 | 50 | 50 | | 0.50 |

709754

10/12

354,000

keep
here

Serial 3

**Tim Graham**    *left on my desk to chg layout.*

| | |
|---|---|
| **From:** | Pat Swisher |
| **Sent:** | Wednesday, November 01, 2017 10:03 AM |
| **To:** | Vickie Bradley |
| **Cc:** | Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross |
| **Subject:** | RE: Wrong Item Info_# 848280_Sony DADC |

Item size updated.  Please reprint s/o 1178478, job 717436

-----Original Message-----
From: Vickie Bradley
Sent: Tuesday, October 31, 2017 7:05 PM
To: Pat Swisher
Cc: Shannan Long; Justin Popp; LO EPP
Subject: Wrong Item Info_# 848280_Sony DADC

Please update the flat size for the 8pg cover in Pecas for the following:

DIDP 144991-001   OUTKAST BIG BOI DRE PRESENTS   Graphics: 73008-26093-2   Barcode: NBC   JMS# 848280
Cover Flat size= 18.875 x 4.71875

BROOK Error - entered incorrectly in JMS

*8 pg gatefold cover for B50. incorrect. should not be changed.*
~~size~~ *correct size 18.625 x 4.7189*

Thanks,
Vickie

*Documentation Steve Wolfe Example of Epp. Reta___*

**EXHIBIT**

*CC*

1

10/31/2017
4:30:57PM


**717436**

717436    Page 1 of 6

# JOB INSTRUCTIONS
## MPS Louisville (002)

| Job: | 717436 - CD COMBO SERIAL INSERT | Estimate: | L91235/001 |
|---|---|---|---|
| Customer: | COMBO | Required: | |
| WI Status: | WIP | Planner: | mleenerts |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **DIDP 144991-001**<br>*Sony DADC*<br>**Final Size:** 4.7500 x 4.7180<br>**Repeat NO Change**<br>Drawing #: BC.020.4G<br><br>Graphics ID: 73008-26093-2<br><br>Barcode: NBC | Outkast Big Boi & Dre Presents<br>CD 20 Page Booklet 8 Page Cover<br>Gate Fold   *correct size*<br>Flat: 18.625 x 4.718  Finished:<br>4.75 x 4.718<br>8Pg Cover 100# C2S TEXT 4CP /<br>4CP<br>12 Pg Text 60# C2S TEXT  4CP /<br>4CP<br>JMS : 848280 | Order:  **2,500**<br>MAX:  **2,575**<br>SR #: 1461199<br><br>CSR:  pswisher | S/O#:  1178478<br>PO#:  TH640133701001<br>Ready:  11/2/2017<br><br>In-Plant:<br>**11/3/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>73008260932B1 |
| **B002717802BK01**<br>*Universal Music Entertainment -l*<br>**Final Size:** 4.7500 x 4.7180<br>**New**<br>Drawing #: BK.CD.48<br><br>Graphics ID: B002717802_BK<br><br>Barcode: NBC | Damian Marley -- 48pg CD Book<br>Flat: 9.5 x 4.718 Finished: 4.75 x<br>4.718<br>4CP/4CP<br>Cover: 100# Gloss Text<br>Body: 70# Gloss Text<br>JMS:#996254<br>Files came in 10/19<br>Wamnet#80702-64557 Proofs sent<br>for color and copy<br>This ships to Hendersonville Plant<br>for fulfillment | Order:  **3,000**<br>MAX:  **3,090**<br>SR #: 1455556<br><br>CSR:  fspall | S/O#:  1173756<br>PO#:  1041179<br>Ready:  11/2/2017<br><br>In-Plant:<br>**11/6/2017** | SSIS<br>145 Cane Creek Industrial<br>Park Rd.<br>Suite 375<br>Fletcher, NC 28732 |
| **8887501599I1**<br>*Sony Music*<br>**Final Size:** 3.5000 x 3.5000<br>**New**<br>Drawing #: CD.F2<br><br>Graphics ID: 88875015991_I1<br><br>Barcode: NBC | SHE & HIM  -1 panel 2 pg CD<br>Serialized  Insert<br>3.5 x 3.5<br>100 # Gloss Text - Cyan & Black<br>1/Side<br>GETS SERIALIZED<br>JMS  878956<br><br>run to sid if no proof provided | Order:  **3,300**<br>MAX:  **3,399**<br>SR #: 1460857<br><br>CSR:  bcharleswood | S/O#:  1178155<br>PO#:  6200241368<br>Ready:  11/2/2017<br><br>In-Plant:<br>**11/3/2017** | United Record Pressing<br>LLC<br>453 Allied Drive<br>Nashville, TN 37211<br>8887501599I1 |
| **DIDX1069504-003**<br>*Sony DADC*<br>**Final Size:** 5.9060 x 4.6250<br>**Repeat NO Change**<br>Drawing #: CD.TC.44<br><br>Graphics ID: EK86968<br><br>Barcode: 888750364722 | Audioslave CD Tray Card<br>100# Gloss Text - 4CP/4CP<br>JMS: 819742 | Order:  **2,500**<br>MAX:  **2,575**<br>SR #: 1461277<br><br>CSR:  pswisher | S/O#:  1178543<br>PO#:  TH640133714701<br>Ready:  11/2/2017<br><br>In-Plant:<br>**11/3/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>88875036472L1 |
| **DIDX 253792-003**<br>*Sony DADC*<br>**Final Size:** 5.9060 x 4.6250<br>**Repeat NO Change**<br>Drawing #: TC.1.0<br><br>Graphics ID: 07863660592<br><br>Barcode: 88697505812 | Sun's GH CD Traycard<br>100# C2S TEXT<br>YCK / 0<br>JMS# 877649 | Order:  **3,000**<br>MAX:  **3,090**<br>SR #: 1461275<br><br>CSR:  pswisher | S/O#:  1178541<br>PO#:  TH640133713801<br>Ready:  11/2/2017<br><br>In-Plant:<br>**11/3/2017** | Sony DADC - TH<br>Dock Doors 122-126<br>1800 N. Fruitridge Avenue<br>Terre Haute, IN 47804<br>88697502812L1 |



# Order Acknowledgement

Printed on: 11/1/17 10:06:30AM
Page 1 of 2

MPS Kentucky (6704)
1703 S. Brook St.
Louisville, KY 40208

| Account# | 304490 |
|---|---|
| Cust.Order Ref | H640133701001 |
| MPS Order Ref | 1178478 |
| Order Date | 10/27/17 |
| Delivery Date | 11/3/17 |
| Proof Require Date | |

**Sold To:**

Sony DADC
Attn: Accounts Payable
1800 N Fruitridge Ave
Terre Haute, IN 47804

**Your Contact:** COLLIER

**Deliver To:**

Sony DADC - TH
Dock Doors 122-126
1800 N. Fruitridge Avenue
Terre Haute, IN 47804

**Our Contact:** pswisher

| Quantity | Item/Description | Price/Per | Value |
|---|---|---|---|
| Outstanding Qty 2,500 EACH | DIDP 144991-001 | 0.49250 EACH | 1,231.25 |
| | **Graphics#** 73008-26093-2 | | |
| SO Line#: 1 | **Barcode:** NBC | Outkast Big Boi & Dre Presents CD 20 Page Booklet 8 Page Cover Gate Fold Flat: 18.875 x 4.718 Finished: 4.75 x 4.718 8Pg Cover 100# C2S TEXT 4CP / 4CP 12 Pg Text 60# C2S TEXT 4CP / 4CP JMS : 848280 | |

Size: 4.7500 x 4.7180 x 0.0000

x

Minor Prod:
Item Type: REN

### Coatings/Inks

| Side | Coating Code | PMS | Coating Colour | Film Ref |
|---|---|---|---|---|
| 1 | INK-4CP-CV-NO | | | |
| 2 | INK-4CP-CV-NO | | | |

### Shipping Information

| Ship Qty | Ship Display Address | Ship Date | Est Arrival Date |
|---|---|---|---|
| 2,500 | Sony DADC - TH Dock Doors 122-126 1800 N. Fruitridge Avenue Terre Haute, IN 47804 | 11/2/17 | 11/3/17 |

Delivery Terms          Pre-Paid

Customer Item Ref:      7300826093ZB1
Comments          **PRC(.4925) UOM[EACH]**
New/Repeat:      **Repeat NO Change**
Draw Number:      BC.020.4G

| Over %: 3(2,575) | Under %: 0(2,500) | Unplanned Qty: | 0 |
|---|---|---|---|

**Customer Samples Needed:**

Estimate Code:
Wind Direction:      **F - 0**          **/B - 0**

| Master Estimate | Material |
|---|---|

*(handwritten note: CSR'd Chg'ed to Qty Review order.)*

**Mary Leenerts**

_Email Chain_

| | |
|---|---|
| **From:** | Dave Wyatt |
| **Sent:** | Wednesday, November 01, 2017 1:46 PM |
| **To:** | Pat Swisher; Steve Wolfe; Mary Leenerts; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson |
| **Cc:** | Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross |
| **Subject:** | RE: Wrong Item Info__# 848280__Sony DADC |

This is an old CSS item. The file is not built to the correct template for an 8 page gatefold cover Sample indicates that the covers were folded on the color break (for a standard gatefold folder) and the text was extended 1/32" to miss cutting off the panels

I will get with Mark Collins and have them follow the sample from the CSS file

OK to proceed

_Job finally released by Dave W_

-----Original Message-----
From: Dave Wyatt
Sent: Wednesday, November 01, 2017 1:18 PM
To: Pat Swisher; Steve Wolfe; Mary Leenerts; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

If may interject, the file size should have been set to 18.5625 x 4.71875

This would have put the cover 1/32" smaller than the book and allow for the gatefold pages to be folded in to the spine

Panel sizes would be:

                BC        FC
4.5625 / 4.71875 / 4.71875 / 4.5625

We probably need to take a look at either a laser (if not printed) to adjust the folds to or the press sheet (if printed) to see if the bindery can salvage the covers


-----Original Message-----
From: Pat Swisher
Sent: Wednesday, November 01, 2017 1:10 PM
To: Steve Wolfe; Mary Leenerts; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

That is what is on the item.

