UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARY PATRICIA LEENERTS,     Plaintiff,

v.     Civil Action No. 3:18-cv-765-DJH

MULTI PACKAGING SOLUTIONS OF KENTUCKY, LLC     Defendants.

\* \* \* \* \*

## SCHEDULING ORDER

This matter was scheduled for a telephonic scheduling conference on February 14, 2019. Counsel for the plaintiff could not be reached for the conference. Due to the unavailability of counsel for the plaintiff, the Court elected not to conduct the conference.

The Court has reviewed the parties' proposed discovery plan [8] and the following schedule is established for the preparation of this case for trial.

(1)     Initial disclosures pursuant to FRCP 26(a)(1) shall be completed **no later than February 25, 2019**.

(2)     Any motion to amend pleadings or motion to join additional parties shall be filed by plaintiff **no later than July 1, 2019**, and by defendant no later than **August 1, 2019.**

(3)     (a)     Identification of experts in accordance with FRCP 26(a)(2) shall be due

    By Plaintiff:     **no later than July 1, 2019**

    By Defendant: **no later than August 1, 2019**

(b)     If a party intends to offer testimony from a treating physician who will not be designated as an expert in accordance with paragraph (a) above, the party who will call the treating physician shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each

1

opinion.  This requirement may be satisfied by furnishing a report signed by the treating physician or by a narrative disclosure.  No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

(4) The parties shall complete all discovery **no later than October 1, 2019**.  No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Colin H. Lindsay arranged through his chambers.

(5) Supplementations under FRCP 26(e) shall be completed **no later than August 19, 2019**.

(6) **No later than November 1, 2019**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(7) The Court will conduct a telephonic status conference thirty (30) days prior to the close of discovery.  **Counsel shall jointly contact case manager Theresa Burch via email (theresa_burch@kywd.uscourts.gov) no later than forty-five (45) days prior to the discovery deadline to schedule the conference**.

(8) Upon request, the Court will set this matter for a settlement conference.

Entered this 20th day of February 2019

**ENTERED BY ORDER OF COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**By:   /s/ *Theresa L. Burch-* Deputy Clerk**