**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**3:18-CV-00765-DJH-CHL**

**MARY LEENERTS**                                                    **PLAINTIFF**

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

**MULTI PACKAGING SOLUTIONS OF KENTUCKY LLC.**     **DEFENDANT**

• * * * *

Comes the Plaintiff, MARY LEENERTS, by counsel, and pursuant to Rule 26(a)(1), makes the following Initial Disclosures.

**A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT THE PLAINTIFF MAY USE IN SUPPORT OF THEIR CLAIMS**

Mary Leenerts

Any and all persons already identified in the complaint herein.

Any and all persons involved and/or associated with any underlying investigation and/or prosecution of any party to this case.

Any and all individuals who have been or will be identified through discovery. Any and all witnesses who have been or will be identified by other parties to this litigation.

Any and all other individuals listed by the Defendants, or any other party to this litigation, in their Initial Disclosure(s).

The Plaintiff reserves the right to amend this list should it become necessary subsequent to the close of discovery.

All witnesses will testify to the facts known to them that touch on the subject matter of the complaint.

**B. DOCUMENTS IN THE POSSESSION OF THE DEFENDANTS THAT MAY BE USED TO SUPPORT THEIR DEFENSES**

Any and all internal documents attached to complaint, identified through discovery or listed in Defendants disclosures.

**C. COMPUTATION OF DAMAGES:**

The Plaintiff reserves the right to supplement these disclosures pursuant to the Federal Rules of Civil Procedure and further Order of the Court.

**D. INSURANCE AGREMEENT**

The Plaintiff is unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment. In this action or to indemnify or reimburse for payments made to satisfy the judgment, available for inspection and copying upon reasonable notice of the requesting party.

The Plaintiff expressly reserves any objection she may have to the introduction into evidence of anything required to be disclosed under Rule 26. The disclosing Plaintiff reserves the right to timely supplement these initial disclosures pursuant to the Federal Rules of Civil Procedure or by further Order of the Court.

        Respectfully submitted,

        /s/ Timothy Denison
        TIMOTHY DENISON
        235 South Fifth Street
        The Third Floor
        Louisville, Kentucky 40202-3226
        (502) 589-6916; (FAX) 568-6919
        timothydenison@aol.com
        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2019, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notice of electronic filing to the registered counsel.

        /s/Timothy Denison
        TIMOTHY DENISON