**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:18-CV-765-DJH-CHL**

**MARY PATRICIA LEENERTS,**                                                      **Plaintiff,**

**v.**

**MULTI PACKAGING SOLUTIONS OF KENTUCKY, LLC,**            **Defendant.**

**REPORT ON TELEPHONIC STATUS CONFERENCE**

The undersigned held a telephonic status conference in this matter on September 17, 2019. Participating were the following:

    FOR PLAINTIFF:    None

    FOR DEFENDANT:    Cynthia L. Effinger

The Court could not reach counsel for Plaintiff at the scheduled time but proceeded with the conference as scheduled.[1] The Court inquired as to the progress of discovery and counsel for Defendant represented that discovery was set to close in two weeks, that Plaintiff had not taken any depositions or served any discovery, and that Defendant had taken Plaintiff's deposition. Defendant represented that it anticipated filing a motion for summary judgment at the close of discovery. The Court inquired as to whether a settlement conference in this matter would be productive, and counsel for Defendant represented that she did not believe one would be productive. Accordingly, the Court will not set a settlement conference at this time.

September 17, 2019

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
:5

---

[1] The undersigned's Chambers subsequently received a call from Plaintiff's counsel regarding the status of the call during which counsel indicated he had been awaiting the Court's call.