UNITED STATES DISTRICT COURT
WESTERN DIVISION OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARY PATRICIA LEENERTS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>MULTI PACKAGING SOLUTIONS OF )<br>KENTUCKY, LLC, )<br>)<br>Defendant )<br>) | Case No. 3:18-cv-765-DJH<br>*Filed Electronically* |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that undersigned counsel of record, Cynthia L. Effinger and the law firm of McBrayer PLLC, have moved office locations to the following effective immediately:

**McBrayer PLLC**
**500 West Jefferson Street, Suite 2400**
**Louisville, KY 40202**
**Phone: (502) 327-5400**
**Fax: (502) 327-5444**
**Email: ceffinger@mcbrayerfirm.com**

All further pleadings and correspondence related to this matter should continue to be served on the undersigned as counsel of record for Defendants, Multi Packaging Solutions of Kentucky, LLC.

Respectfully Submitted

*/s/ Cynthia L. Effinger*
CYNTHIA L. EFFINGER
MCBRAYER PLLC
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400
Fax: (502) 327-5444
ceffinger@mcbrayerfirm.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing has this 29th day of October, 2019 been served via electronic filing and/or U.S. mail upon the following:

Timothy Denison
235 S. Fifth Street, Third Floor
Louisville, KY 40202
***Counsel for Plaintiff***

*/s/ Cynthia L. Effinger*
***Counsel for Defendant***