UNITED STATES DISTRICT COURT
WESTERN DIVISION OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARY PATRICIA LEENERTS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 3:18-cv-765-DJH |
| ) | *Filed Electronically* |
| ) | |
| MULTI PACKAGING SOLUTIONS OF ) | |
| KENTUCKY, LLC, ) | |
| ) | |
| Defendant ) | |
| ) | |

## **MOTION FOR ENTRY OF SUMMARY JUDGMENT**

Comes the Defendant, Multi Packaging Solutions of Kentucky, LLC, by counsel, and pursuant to LR 7.1(c), hereby moves this Court for Entry of Summary Judgment. As grounds therefor, Defendant states that it filed a Motion for Summary Judgment on October 29, 2019. Pursuant to LR 7.1(c), Plaintiff had twenty-one (21) days to file a response, and a "failure to timely respond to [the] motion may be grounds for granting the motion." Pursuant to the Rule, Plaintiff had until November 19, 2019, to file her response. As of the date of this Motion, Plaintiff has filed no response to the Motion for Summary Judgment. Accordingly, Defendant moves this Court for entry of summary judgment for Plaintiff's failure to respond pursuant to LR 7.1(c).

Respectfully Submitted

*/s/ Cynthia L. Effinger*
CYNTHIA L. EFFINGER
MCBRAYER PLLC
500 W. Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
ceffinger@mcbrayerfirm.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing has this 21st day of November, 2019 been served via electronic filing and/or U.S. mail upon the following:

Timothy Denison
235 S. Fifth Street, Third Floor
Louisville, KY 40202
***Counsel for Plaintiff***

                                              */s/ Cynthia L. Effinger*
                                              ***Counsel for Defendant***