-----Original Message-----
From: Steve Wolfe
Sent: Wednesday, November 01, 2017 1:07 PM
To: Pat Swisher; Mary Leenerts; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson

1

Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

The Cover File is 18.875 X 4.718

Steve Wolfe
Regional Prepress Manager

Address:
| 1703 South Brook St. | Louisville | Kentucky | 40208 T +1 502 636 8534 | M +1 502 500 6598

steve.wolfe@westrock-mps.com

www.westrock-mps.com

-----Original Message-----
From: Pat Swisher
Sent: Wednesday, November 01, 2017 12:51 PM
To: Mary Leenerts; Steve Wolfe; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC
Importance: High

Please let me know the correct size for the cover and I will update.  Thanks

-----Original Message-----
From: Mary Leenerts
Sent: Wednesday, November 01, 2017 12:48 PM
To: Steve Wolfe; Pat Swisher; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Forms 2, 3 & 4 were not the issue today. They are ok to print. Form 1 is the issue & Pat needs to resolve the size issue.
Should not have been changed to the wrong size last night. Huh?

-----Original Message-----
From: Steve Wolfe
Sent: Wednesday, November 01, 2017 12:44 PM
To: Mary Leenerts; Pat Swisher; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Well it might be because of the email you sent out, huh.

*Rude disrespectful* [handwritten annotation]

2

So the job is alright to print again now?

Steve Wolfe
Regional Prepress Manager

Address:
| 1703 South Brook St. | Louisville | Kentucky | 40208 T +1 502 636 8534 | M +1 502 500 6598

steve.wolfe@westrock-mps.com

www.westrock-mps.com

-----Original Message-----
From: Mary Leenerts
Sent: Wednesday, November 01, 2017 12:41 PM
To: Steve Wolfe; Pat Swisher; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Not sure why 2,3 & 4 are on hold for. Their sizes should all be fine.

If form one was printed at the 18.875 size, need to get with Bindery to see if they can cut the covers to 18.625 to make them work as Gate fold covers.

It doesn't appear that the layouts were changed to the 18.875 size.  The text forms were chg'ed a bit last night Fms 3 & 4 to allow shingling but the text forms should all be ok now

-----Original Message-----
From: Steve Wolfe
Sent: Wednesday, November 01, 2017 12:37 PM
To: Mary Leenerts; Pat Swisher; Vickie Bradley; LO Press Leads; Beth McShane; Doug Johnson
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Form 1 is staged.  *printed*
Forms 2,3,and 4 are on print hold.
Press leads need to know what we are doing, they have been copied in.

Please advise as soon as possible.

Steve Wolfe
Regional Prepress Manager

3

Address:

| 1703 South Brook St. | Louisville | Kentucky | 40208 T +1 502 636 8534 | M +1 502 500 6598

steve.wolfe@westrock-mps.com

www.westrock-mps.com

-----Original Message-----
From: Mary Leenerts
Sent: Wednesday, November 01, 2017 12:26 PM
To: Pat Swisher; Vickie Bradley
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Disregard, the layout is correct. Need to be this size for a gatefold cover

-----Original Message-----
From: Mary Leenerts
Sent: Wednesday, November 01, 2017 11:09 AM
To: Pat Swisher; Vickie Bradley
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Will correct the layout & get this back into EPP shortly

-----Original Message-----
From: Pat Swisher
Sent: Wednesday, November 01, 2017 10:03 AM
To: Vickie Bradley
Cc: Shannan Long; Justin Popp; LO EPP; Jennifer A. Hamilton; LO Orders; Tom Ross
Subject: RE: Wrong Item Info__# 848280__Sony DADC

Item size updated.  Please reprint s/o 1178478, job 717436

-----Original Message-----
From: Vickie Bradley
Sent: Tuesday, October 31, 2017 7:05 PM
To: Pat Swisher
Cc: Shannan Long; Justin Popp; LO EPP
Subject: Wrong Item Info__# 848280__Sony DADC

Please update the flat size for the 8pg cover in Pecas for the following:

4

DIDP 144991-001   OUTKAST BIG BOI DRE PRESENTS   Graphics: 73008-26093-2   Barcode: NBC   JMS# 848280
Cover Flat size= 18.875 x 4.71875

BROOK Error - entered incorrectly in JMS

Thanks,
Vickie

**Mary Leenerts**

| | |
|---|---|
| **From:** | Patty Bitzer |
| **Sent:** | Thursday, November 02, 2017 1:33 PM |
| **To:** | Mary Leenerts; Beth McShane |
| **Cc:** | Bob Gilland; Terry Hesketh; Justin Popp; Steve Wolfe |
| **Subject:** | RE: 718416 |

Preferred ran this in March of this year.  Bob said okay to send again.

---

**From:** Mary Leenerts
**Sent:** Thursday, November 02, 2017 12:53 PM
**To:** Patty Bitzer; Beth McShane
**Cc:** Bob Gilland; Terry Hesketh; Justin Popp; Steve Wolfe
**Subject:** 718416

Hey Guys,  Beth brought back up combo 718416 & said Item B Form 2 Cannot be outsourced to Preferred because the job has "plate curves & according to EPP "we need to plate here due to curves."
The combo must be revised to run form 2 here.

Patty had this job 157,500 PS3 poster map printing 1 up at Preferred where it has printed several times before & has also printed @ Master Graphics.
This job has run 24 total times, this being the 25th time. I see no reason for this NOT to run at Preferred at this time.

Terry / Bob – Please advise if you would like to print these Maps here or proceed with Patty's original plans to have Preferred print.


Mary Leenerts
Planning Communications Coordinator



Multi
Packaging
Solutions

Address:  1703 S. Brook St. Louisville KY 40208
T +502-636-8535
Mary.leenerts@westrock-mps.com
www.westrock-mps.com

◆ WestRock

**EXHIBIT**

DD                    1


Steve sent job bag back up because can not print @ outside printer. it has run @ Preferred & Master Graphics.

*[handwritten: example no support]* 11/10/2017 *[handwritten: although notes written on our paperwork]*

*[handwritten: no paperwork the planner had no notes on combo.]*

**Mary Leenerts**

*[handwritten: from Beth]*

**From:** Beth McShane
**Sent:** Friday, November 10, 2017 1:04 PM
**To:** Mary Leenerts
**Subject:** RE: 719967

Well it was on hold this morning after plating but before printing so there was a concern from several managers and a couple of asked me about it since. I checked the SOs and there was nothing mentioned. You might want to ask Nancy for your combo instruction sheet to see if there was a note.

---

**From:** Mary Leenerts
**Sent:** Friday, November 10, 2017 12:43 PM
**To:** Beth McShane
**Subject:** RE: 719967

Ok per Doug Johnson if this is the one I'm thinking of. Should have been written on the sales order or the yellow planning sheet.
Who is it this time complaining? QA? Bindery?

---

**From:** Beth McShane
**Sent:** Friday, November 10, 2017 12:19 PM
**To:** Mary Leenerts
**Subject:** FW: 719967

*[handwritten: mentioned to Beth on several occassions]*

Do you remember getting approval to change Lot A to matte AQ? No NCR (yet!) and no notes on the ticket or office order. It's resolved now just checking into it. I hope everyone knows there's a difference in satin and matte AQ.

*[handwritten: the frustration of putting special instructions on jobs to not be transferred no action was taken]*

---

**From:** Beth McShane
**Sent:** Friday, November 10, 2017 11:27 AM
**To:** Nancy Whitlock
**Subject:** 719967

HI Nancy,

No NCR (yet anyway).

On 719967 Lot A called for satin AQ and Lot B called for matte AQ. These are different coatings but they were comboed together. I didn't see any notes on the SO that CSR had approved Lot A to run on matte. Pressroom had this on hold when we came in this morning but have since proceeded. Who comboed? Try to watch for this in future.

Thanks,

Beth

*[handwritten: verbally let even now]*

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY

**EXHIBIT**

*[handwritten: EE]*

1

*[handwritten: could not locate our SO. I had gotten approval from pressroom mgr. Doug Johnson on this job & wrote it all over the SO. Even sent an email to Beth.]*

719967 - Page 1 of 3

11/10/2017
1:27:26PM



**719967**

# JOB INSTRUCTIONS
## MPS Louisville (002)

| | | | |
|---|---|---|---|
| Job: | **719967 - CD COMBO** | Estimate: | **L94288/001** |
| Customer: | **COMBO** | Required: | |
| WI Status: | **WIP** | Planner: | **nwhitlock** |

| Item Code / Data | Item Description | Quantity | Key Data | Ship Address |
|---|---|---|---|---|
| **ZQ-562945--**<br>*Warner Bros Music Group Se*<br>**Final Size:** 4.7500 x 4.7187<br>**Repeat with Change**<br>Drawing #: CD.BK.16<br><br>Graphics ID: R2-562945<br><br>Barcode: NBC | Eagles Hotel California 16pg 4/4 CD book<br>Flat: 9.5 x 4.7187 Fin: 4.75 x 4.7187<br>Cover: 100# gloss text 4cp/4cp + Overall Satin AQ<br>Text: 70# gloss text 4cp/4cp + Overall Satin AQ<br>EPP# 993137 | Order: 25,000<br>MAX: 26,250<br>SR #: 1466753 | S/O#: 1183125<br>PO#: 1268131<br>Ready: 11/13/2017<br>In-Plant:<br>**11/14/2017**<br><br>CSR: dheath | Technicolor Home Entertainment<br>1400 East Lackawanna Avenue<br>Olyphant, PA 18448<br>**3.4.562945.Z** |
| **B002771102BK01**<br>*Universal Music Entertainmei*<br>**Final Size:** 4.7500 x 4.7180<br>**Repeat NO Change**<br>Drawing #: BK.CD.16<br><br>Graphics ID: B002771102_BK<br><br>Barcode: NBC | The Rolling Stones On Air 2 CD--16pg CD Book<br>Flat: 9.5 x 4.718 Finished: 4.75 x 4.718<br>4CP/4CP<br>Cover: 100# Gloss Text<br>Body: 70# Gloss Text<br>Matte AQ throughout<br>JMS:#995661<br>Files came in 10/20 Wamnet 83102-94977 No Proofs Supplied Color is Critical Share sheets with HND they are running a digipak and there is another book and inlay in LOU<br>Yellow must match  Day shift supervsor ok | Order: 25,000<br>MAX: 25,750<br>SR #: 1466852 | S/O#: 1183207<br>PO#: 1042612<br>Ready: 11/14/2017<br>In-Plant:<br>**11/17/2017**<br><br>CSR: fspall | Technicolor Calexico<br>461 Rood Rd<br>Suite A<br>Calexico, CA 92231 |

## Production Quantities:

| JobLine# | ItemCode | Job Qty | JobLine# | ItemCode | Job Qty |
|---|---|---|---|---|---|
| 1 | ZQ-562945-- | 26,250 | 2 | B002771102BK01 | 25,750 |

## Laydown, Material and Print Sheets:

**F1**

2 x A Eagles Hotel California 16pg     CD-16PA       2 x B THE ROLLING STONES    CD-16PA

| Substrate | Sheet Size | Cut to Size |
|---|---|---|
| PAPGTX100SONOMA | 23.13 x 40.00 | 23.13 x 40.00 |

## Production Narrative:

4/4 + MATTE AQ BOTH SIDES

LOT A
NEED 25 RILE SAMPLES

## Press - For individual form layout - refer to

**F1**                    Size:    **23.1250 x 40.0000**     *100# Sonoma Gloss Text*
**Material:**  PAPGTX100SONOMA       Method:  **Sheetwise**

719967   Page 2 of 3

| Front | 'INK-4CP-CV-AQ | LO-Heidelberg 640H w/ AQ "A" | | **Sheets** |
|---|---|---|---|---|
| | | | **Front** | Input: 15,886<br>Output: 14,900 |

| Reverse | INK-4CP-CV-AQ | LO-Heidelberg 640H w/ AQ "A" | | **Sheets** |
|---|---|---|---|---|
| | | | **Reverse** | Input: 14,900<br>Output: 13,943 |

## Packing Detail Narrative

**ZQ-562945--**

**products** per outer **720**

**outers** per pallet **56**

| Qty | Material | Description |
|---|---|---|
| 37 | COR6CELLBOX | Six Cell Liner Box |
| 1 | PAL01 | 48" x 40" Grade B Pallet |

**B002771102BK01**

**products** per outer **720**

**outers** per pallet **56**

| Qty | Material | Description |
|---|---|---|
| 36 | COR6CELLBOX | Six Cell Liner Box |
| 1 | PAL01 | 48" x 40" Grade B Pallet |

### Labor Steps

| Component | Step | Description | W/C | Input | Scrap | Output | Time |
|---|---|---|---|---|---|---|---|
| Pre-press Total | 1130 | LO-Mac Imposition | LO10IMPO | | | | 1.00 |
| Pre-press Total | 1230 | LO-Mac Rip | LO10MACR | | | | 0.90 |
| F1 | 2130 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.26 |
| F1 | 2230 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 | | 1.25 |
| F1 | 2250 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 15,361 | 461 | 14,900 | 1.53 |
| F1 | 2330 | LO-Fuji Therm. Platesetter (auto) | LO10FPS2 | | | | 0.26 |
| F1 | 2430 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 525 | 525 | | 1.25 |
| F1 | 2450 | LO-Heidelberg 640H w/ AQ "A" | LO206CAQ | 14,375 | 432 | 13,943 | 1.43 |
| F1 | 2530 | LO-MBO 30" Folder 1 | LO30FDM1 | 225 | 225 | | 0.66 |
| F1 | 2550 | LO-MBO 30" Folder 1 | LO30FDM1 | 13,718 | 138 | 13,580 | 2.31 |
| A Eagles Hotel California 16pg | 3130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 400 | 400 | | 0.50 |
| A Eagles Hotel California 16pg | 3150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 26,760 | 510 | 26,250 | 1.33 |
| B THE ROLLING STONES | 4130 | LO-Muller Stitcher Bravo+ | LO30SSBA | 400 | 400 | | 0.50 |
| B THE ROLLING STONES | 4150 | LO-Muller Stitcher Bravo+ | LO30SSBA | 26,250 | 500 | 25,750 | 1.31 |

## Samples

| | |
|---|---|
| ZQ-562945-- | Eagles Hotel California 16pg B |
| Samples Needed: 0 | Repeat with Change |

Total Reprint Samples Needed: 0

## Additional Samples

| Sales Order | Item | Short Description |
|---|---|---|
| 1183125 | | |
| Line: 2 | ZQ-562945-- | Eagles Hotel California 16pg B |
| Special Sample Qty | 5 | |

**Mary Leenerts**

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Saturday, December 09, 2017 11:09 AM |
| **To:** | Terry Hesketh |
| **Cc:** | Bob Gilland |
| **Subject:** | RE: FYI ONLY |

*(handwritten: #3)*

Terry

I apologize. My "deaf ears" comment was in no way meant for anyone but Beth. The particular issue that caused the explosion was the continued practice of pulling sales orders in an inefficient manner. I have addressed the problems & issue we continue to have over & over & over again with Beth to no avail. The inefficient practice remains the same. The other planners see it as well. The only deaf ears I was referring to in my email was Beth's. It has actually become a joke with several of the planners about the speed & the venomous behavior we experience. There are more issues at hand here & this isn't the time or the place.

I will be happy to talk to you guys on Tuesday & I'm sure I can "hold my temper" until then. What set me off was Beth telling me "The 2 days I was on vacation was **wonderful**!. It was so nice & quiet & everybody got along & worked so well together & worked as a team. I am not a team player" Really Terry!? Then why I am in on OT every day & Saturday?

*(handwritten: She stood up & got in my personal space & pointed @ my face & was angry & intimidating.)*

*(handwritten: #2)*

**From:** Terry Hesketh
**Sent:** Saturday, December 09, 2017 10:49 AM
**To:** Mary Leenerts
**Cc:** Bob Gilland
**Subject:** Re: FYI ONLY

Mary
The out break was loud and hostile enough I have already heard about your behavior both towards Beth and the temporary.
Bob and I are both out Monday but will be back Tuesday.
I suggest you keep your temper in check until then and we will all sit down.
I personally find it upsetting with all the meetings going on right now that you feel your issues are on deaf ears.
Be prepared to discuss each one on Tuesday.

*(handwritten: Binding/pressuring violation the only neutral I am aware of is vacation & that will be visible. currently the vacation coverage)*

Terry Hesketh
Regional Operations Director
Multi Packaging Solutions
Louisville, Kentucky

*(handwritten: ESA – ? What is EAS Employee awareness Employee awareness told by upper mgt what should be done on a month to month basis. What can & can not be done.)*

*(handwritten: #1)*

On Dec 9, 2017, at 10:39 AM, Mary Leenerts <mary.leenerts@westrock-mps.com> wrote:

HEY GUYS,  Just a heads up only.  Don't want you to be blindsided or unaware.  I sort of came unglued Friday evening with Beth.

1

**EXHIBIT**

*(handwritten: FF)*

Perhaps "unhinged" would be a better word.

Long story short... I regrettably lost my temper in a very impromptu meeting prompted by one very upset temporary staff member . I threw a few F bombs, took the lords name in vane a couple of times & basically told her to "start managing her dept instead of letting others manage it for her & to teach her staff how to do their job" all in a loud voice.  Not saying I'm real proud of myself for acting like this at work.  I let my anger get the best of me & I regret it happened.
It's just  becoming such a hostile work environment.  It's hard to constantly walk on egg shells with certain individuals. It's even harder to have your voice, opinions, input  constantly fall on deaf ears.

Needless to say, Beth was not supportive of me (both past & present) & would like to sit down with myself & temporary staff member on Monday to discuss how we can all get along & be better "team members."  I'm not too thrilled with the prospect of this meeting & think there's a different direction that could be taken.  I will leave that up to you guys to decide.  I just wanted to make you aware of this situation only & that it happened.


Have a nice weekend.  I will see you on Monday



**Mary Leenerts**
Planning Communications Coordinator


<image002.png>


Address:  1703 S. Brook St. Louisville KY 40208
T +502-636-8535
Mary.leenerts@westrock-mps.com                    <image004.jpg>
www.westrock-mps.com



*Handwritten note:*

Juanita in my office several times daily to complain about who is discriminating on her @ the moment.
From Benita Wilson - watches her @ work.
John Dodd - discriminates against her.
Beth McShane - discriminates against her.
Linda Moms - thinks she doesn't know how to do her job.
"That Bald Guy" Bob Villard - Doesn't talk to her.
Brian Motsinger - parking
Greg Saurer - He didn't say "Hi" - ignores me.
Pam Herman - defends everyone but her.
Debbie Croghan, Wyatt
Keith, Dave, Tim, Patty, Larry, Linton + more

**Mary Leenerts**

| | |
|---|---|
| **From:** | Mary Leenerts |
| **Sent:** | Saturday, December 09, 2017 11:16 AM |
| **To:** | Terry Hesketh |
| **Cc:** | Bob Gilland |
| **Subject:** | RE: FYI ONLY |

Terry,
There are so many issues at hand here & it's Saturday.  I am stressed to the max & upset beyond belief..  I'm hurt. I'm embarrassed. I'm ashamed but mostly I'm mad.
This is not from last night alone. This is months in the making.

This is not just me but the mouths of several. This is such a larger issue than you realize.
You DO have good seasoned professionals. Who deserve to be treated with respect & dignity.
You are going to lose these seasoned professionals if things don't change quickly.

This isn't a threat by any stretch of the imagination.  This is a warning Terry. You are going to lose some really good people.
This is just me talking from me listening to others. Just me.

---

**From:** Terry Hesketh
**Sent:** Saturday, December 09, 2017 11:08 AM
**To:** Mary Leenerts
**Cc:** Bob Gilland
**Subject:** Re: FYI ONLY

Mary, in addition to my last email I would like to know who you feel you have to walk on egg shells around since you have mentioned that .
The managing of the department part is also disturbing with a crew of seasoned professionals what parts are you talking about.

Terry Hesketh
Regional Operations Director
Multi Packaging Solutions
Louisville, Kentucky

On Dec 9, 2017, at 10:39 AM, Mary Leenerts <mary.leenerts@westrock-mps.com> wrote:

> HEY GUYS,  Just a heads up only.  Don't want you to be blindsided or unaware ..... I sort of came unglued Friday evening with Beth.
> Perhaps "unhinged" would be a better word.
>
> Long story short... I regrettably lost my temper in a very impromptu meeting prompted by one very upset temporary staff member .  I threw a few F bombs, took the lords name in vane a couple of times & basically told her to "start managing her dept instead of letting others manage it for her & to teach her

1

MR# 8911424477   claim
0000488000075602

## Baptist Health

No information on file.                          Referral#: 2125289

### Member Information

| | |
|---|---|
| **Name:** | Mary Leenerts |
| **DOB:** | 08/22/1961 |
| **Address:** | 426 WISTERIA AVE |
| | LOUISVILLE KY 40222 |
| **Phone #:** | 502-599-5722 (home) 502-636-8535 (work) |
| **Payor:** | ANTHEM BLUE CROSS |
| **Plan (Effective):** | ANTHEM BLUE CROSS BLUE SHIELD PPO (01/01/17) |
| **Subscriber ID:** | QMP10002019C |

### Referred to Information

| | |
|---|---|
| **Provider:** | Eric Lydon |
| **Department:** | |
| **Specialty:** | N/A |
| **Address:** | 4010 DUPONT CIR |
| | STE 300 |
| | LOUISVILLE KY 40207 |
| **Phone #:** | 502-894-6066 |

Called 12/12 booked out for 6 weeks

### Referred by Information

| | |
|---|---|
| **Provider:** | Lana J. Mandzy |
| **Department:** | BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE |
| **Address:** | 4003 Kresge Way Ste 410 |
| | Louisville Ky 40207-4637 |
| **Phone #:** | 502-893-7462 |

### Referral Information

| | | | |
|---|---|---|---|
| **Start Date:** | 12/12/2017 | **End Date:** | 12/12/2018 |
| **Auth #:** | | **Comments:** | |

Diagnoses:                          Procedures:
F41.8 (ICD-10-CM) - Mixed anxiety    AMB REFERRAL TO PSYCHIATRY
depressive disorder                  [REF91]

### Appointment Information

No information on file.

**EXHIBIT**

G-G

Dr Mandzy pg 4 of 4

*atten Ranelle Grala*

Leenerts, Mary (MR # 8911424477)

Encounter Date: 12/12/2017

*reference claim # 00004880007560 2*

✕✕ BAPTIST HEALTH®

**Mary Leenerts**
12/12/2017 8:45 AM   Office Visit

Provider:  Svitlana J. Mandzy, MD
Department :  BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE

Dept Phone:  502-893-7462
Encounter #:  91036257025

---

## Your Full Care Plan

### Today's Medication Changes

These changes are accurate as of: 12/12/17  9:32 AM.  If you have any questions, ask your nurse or doctor.

#### New Medication(s)Ordered:

**ALPRAZolam 0.25 MG tablet**
Commonly known as:  XANAX
Take 1 tablet by mouth 2 (Two) Times a Day As Needed for Anxiety.
Started by:  Svitlana J. Mandzy, MD

#### Stop taking medication(s)listed here:

**Melatonin 10 MG capsule**
Stopped by:  Svitlana J. Mandzy, MD

**Scopolamine 1.5 MG/3DAYS patch**
Commonly known as:  TRANSDERM-SCOP (1.5 MG)
Stopped by:  Svitlana J. Mandzy, MD

### Where to Get Your Medications

#### You can get these medications from any pharmacy
Bring a paper prescription for each of these medications
☐ ALPRAZolam 0.25 MG tablet

### Your Updated Medication List

This list is accurate as of: 12/12/17  9:32 AM.  Always use your most recent med list.

**ALPRAZolam 0.25 MG tablet**
Commonly known as:  XANAX
Take 1 tablet by mouth 2 (Two) Times a Day As Needed for Anxiety.
**betamethasone dipropionate 0.05 % cream**
Commonly known as:  DIPROLENE
**escitalopram 20 MG tablet**
Commonly known as:  LEXAPRO
**famciclovir 250 MG tablet**
Commonly known as:  FAMVIR
**ibuprofen 200 MG tablet**
Commonly known as:  ADVIL,MOTRIN
**levothyroxine 150 MCG tablet**
Commonly known as:  SYNTHROID, LEVOTHROID
TAKE 1 TABLET BY MOUTH EVERY DAY

*Dr Mandzy pg 1 of 4*

Leenerts, Mary (MR # 8911424477)

Encounter Date: 12/12/2017

## Your Updated Medication List (continued)

**phentermine 30 MG capsule**
Take 1 capsule by mouth Every Morning.

**topiramate 25 MG tablet**
Commonly known as: TOPAMAX
TAKE 3 TABLETS BY MOUTH DAILY

## We Performed the Following
**Ambulatory Referral to Psychiatry**

## You Were Diagnosed With

| | Codes | Comments |
|---|---|---|
| **Mixed anxiety depressive disorder**   - Primary | ICD-10-CM: F41.8 ICD-9-CM: 300.4 | |
| **Metabolic syndrome** | ICD-10-CM: E88.81 ICD-9-CM: 277.7 | |

## Instructions
1. Anxiety and depression, exacerbated by the stress of the holidays and toxic situation at work - needs to see therapist ASAP. Will change Topiramate to XR 50 mg a day. Continue Escitalopram 20 mg a day and use Xanax as needed. Given script for 20 pills only w/o refills. Potential side effects including dependence explained. For now as her anxiety is hightened, will stop Phentermine for few days. Refereed to psychiatrist.

Patient Instructions History

## Upcoming Appointments

| Visit Type | Date | Time | Department |
|---|---|---|---|
| FOLLOW UP | 12/12/2017 | 8:45 AM | MGK PC MEDEAST |

## MyChart Signup
Baptist Health MyChart allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more. To sign up, go to mychart.baptisthealth.com and click on the **Sign Up Now** link in the New User? box. Enter your MyChart Activation Code exactly as it appears below along with the last four digits of your Social Security Number and your Date of Birth (DOB) to complete the sign-up process. If you do not sign up before the expiration date, you must request a new code.

MyChart Activation Code: H3GM5-6PBTT-7T828
Expires: 1/11/2018  9:31 AM

If you have questions, you can email BaptistPHRquestions@bhsi.com or call 502.253.4820 to talk to our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

## Other Info from Your Visit

## Reason for Visit
| | |
|---|---|
| metabolic s-m | follow up |
| Anxiety | |

## Vital Signs

Dr. Maudry pg 2 of 4

Leenerts, Mary (MR # 8911424477)                                      Encounter Date: 12/12/2017
**Vital Signs (continued)**

| Blood Pressure | Respirations | Height | Weight | Body Mass Index | Smoking Status |
|---|---|---|---|---|---|
| 122/80 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Adult) | 14 | 177.8 cm (70") | 81.6 kg (180 lb) | 25.83 kg/m2 | Former Smoker |

Dr Mandry pg 3 of 4

[History and Physical] [Mary Leenerts] [62743]                    [Date Printed: 1/8/2018] Page 2 of 4

## Medication List

| Name | Date Started | Instructions |
|------|--------------|--------------|
| desonide 0.05 % topical ointment | | apply sparingly and rub gently into the affected area(s) by topical route 2 times per day |
| escitalopram oxalate 20 mg oral tablet | | take 1 tablet (20 mg) by oral route once daily |
| levothyroxine 150 mcg oral tablet | | take 1 tablet (150 mcg) by oral route once daily |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---------------|------|----------|-------|
| Codeine Phosphate | -- | severe nausea/vomiting | -- |
| Codeine Sulfate | -- | severe nausea/vomiting | -- |
| No Egg Allergy | -- | -- | -- |
| NO LATEX ALLERGY | -- | -- | -- |
| NO PEANUT ALLERGY | -- | -- | -- |
| Seasonal Allergies | -- | -- | -- |

*front cover sheet here*

## Family Medical History

| Disease Name | Relative/Age | Notes |
|--------------|--------------|-------|
| Breast Cancer | / Aunt/ | Maternal x 2 |
| Colon Cancer | / Grandmother (paternal)/ | -- |

## Reproductive History

**Menstrual**

**Age Menarche:** 13          **Last Menstrual Period:** 09/01/2015

**Pregnancy Summary**

| | | |
|---|---|---|
| **Total Pregnancies:** 2 | **Full Term:** 0 | **Premature:** 0 |
| **Ab Induced:** 2 | **Ab Spontaneous:** 0 | **Ectopics:** 0 |
| **Multiples:** 0 | **Living:** 0 | |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---------|--------|------------|----------|-------|
| Alcohol | Light | --/-- | <1per day | -- |
| Emergency Contact | -- | --/-- | -- | John Leenerts - Brother 502-548-5854 |
| Living Will- No | -- | --/-- | -- | -- |
| Occupation | -- | --/-- | -- | Multi Packing solutions - Production Coordinator Planner 502-599-5722 cell ok to leave message 12/17 |
| Single | -- | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- o **Denies** : body aches, night sweats, loss of appetite

**Eyes**
- o **Denies** : discharge from eye, impaired vision

**HENT**



[Digital Signature Validated]

- o **Denies** : headaches, neck stiffness

**Breasts**
- o **Denies** : lumps, tenderness, swelling, nipple discharge

**Cardiovascular**
- o **Denies** : chest pain, syncope, dyspnea on exertion

**Respiratory**
- o **Denies** : shortness of breath, cough

**Gastrointestinal**
- o **Denies** : nausea, vomiting, diarrhea, constipation, blood in stools

**Genitourinary**
- o **Denies** : urgency, frequency, dysuria, incontinence

**Integument**
- o **Denies** : rash, new skin lesions

**Endocrine**
- o **Denies** : polyuria, polydipsia, cold intolerance, heat intolerance

**Heme-Lymph**
- o **Denies** : easy bleeding, easy bruising, lymph node enlargement or tenderness

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat |
|------|------|-----|----------|------|-----|-----------|-----|-----|----------|-----|-----|-----------|--------|--------|
| 12/12/2017 | 01:24 PM | 118/80 | Sitting | | | | | | | 181lbs 6oz | 5' 9" | 26.78 | 2 | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-nourished, well developed, alert, oriented, in no acute distress

**Neck**
- o **Inspection/Palpation** : normal appearance, no masses or tenderness
- o **Lymph Nodes** : no lymphadenopathy present
- o **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Chest**
- o **Respiratory Effort** : breathing unlabored
- o **Auscultation** : normal breath sounds, no rales, no rhonchi

**Cardiovascular**
- o **Heart** :
  - ■ **Auscultation** : regular rate, normal rhythm, no murmurs present

**Breasts**
- o **Inspection of Breasts** : breasts symmetrical, no skin changes, no discharge present
- o **Palpation of Breasts and Axillae** : no masses present on palpation, no breast tenderness
- o **Axillary Lymph Nodes** : no lymphadenopathy present

**Gastrointestinal**
- o **Abdominal Examination** : soft, nontender, without palpable mass
- o **Liver and spleen** : no hepatomegaly present, liver nontender to palpation
- o **Hernias** : no hernias present

**Genitourinary**
- o **External Genitalia** : normal appearance for age, no tenderness present, no inflammatory lesions present - SKIN TAG on perineum - could be removed if pt desires
- o **Vagina** : normal vaginal vault with no mucosal lesion, normal discharge present, no inflammatory lesions present, no masses present
- o **Bladder** : nontender to palpation
- o **Urethra** :
  - ■ **Urethral Meatus** : no erythema or lesions present
- o **Adnexa** : no adnexal tenderness present, no adnexal masses present
- o **Perineum** : perineum within normal limits
- o **Anus** : anus within normal limits, no hemorrhoids present
- o **Rectal** : normal sphincter tone, no hemorrhoids present, no rectal masses present

[Digital Signature Validated]

[History and Physical] [Mary Leenerts] [62743]                    [Date Printed:1/8/2018] Page 4 of 4

- o **Stool** : normal appearing stool present on glove, Hemoccult test negative
- o **Inguinal Lymph Nodes** : no lymphadenopathy present

**Skin**
- o **General Inspection** : no rashes present, no lesions present, no areas of discoloration

**Neurologic/Psychiatric**
- o **Mental Status** : alert and oriented x 3, grossly intact


## Assessment

- Encntr for gyn exam (general) (routine) w/o abn findings     V72.31/Z01.419
- Screening for cancer of the rectum     V76.41/Z12.12


## Plan

**Orders**
- o COLORECTAL CANCER SCREENING; FECAL OCCULT BLOOD TEST, IMMUNOASSA (G0328) - V76.41/Z12.12 - 01/05/2018

**Instructions**
- o Continue self examinations of breasts
- o RTC 1 year and prn
- o routine diet and nutritional counseling
- o counseled on safe sex
- o Denied domestic violence
- o Routine labs through PCP
- o Mammo with AE next yr


**Electronically Signed by:** LISA A. CRAWFORD, MD -Author on January 5, 2018 02:28:03 PM


**ALL WOMEN OB/GYN P.S.C.**  ORIG copy

| | | |
|---|---|---|
| LISA A. CRAWFORD, M.D. | AMY DEELEY, M.D. | ELENA SALERNO, M.D. |
| KY. Lic# 28745-DEA #BR 3271979 | KY. Lic# 33789-DEA #BD 5837705 | KY. Lic# 34988-DEA #BS 6390429 |
| AIMEE PAUL, M.D. | TANIKA R. TAYLOR, M.D. | SHAKIRA POWELL, M.D. |
| KY. Lic# 38369-DEA #BP 8673647 | KY. Lic# 41813-DEA #FT 0931128 | KY. Lic# 50453-DEA #FP 6842137 |
| | RACHEL THOMPSON, APRN | |
| | KY. Lic# 3004111-DEA #MT 1514529 | |

**4010 DUPONT CIRCLE STE L-07        Phone (502) 895-6559        Louisville, KY 40207**

Name _Mary P. Leenerts_                DOB _8-22-61_

Address _____                Date _1-8-18_

**R** Patient was seen on 12-12-17 for routine exam. It would be routine for me to refer patient for counseling when losing job due to psychiatric reasons.

Refill _____ Times in _____ Months

_____ M.D.

ART JACOB PRESCRIPTION SHOPPE
3924 Dupont Square South - Suite D
Louisville, Kentucky 40207
Phone (502) 897-6591

[Digital Signature Validated]

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unum.com

**unum**

January 4, 2018

MARY P LEENERTS
426 WISTERIA AVE
LOUISVILLE, KY 40222

RE: Leenerts, Mary P
Claim Number:   14300436
Policy Number:   403211
Unum Life Insurance Company of America

Dear Ms. Leenerts:

We are writing about the status of your Short Term Disability claim and to let you know we need additional information to make a decision. You have my personal commitment to provide you with responsive and courteous service.

**Below is the Information that is Outstanding**

• Copies of your medical records related to your disability dated December 11, 2017 forward.

If we do not receive the additional information by February 18, 2018, we will make a decision based on the information available to us at that time.

**How To Contact Us Or View Information About Your Claim**

Ms. Leenerts, we hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your claim, you can do so conveniently through your secure online account at www.unum.com.

Through your account you have the option to:

• Go paperless and receive all correspondence electronically;
• View the current status of your claim including outstanding information; and
• Upload documentation or provide new information to help us evaluate your claim and return to work efforts.

You may also manage your leave with the Unum Customer App. The Unum Customer App is available for Apple and Android.

After reviewing your online account, if you should have additional questions, please call me at 1-800-858-6843, 45607. If I am unavailable to answer your call directly, our experienced

12-2-03   UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.

*(handwritten annotations throughout the page)*

release form obviously

name phone # claim

Called 1/10 @ 7:56am — left message to see is really need any more info from me.

STD 1/18/18 @ 8:16 am 12/11 forward.
Called 1/18/18 @
Loretta → Jen
Lisa, Al Perkins → medical records
Crawford — Loretta Floyd
(1/18) 3:00 pm Called over 10 days worth division

Situational

@ 100% after the 1st of the year 2018?

Called (1/5) to advise
Lori @ Dr. Mandy's
Brandy @ Dr. Crawford
(Ext 148)

advisor —
Loretta Floyd
Called 1/15 8:30 AM
1:00 PM
again

EXT. 45607

Maintenance Drugs:
• Lexapro 20mg
• Levothyroxine 0.150 MCG
• Phentermine HCL 30mg

— Sump pump frozen line cost $3___
— 401k won't avail until (12/14)

* Had 11:00 AM appt w/ Al Perkins filled out paperwork for STD.

LMTD 11/18/18 04

**EXHIBIT**
**I I**

1/1/2018                                                    Print

| Subject: | Suspension update |
| --- | --- |
| From: | Mary Leenerts (maryleenerts@att.net) |
| To: | dawn.cope@mps-westrock.com; |
| Cc: | dana.howard@westrock.com; |
| Date: | Wednesday, December 13, 2017 6:44 PM |

*12/13/2017 @ 6:44pm* (handwritten)

I was expecting to hear something today about the status of my suspension.
Since I haven't been contacted yet, I'm not sure if I'm supposed to show up for work at my regular time tomorrow or not.  Please advise the next step of this process.
Thank you

Sent from my iPhone

*Was expecting to hear from Dawn Cope per our conversation 12/11. never heard from her. sent this email.*

*Rec'd phone call 12/14 after 2pm regarding termination.
Beth McShane
Bob Gilland
Dana Howard
(T. Hesketh) Never heard him speak.*

**EXHIBIT**

*JJ*

**From:** 12/15/07   ~~Terry Hesketh~~   *DOCUMENT EXIT INTERVIEW*
**Sent:** Friday, December 15, 2017 10:58 AM
**To:** Beth McShane; Dave Wyatt; Keith Carter; Larry J Linton; Deborah Croghan; Pam Herman; Nancy Whitlock; Tim Graham; Patty Bitzer; Karen A Hall
**Subject:** *sent by* Planning communication

*There WAS NO EXIT inter-view*

**Please read through some thoughts I put together below from our meetings yesterday.**
**During Marys exit interview the conversation mentioned some strong words that everyone needs to reflect on in how they communicate in the department in emails and talking with one another.**

*I WAS iNVOLVED or AWAre of.*

1. hos·tile
   ˈhästl,ˈhäˌstīl/
   *adjective*
1. unfriendly; antagonistic.
   "a hostile audience"
   *synonyms:* unfriendly, unkind, bitter, unsympathetic, malicious, vicious, rancorous, venomous,

2. hostile work environment is created by a boss or coworker whose actions, <u>communication</u> or behavior make <u>doing your job impossible</u>. This means that the behavior altered the terms, conditions, and/or reasonable expectations of a comfortable       work environment for employees.

Many words have been tossed around in the last few days and months between co workers in planning.
Some of these are concerning ,and everyone needs to <u>self reflect</u> and see if there is anything in those first two bullet points that could be labeled 1. or 2. from what has been said to one another.

**Questions to ask <u>yourself</u> in this exercise,**

a. If my email is audited after some recent accusations, have I answered or started or ended conversations with respect and dignity for my fellow workers?

b. Is There anything in my emails that could be mistaken for creating number 1.? ( unfriendly , unkind , unsympathetic , malicious , vicious , venomous ?).

c.  Is There anything in my communications or attitude towards one another that could be mistaken for creating number 1.? ( unfriendly ,   unkind , unsympathetic , malicious , vicious , venomous ?).

1



and dignity.

A quote read recently , "We're a system. This is a we and not a he or she.  In this system we each effect the other the same as any other system. <u>Something I do or say or don't do or say is going to effect the other person."</u>

**Our recent losses are not to be taken lightly in the arena of respect and dignity.**

As suggested please continue the conversation , I would like to buy a lunch for the group so you can continue the process over a bite and try to mend some scars.


Beth , you and I can discuss the whats and where's of a lunch next week.

As we I talked about yesterday , everyone of you has a talent , some very different than others. Everyone of you is appreciated and a valued member of the planning dept. . Everyone of you is needed and Everyone of you needs to treat each other with respect and dignity.

A quote read recently , "We're a system. This is a we and not a he or she.  In this system we each effect the other the same as any other system. Something I do or say or don't do or say is going to effect the other person."

**Our recent losses are not to be taken lightly in the arena of respect and dignity.**

As suggested please continue the conversation , I would like to buy a lunch for the group so you can continue the process over a bite and try to mend some scars.

Beth , you and I can discuss the whats and where's of a lunch next week.



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

*Claim # 0000488000075602*

## ATTENDING PHYSICIAN STATEMENT (PLEASE PRINT)

**TO BE COMPLETED BY PHYSICIAN OR TREATING PROVIDER**

Name of Patient (Last Name, Suffix, First Name, MI): L E E N E R T S   M A R T   P

Social Security Number: MAT 78 3401  578

Date of Birth (mm/dd/yy): 08 22 61    Patient Telephone Number: 502 599 5722

Employer Name: M U L T I   P A C K A G I N G   S O L U T I O N S

---

### A. Complete this section for pregnancy, then go to Section C

Expected Delivery Date (mm/dd/yy):   Actual Delivery Date (mm/dd/yy):   Delivery Type: ☐ Vaginal ☐ C-Section   Date of first visit for this pregnancy (mm/dd/yy):   Date Hospitalized (mm/dd/yy):

Diagnosis:   ICD Code:   Did you advise your patient to stop working? ☐ Yes ☐ No   If yes, on what date (mm/dd/yy)?

Were there any complications causing your patient to stop working prior to her expected delivery date? ☐ Yes ☐ No
If yes, please explain:

---

### B. Complete this section for all conditions except pregnancy, then go to Section C

Date of first visit for this current condition(s) (mm/dd/yy): 12-15-17    Date of last office visit (mm/dd/yy):    Date of next office visit (mm/dd/yy): 01/08/18    Did you advise your patient to stop working? ☐ Yes If yes, on what date (mm/dd/yy)? ☑ No  WAS Terminated

Has the patient been treated for the same/similar condition in the past? ☐ Yes ☑ No ☐ Unknown

If yes, please provide treatment dates (mm/dd/yy): From          Through

Is the patient's condition work related? ☑ Yes ☐ No ☐ Unknown    Patient's Height: 5' 11"    Patient's Weight: 180

Primary Diagnosis: Generalized Anxiety Disorder    Primary ICD Code: 300.02 (CF41.1)

Secondary Diagnosis: Major Depressive Disorder    Secondary ICD Code: 296.22 (F32.1)

Has the patient been hospitalized? ☐ Yes ☑ No   If yes, date hospitalized (mm/dd/yy):   through (mm/dd/yy):

Was surgery performed? ☐ Yes ☑ No   If yes, what procedure was performed?   CPT Code:   Date Surgery Performed (mm/dd/yy):

What is your treatment plan? Please include all medications.

1. Contact EEOC & file appropriate complaints
2. Become more organized w/ documentation to support complaint
3. Contact HR Representative for benefits ✓
4. Get adequate rest/sleep to get rest to plan & concentrate
5. Schedule more appointment ✓

CL-1104 (08/17)

A. Perkins Pg 1 of 2

**EXHIBIT**

LL



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843   Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

*Claim # 0000488000 75602*

---

**ATTENDING PHYSICIAN STATEMENT (Continued)**

Patient Name (Last Name, First Name, MI, Suffix)

| L | E | E | N | E | R | T | S | | M | A | R | Y | | P | | | | | |

Date of Birth (mm/dd/yy): 08 22 61

**Other Providers:** Are you aware of or have you referred your patient to other treating providers? If yes, please provide complete name, contact information and specialty of any other treating physicians.

| Name | Specialty | Address | Phone # |
|------|-----------|---------|---------|
| Alfred L. Perkins, LCSW | Mental Health | 4010 Dupont Co, Ste 226 Louisville KY 40207 | 502 896 8006 |

Have you advised the patient to return to work?  ☐ Yes  ☒ No

Expected return to work date (mm/dd/yy):  ☐ Full Time  ☐ Part Time

*She was terminated*

Part-time hours per day

**C. Functional Capacity**

If your patient **does not** have physical and/or behavioral health RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do), please initial here _____ and go to **SECTION D.**

**Please note:** When considering a standard 8 hour workday with breaks (approximately every two hours) please quantify terms that may not be uniformly understood such as "prolonged", "repetitive", "light-duty", "heavy lifting", or "stressful situations". In addition, never means not at all, occasional means more than never but less than 33% of the time; frequent means 34-66% of the time, and constant means 67-100% of the time.

**Restrictions and/or Limitations**

If your patient has CURRENT RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): _____   To (mm/dd/yy): _____

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Attending Physician portions of the claim form.

**D. Signature of Attending Physician**

The above statements are true and complete to the best of my knowledge and belief.

Physician Name (Last Name, First Name, MI, Suffix) Please Print

PERKINS, Alfred L.

Degree/Specialty

LCSW / Mental Health

Address

4010 Dupont Circle, Ste. 226

| City | State | Zip |
|------|-------|-----|
| Louisville | KY | 40207 |

| Telephone Number | Fax Number | Physician Tax ID Number: | Are you related to this patient?  ☐ Yes  ☒ No |
|------------------|------------|--------------------------|--------------------------------------------------|
| 502 896 8006 | 5028968055 | 61-1330881 | If yes, what is the relationship? |

Signature of Physician

A.L. Perkins, LCSW

Date

12-29-17

CL-1104 (08/17)

*10*

*Al Perkins Pg 2 of 2*

NOTICE OF DETERMINATION

*rec'd 1/24/2018*

| | | |
|---|---|---|
| SSN: XXX-XX-3401<br>Claimant Ref #: 2-ZO1PAD<br>Effective Date: 12/10/2017<br>Issue: Discharge<br>Detection Date: 12/14/2017 | **Commonwealth of Kentucky**<br>**Education and Workforce Development Cabinet**<br>**Division of Unemployment Insurance**<br>**275 East Main Street - 2EC**<br>**Frankfort, Kentucky 40621**<br>**www.oet.ky.gov** | BYE: 12/08/2018<br>Claim: UI<br>Local Office: 56<br>Date Mailed: 01/19/2018<br>WFDI3J5 |

## INTERESTED PARTIES

MARY P LEENERTS
426 WISTERIA AVE
LOUISVILLE, KY 40222

MPS - WESTROCK
ATTN: HUMAN RESOURCES
1703 S BROOK STREET
LOUISVILLE, KY 40208

## DETERMINATION

Date(s): 12/08/2017

In accordance with Kentucky Unemployment Insurance law, the Division has determined the claimant is **qualified (payable)** to receive unemployment insurance benefits in regard to the above listed issue.

Statutory Reference(s) which apply to the above issue(s): KRS 341.370 (1) (b) (6); KRS 341.530 (3)

## FINDINGS

The claimant was discharged due to an alleged violation of the employers rule or policy. The findings of fact establish the claimant did not knowingly violate a reasonable and uniformly enforced rule of the employer. The discharge was for reasons other than misconduct connected with the work.

## EMPLOYER CHARGEABILITY

The Division has determined the employer is chargeable. The claimant's separation occurred under non-disqualifying circumstances, however, the employer's protest was untimely filed. Any benefits paid on the claim will be charged to the employer's reserve account. This employer chargeability ruling is for chargeability purposes only and does not affect the benefit rights of the claimant.

**EXHIBIT**

MM

¡**IMPORTANTE!** Este documento(s) contiene información importante sobre sus derechos, obligaciones y/o benefic[...]
de compensación por desempleo.  Es muy importante que usted entienda la información contenida en este documento

**INMEDIATAMENTE:** Si necesario, por favor de ir a la oficina de Kentucky Career Center, si necesita asistencia
para traducir y entender la información contenida en el documento(s) que recibió,  puede encontrar su oficina local en
www.kentuckycareercenter.com

| APPEAL RIGHTS |
|---|

**Any party who disagrees with this determination should:**

   a.   Submit, in writing, the reason you disagree with this determination.
   b.   The document must include claimant's name, social security number, and your contact information.
   c.   The written appeal must be received or postmarked by 02/03/2018.
   d.   Private postage meters shall not be used to determine postmark date.

If the due date of the appeal falls on a day that the office or post office is closed, the next day the office or post office is open shall be considered the due date.   KRS 341.420(2), 787 KAR 1:110 Section 1(1), and 787 KAR 1:230

UI Appeals Branch -275 East Main Street, 2EB, Frankfort, KY 40621, FAX 502-564-7850

**ATTENTION CLAIMANT: CONTINUE TO CLAIM BENEFITS WHILE YOUR CLAIM IS UNDER APPEAL. IF THE DECISION IS IN YOUR FAVOR, BENEFITS MAY BE PAID ONLY FOR THE WEEKS PROPERLY CLAIMED.**

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: **1-800-858-6843**
Fax: **1-800-447-2498**
www.unum.com



February 22, 2018

MARY P LEENERTS
426 WISTERIA AVE
LOUISVILLE, KY 40222

RE:    Leenerts, Mary P
        Claim Number:      14300436
        Policy Number:      403211
        Unum Life Insurance Company of America

Dear Ms. Leenerts:

We have completed our review of your Short-Term Disability claim and we are unable to approve your benefits.

In our discussion on January 15, 2018, you advised there was not a doctor placing you out of work, but you were placed out of work by your employer when they placed you on suspension. You also advised there were many work-related components to your condition and that it is a "hostile and toxic work environment". You called back that afternoon advising you had been treated for PTSD since your husband had passed away and your condition is made worse because of work issues and that you had only been seeing your primary care physician for a couple years for treatment.

On February 20, 2018, we had a telephone call discussion with Dr. Albert Perkins. He gave specific incidents related to your work that you reported to have caused you significant stress to include harassment, sexual misconduct rumors, denied pay raises and bullying. We had questioned Dr. Perkins in regard to if you have a history of your condition and he advised he is unaware of any history of mental illness that may have contributed to your condition and he denied any report form you of any personal stressors outside work that may be contributing to your mental condition. He further advised that your condition is solely related to a hostile work environment.

Based on the documentation, it has been determined your condition is work related and as such, we are unable to approve your claim as your condition would not be covered under the short-term disability plan.

If you have any new or additional information you would like us to review, please fax it to my attention at 1-877-851-7624 or upload it to your secure online account at www.unum.com/claimant for reconsideration. You may also upload the new or additional information using the Unum Customer App on your smartphone. The Unum Customer App is available for Apple and Android



Claimant Name: Leenerts, Mary P
Claim Number: 14300436

February 22, 2018
Page 3 of 4

would like considered. This information may include written comments, documents, or other information in support of your appeal.

**What information is available to you?**

Upon your written request, we will provide you with all documents, records and other information relevant to your claim for benefits.

**How much time do you have to request an Appeal?**

You have 180 days from the date you receive this letter.

If we do not receive your written appeal within 180 days of the date you receive this letter, our claim determination will be final.

**Where do you mail or fax your written request for an Appeal?**

The Benefits Center
Appeals Unit
P.O. Box 9548
Portland, ME  04104-5058
Fax Number:  1-207-575-2354

Our Appeals Unit will send you a letter acknowledging receipt of your appeal including your Appeals Specialist's contact information.

**How does the Appeal process work?**

An Appeals Specialist will review your entire claim, including any new information you submitted and may consult medical and vocational experts or other resources. The Appeals Specialist will make an independent decision on your claim.

**How much time does the Appeal review take?**

We are committed to making an appeal decision within 45 days after we receive your written appeal. There may be special circumstances in which the review can take longer. We will notify you if more time is needed.

**What if you continue to disagree with the determination after the appeal is decided?**

You will have the right to have a court review the appeal determination by bringing a civil action under section 502(a) of the Employee Retirement Income Security Act (ERISA).

**How To Contact Us**

We hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your claim, you can do so conveniently through your secure online account at www.unum.com/claimant.

Through your account you have the option to:

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Mary Leenerts**
**426 Wisteria Ave**
**Louisville, KY 40222**

From: **Louisville Area Office**
**600 Dr Martin Luther King Jr Pl**
**Suite 268**
**Louisville, KY 40202**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **474-2018-00598** | **Eric M. Baez,**<br>**Investigator** | **(502) 582-5823** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

**Richard T. Burgamy,**
**Area Office Director**

JUL 2 6 2018

*(Date Mailed)*

Enclosures(s)

cc:   **Lindsay Wilson**
**WestRock**
**1000 Abernathy Rd NE**
**Atlanta, GA 30328**

**Timothy Denison**
**2235 South Fifth Street**
**Third Floor**
**Louisville, KY 40202**


EXHIBIT
OO

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**Mary Leenerts**

| | |
|---|---|
| **From:** | Mike Mullins |
| **Sent:** | Tuesday, October 18, 2016 11:13 AM |
| **To:** | Mary Leenerts |
| **Subject:** | RE: 1" trim outs on trays |

Ok.  Thanks

*[handwritten note: Came @ me w/ I was wrong. Plu incorrect layout. didn't use allmond "layout" etc.]*

**From:** Mary Leenerts
**Sent:** Tuesday, October 18, 2016 11:12 AM
**To:** Mike Mullins
**Subject:** RE: 1" trim outs on trays

Mike, The Layout I used was under Allmond MASTER layouts. It is names ALMHCD-6 & it does show the 1" in between. That is where I found the layout.  Unfortunately I don't put combos in enough to have caught this, nor you when checking the combo on Saturday.

*[handwritten note: I did use an allmond master that was not correct. M.M. ck'ed combo on Sat PU's & did not catch error.]*

**From:** Mike Mullins
**Sent:** Tuesday, October 18, 2016 10:47 AM
**To:** Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Mary Leenerts; Nancy Whitlock; Pam Herman; Patty Bitzer; Tim Graham
**Cc:** Brian D Spaulding; Beth McShane; Steve Stinnette
**Subject:** FW: 1" trim outs on trays

Do NOT use old Allmond layouts.  This causes a MAJOR loss of tme.  If you have pick up layouts, CHECK THEM!  If you have layouts on your desktop, DUMP THEM!

**From:** Brian D Spaulding
**Sent:** Tuesday, October 18, 2016 10:23 AM
**To:** Mike Mullins
**Cc:** Beth McShane; Steve Stinnette
**Subject:** 1" trim outs on trays

Hey Mike,

We have come across another form of tray cards that have a 1" trim out between the trays. This is a major issue for us! We lost about 5 hours on the last tray like that had 1" trim outs.

Where are these old layouts coming from?

------.

Thanks.

Brian Spaulding
Bindery Manager
Phone:  +1 502 368-7777 ext. 7260
Mobile:  +1 502 297-2317
Address:       4501 Allmond Ave. Louisville, KY 40209
www.multipkg.com

**EXHIBIT**

PP

Job #   617024   Form #   1  A   Press:   840   Date:   10/18/16

Customer:

Description:  6 TRAY'S-  5 6 PAGE FOLDERS   ALM HCD-6



**TEMPLATE**   ALMHCD-6

| | | | | | |
|---|---|---|---|---|---|
| Line screens | | Plate bend | | Gripper | |
| Flat size | : 4.71875   5.9062 | Folded size | 4.75 x 4.71875 |
| Imposition | Perfects | Head trim | | Foot trim | |
| Sheet size | 21   X   36 | Face trim | | Lap | |
| Stock | | | | | |
| Stock | | | | | |
| Ink | Process | Gross sheets | | Press use | |
| Ink | | To Bindery | | Bindery use | |
| Plates | 4   ( 4 / 4 ) | Vendor use | | **Net sheets** | 1,718 |

**Mary Leenerts**

| | |
|---|---|
| **To:** | Dave Wyatt |
| **Cc:** | Bob Gilland |
| **Subject:** | RE: NEW GUIDELINE:  SAME TITLES, SIMILAR GRAPHICS ID MUST BE APPROVED ON SAME FORM |

This is how the bindery dept relinquishes responsibility for their actions & pushes it onto the Planning dept. Hence, from now on the Planning will get the point if this one incident occurs again.

I questions if this is retaliatory for the serialization bleeder bars issues we had previously with the bindery.

There are several documented issues that have come up recently that have led me to this conclusion.
This does nothing but facilitate a hostile work environment between departments & management.

I'm not sure any of our concerns will be met or answered.  Seems to be falling on deaf ears Dave.

---

**From:** Dave Wyatt
**Sent:** Wednesday, August 09, 2017 7:20 AM
**To:** Mary Leenerts; Beth McShane; Deborah Croghan; Keith Carter; Nancy Whitlock; Pam Herman; Patty Bitzer
**Cc:** Bob Gilland
**Subject:** RE: NEW GUIDELINE: SAME TITLES, SIMILAR GRAPHICS ID MUST BE APPROVED ON SAME FORM

In order to assure that we DO NOT have to waste time in getting approval, why don't we go back the CSR's and have them update the items with correct title information, not just the artist name (as examples stated below). Let's push some accountability back to other departments and not just dump everything on planning every time something gets screwed up.

Speaking for myself, this is absolutely ridiculous! Enough is enough already. We cannot possible idiot-proof every order/job that goes through this plant.

---

**From:** Mary Leenerts
**Sent:** Tuesday, August 08, 2017 6:27 PM
**To:** Beth McShane; Dave Wyatt; Deborah Croghan; Keith Carter; Nancy Whitlock; Pam Herman; Patty Bitzer
**Cc:** Bob Gilland
**Subject:** RE: NEW GUIDELINE: SAME TITLES, SIMILAR GRAPHICS ID MUST BE APPROVED ON SAME FORM

Please clarify if this new policy is only for NEW orders or is it for all orders that have similar titles / & ID #'s?

This could have a fairly large impact & major planning delays  waiting on this new approval process.  The end result being substantial slowdown in work flow causing a trickledown effect in manufacturing.
Are we sure we can't address this issue differently? Perhaps directly at the source?

According to Jim Danehy the WHV Dump is about to hit with over180 / 200 orders per day with a 24 hour turn. If we implement this new policy with all the same named titles we will need a supervisor in planning on staff to approve as we plan.
The interruptions will be countless.

A few titles  that are the same but carry difft graphics For Example:

1

**EXHIBIT**

QQ

-Wonder Woman
-Home Alone
-NBA
-King Kong
-4 Fav films
-GR12
-Fast & Furious
-Hee Haw
-Carol Burnett
-ER

---

**From:** Beth McShane
**Sent:** Tuesday, August 08, 2017 5:44 PM
**To:** Dave Wyatt; Deborah Croghan; Karen A Hall; Keith Carter; Larry J Linton; Mary Leenerts; Nancy Whitlock; Pam Herman; Patty Bitzer; Tim Graham
**Cc:** Bob Gilland
**Subject:** NEW GUIDELINE: SAME TITLES, SIMILAR GRAPHICS ID MUST BE APPROVED ON SAME FORM

All,

Effective immediately, we must start following a new planning guideline.  Any items with the same titles and similar graphics ID must be approved to be on the same form.  You can contact Terry, Bob, Doug, Greg, Mike E, Rick or Reid.  Please indicate on the job ticket who approved the form. The new guideline stems from a customer complaint for wrong labels on an A-B combo with the same title and similar graphics ID that were labeled wrong.  The items did not look-a-like.

See me with any questions.

Thanks,

Beth

**Beth McShane**
Production Planning Manager
Office: 502-636-8562
Cell: 812-987-6422
Address: 1703 S Brook St, Louisville, KY 40208

**Please note:** My new email address is beth.mcshane@westrock-mps.com

CIRCUIT COURT CLERK'S OFFICE
JUDICIAL CENTER
700 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

CERTIFIED MAIL

7017 3040 0001 1387 0673

U.S. POSTAGE >> PITNEY BOWES

ZIP 40202
02 4W
0000389432 OCT 19 2018

$ 018.55⁰

CSC-LAWYERS INCORPORATING
SERVICE COMPANY
421 W. MAIN STREET
FRANKFORT, KY 40601